# EXHIBIT A
# Appeal Documents



# Request for External Review

You may be eligible for an External Review at no cost to you if ALL of the following apply:
- You have exhausted BCBSM's internal appeals process (unless waived because BCBSM did not complete its review within the required time).
- The request is within 4 months of receipt of a Final Adverse Determination.
- The patient was covered on the date of service.
- The health care service appears to be a covered benefit.
- And, where these requirements are met, the external reviewer determines the claim decision involves medical judgment, or that there was a rescission of coverage.

You are responsible for submitting:
- A copy of the Final Adverse Determination from BCBSM or its third party designee
- Pertinent documentation, such as bills, explanations of benefits, medical records, correspondence, statements from doctors, research material that supports your position, etc.

Note: It is your responsibility to submit medical records
Always send copies. Never send original documents.



**1. Patient Name | Name of INSURED Person**
Jacob Perrone    Ashley Perrone

**BCBSM Policy (Contract) Number | Group Number | Claim number (if applicable)**
[redacted]    [redacted]

**Dates service was received or requested** — If service was received, enter date received. If not, enter date service was requested.
March 27, 2021 - April 23, 2021

**Name of physician and medical facility involved**
Deerfield Florida House, Inc.

**2. Statement of request:** Provide a brief explanation of the problem and the resolution you are seeking. Describe the medical service or requested service.

See attached STATEMENT OF REQUEST

**4. This request is being filed by (choose one)**
X  The patient – provide patient's contact information in Part 5
☐ The patient's parent (if patient is a minor child); or the patient's legal guardian – provide parent or legal guardian's contact information in Part 5
☐ A representative authorized by the patient – provide authorized representative's contact information in Part 5

**5. Contact information for person filling this form**

**Name of Patient, Parent, Legal Guardian or Authorize Representative**
Jacob A. Perrone

**Address** 3555 Shearwater Lane

**City** East Lansing    **State** MI    **Zip** 48823

**Daytime phone number | Evening phone number**
517.719.4657    517.719.4657

If you are not the patient, what is your relationship to the patient?

If person filling is NOT the patient or the patient's parent or the patient's legal guardian, the patient must designate the representative by reading and signing the statement in Part 6 below:

**6. Patient authorization statement**
I authorize the person named in Part 5 to act as my authorized representative in this External Review.

Signature of Patient    | Date

**7. Authorization to review medical information**
I authorize the Independent Review Organization and any other health care provider needed to review protected health information and records pertaining to this external review.

Signature of Patient — DocuSigned by: *Jacob Perrone* (C7DC893106524F9)    | Date 4/28/2022

**8. Send your Request for External Review to:**
BCBSM External Review Requests
600 Lafayette East – Mail Code 1620
Detroit, MI 48226 - 2998
Fax: 877-348-2210

**3. Urgent External Review Requirements** (If you are not requesting an urgent external review, or your request does not meet the conditions below, skip to Part 4.)

The following conditions must be met:
- An urgent INTERNAL review has been requested AND
- The request is filed within 10 days of receipt of adverse determination AND
- A physician substantiates the medical condition involved in the adverse determination is serious enough to jeopardize the life or health of the covered person.

My request meets these requirements. By completing items (3a.) and (3b.), I am requesting an Urgent External Review.

(3a.) Date you requested an Urgent INTERNAL review _____

(3b.) Name and phone number of substantiating physician _____

Telephone number (Expedited External Review request only. Conditions in section 3 must be met.): 313-225-0646

Revised 12/08/14

## STATEMENT OF REQUEST

On March 25, 2021 in preparation for the provided service BCBSM was contacted to determine whether the service would be covered. Maria, a representative of BCBSM, advised that I would be able to apply for member Reimbursement. Maria advised that BCBSM would process the claim although it was out of network. I was led to believe by the representations of BCBSM that the facility and the service would be covered by BCBSM. This induced me to pay for the service out of pocket with the understanding that I would be allowed to seek Member Reimbursement pursuant to the terms of the policy. After the service was provided for BCBSM was contacted on numerous occasions and BCBSM representatives repeatedly advised to file for Member Reimbursement and repeatedly requested that the provider use appropriate revenue and procedure codes to process the claim. After the claim was finally processed it was denied although BCBSM stated on numerous occasions that the claim would be approved.

On January 24, 2022, a decision was made on my appeal. BCBSM acknowledge that they received a phone call on March 25, 2021, from my spouse requesting why the services were declined. BCBSM acknowledges that they my spouse was informed that she could submit a request for Member Reimbursement that would pay for the services. By providing assurances that BCBSM would pay for the claim through Member Reimbursement they agreed to pay the claim. If the services were to be performed by a non-participating provider, BCBSM shouldn't have represented the services would be paid through Member Reimbursement. Further, a pre-approval to support the necessity of admission wasn't required as BCBSM already represented it would be covered by Member Reimbursement. Further, based upon it being a psychiatric emergency it very evident that a pre-approval would have been granted. BCBSM also recognizes that they could have been more specific regarding the coverages.

Executive Services
600 E. Lafayette Blvd. MC 1620
Detroit, MI 48226-2998
bcbsm.com



000058



1620
JACOB PERRONE
3555 SHEARWATER LN
EAST LANSING, MI 48823

| | |
|---|---|
| **Member Name:** | JACOB PERRONE |
| **Enrollee ID:** | |
| **Provider Name:** | Deerfield Florida House, Inc. |
| **Service Date(s):** | March 27, 2021 - April 23, 2021 |
| **Type(s) of Service:** | Mental Health Services |
| **Claim Charge(s):** | $18,000 and $5,000 |

January 24, 2022

## We made a decision on your appeal.

Dear Mr. PERRONE:

This letter is in response to the appeal you submitted regarding the denial of payment for your mental health services. After review, I confirmed that because your residential treatment and partial hospitalization services were rendered by a nonparticipating provider, the denial of payment is appropriate and must be maintained.

As a Grievance and Appeals Coordinator, I reviewed your claim(s), your appeal, and your health care plan benefits.

You are covered by the Edward W. Sparrow Hospital group health benefits plan, which includes the *Comprehensive Health Care Certificate Series CMM, ASC (Certificate)*. Page 23 of the *Certificate*, under "Psychiatric Residential Treatment" and page 24 of the *Certificate* under "Psychiatric partial hospitalization program" explains that treatment services are payable by a facility that participates with Blue Cross Blue Shield of Michigan (BCBSM) or with its local Blue Cross Blue Shield plan if located outside of Michigan. Because your provider is nonparticipating

L-Y                                                                                                                APP-15622

Blue Cross Blue Shield of Michigan and Blue Care Network are nonprofit corporations and independent licensees of the Blue Cross Blue Shield Association.

with the local Blue Cross Blue Shield of Florida plan, these services are excluded from your coverage.

In your appeal letter, you stated that you were advised by BCBSM that your services would be covered. Upon review of a phone call placed to our provider servicing department on March 25, 2021 by a representative from Deerfield Florida House, I confirmed that we gave <u>specific</u> benefit information to the facility based on the NPI (provider identification number) and procedure codes that the provider intended to bill. The provider was advised that the services would not be covered by the health plan. Further, inpatient charges for room and board are not covered without a preapproval to assess the necessity of the admission, which we are unable to complete when the admitting facility is nonparticipating.

On the same day (March 25, 2021), we received a phone call placed by your wife. I confirmed that Mrs. Perrone stated that she was informed by the facility that the services were declined by the insurance, which is true, and agreed to self-pay. Your wife asked if there were any options for reimbusement of any portion of the charges. Mrs. Perrone was provided with <u>general</u> out-of-network coverage information, which is not specific to the actual services being performed, and the representative informed your wife that she could submit a request for reimbursement.

It is important to know that Blue Cross provides a disclaimer which advises callers at the time of the call that benefit quotes are not a guarantee of payment. Payment is determined upon receipt of the claim. Because the claim reported with your wife's request for reimbursement does not support covered services (the services were performed by a nonparticipating provider and there is no preapproval to support the necessity of the admission), the claim does not qualify for out-of-network coverage under the health plan. Further, we are unable to honor a request for payment on a one-time basis based on the series of phone calls reviewed because correct and specific benefit information was provided before the services occurred prompting a self-pay arrangement.

Blue Cross recognizes that the representative assisting your wife could have been more specific regarding the coverage information provided, and we will use this information to better our member services for our members.

This is Blue Cross Blue Shield of Michigan's final determination regarding your appeal. If you disagree with this decision, you may request an external review at no cost to you from an Independent Review Organization (IRO) within 4 months of receiving this notice. An IRO may review appeals involving medical judgement. To request the external review, please complete the enclosed Request for External Review form and send it to:

> BCBSM External Review Requests
> 600 East Lafayette Blvd - Mail Code 1620
> Detroit, MI 48226 - 2998
> Fax: 877-522-4767

---

Blue Cross Blue Shield of Michigan and Blue Care Network are nonprofit corporations and independent licensees of the Blue Cross Blue Shield Association.



If you need assistance with this process, please contact a Blue Cross representative by calling (877) 790-2583. There are also state and federal agencies available to assist you with any additional questions with the appeals process.

At the federal level, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). At the state level, you can contact the Department of Insurance and Financial Services at 1-877-999-6442 or for general information, you can visit: www.michigan.gov/difs.

Once we receive your request for an external review, Blue Cross will randomly assign your request to a contracted IRO which meets legal requirements to ensure against bias and ensure independence. Your request will be reviewed to see if it requires medical judgement or meets other federal requirements for review.

The IRO will notify you and Blue Cross if it accepts your case for review because it involves medical judgement. The IRO will inform you and Blue Cross of its decision on your case within 45 days. Blue Cross will abide by the IRO's recommendation. The Independent Review Organization's decision ends the appeal process.

The Blue Cross Regulatory Affairs area will notify you if your case is not accepted by the IRO because the IRO determines your case does not involve a medical judgement.

If you still remain dissatisfied following the IRO's review you have the right to bring a civil action under ERISA (Employee Retirement Income Security Act) section 502(a), as amended. If you wish to pursue a civil action, you must initiate your civil action within 3 years of receiving a final determination from the external review. Or, if your company's plan document specifies a different timeframe, you must initiate a civil action within the timeframe specified in your company's plan documents. You must complete the external review process before you bring a civil action under section 502(a).

You are also entitled to receive, upon request and free of charge, reasonable access to any and all documents, including copies of the actual benefit provision, guideline, protocol, medical policy or other similar criterion on which the appeal decision was based. Diagnosis and treatment codes and their corresponding meaning are also available upon request, unless precluded by other laws. We will also provide you with the standard on which the adverse determination was based.

To request copies of the above or any documents on which this decision was based, please write to 600 E. Lafayette Blvd, Detroit, Michigan 48226-2998, Mail Code 1620.

Sincerely,

*Shameka Woodson*

Blue Cross Blue Shield of Michigan and Blue Care Network are nonprofit corporations and independent licensees of the Blue Cross Blue Shield Association

Shameka Woodson
Grievance & Appeals Coordinator
Executive Services



Blue Cross Blue Shield of Michigan and Blue Care Network are nonprofit corporations and independent licensees of the Blue Cross Blue Shield Association.



# MEMBER APPEAL FORM

Blue Cross Blue Shield of Michigan will accept your request for an appeal when the request is submitted within **180 days from the initial denial notification.** If more than 180 days have passed since you were notified, and you still have a question, please call your Customer Service Center using the number on the back of your BCBSM ID card.

## ENROLLEE/PATIENT INFORMATION

| Enrollee's Name | BCBSM Enrollee ID | Group Number |
|---|---|---|
| Ashley Perrone | [redacted] | [redacted] |

| Patient Name (if different from enrollee) | Relationship to Enrollee | Daytime Telephone Number |
|---|---|---|
| Jacob Perrone | ☐ Self  ☑ Spouse  ☐ Dependent | 5177194657 |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 3555 Shearwater Ln | East Lansing | MI | 48823 |

## APPEAL REQUEST

**You can appeal a pre or post-service claim.**

A pre-service claim is a claim for services that requires approval from Blue Cross, as medically necessary, before you receive the service, item, treatment, or prescription drug; this is sometimes referred to as prior authorization, prior approval, or preauthorization.

A post service claim is a claim that you or provider submitted for payment for a service or item you think is covered.

**Have you already received the service(s)?** ☑ Yes  ☐ No
**Did your claim(s) deny because you or your provider did not get authorization?** ☐ Yes  ☑ No

**Please complete the following information:**

| Provider Name | Type of Service |
|---|---|
| Deerfield Florida House Inc. | Residential Mental Health Hospital and PHP |
| **Date(s) of Service** | **Total Charge Amount** |
| 03/27/2021 -- 4/23/2021 | $ 24,000.00 |

## TELL US WHY YOU'RE APPEALING

On March 25, 2021 in preparation for the provided service BCBSM was contacted to determine whether the service would be covered by BCBSM. On March 25, 2021 Maria advised on behalf of BCBSM that I would be able to apply for Member Reimbursement for the service although it had been verified it was a non-participating provider. Maria advised that it would process out of network. I was lead to believe that the service would be covered by insurance and induced to pay for the service out of pocket. After the Service was provided BCBSM was contacted on numerous occasions and BCBSM representatives repeatedly advised to file for Member Reimbursement and provided assistance in ensuring the provider used appropriate revenue and procedure codes to process the claim. After the claim was processed it was denied although it was repeatedly stated by BCBSM that the claim would be covered.

| Your Signature | Date Signed |
|---|---|
| *[signature]* | 11-26-21 |

Mail this completed form to **Blue Cross and Blue Shield of Michigan, 600 E. Lafayette Blvd., M.C. 1620, Detroit, MI 48226-2998, or fax it to 877-522-4767.**

- Attach any documents you'd like BCBSM to consider in support of your appeal (e.g., receipts, medical records, etc.)
- If you would like someone else to communicate with us and act on your behalf regarding this appeal, please complete the Designation of Authorized Representative for Appeal form and attach it to your appeal request.
- All appeal decisions will be sent to you in writing and will include a detailed explanation about the decision. We will respond to your appeal for a post-service claim within 60 days of when we receive your request and within 30 days for a pre-service claim.

*Blue Cross Blue Shield of Michigan is an independent licensee of the Blue Cross and Blue Shield Association*

WF 18025 SEP 20



Jacob A. Perrone <jacob@perronelawpc.com>

## RE: Itemized Bill
1 message

**Ayelen Garcia** <agarcia@fhehealth.com>  Tue, Oct 19, 2021 at 10:09 AM
To: "Jacob A. Perrone" <jacob@perronelawpc.com>
Cc: David Deckard <ddeckard@fhehealth.com>

Good morning,


Attached is the new claim;  I have corrected what BCBS requested and added the HCPCS.




**Ayelen Garcia**
*RCM Specialist*
**FHE Health**
www.fhehealth.com
Phone: (954) 421-6242 Direct: (954) 794-7158
Fax: (412) 451-8656
agarcia@fhehealth.com




The information contained in this message may be privileged, confidential and protected from disclosure under 45 C.F.R and 42 C.F.R.. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your administrator immediately and delete this message from your computer. Thank you.

**From:** Ayelen Garcia <agarcia@fhehealth.com>
**Sent:** Thursday, August 12, 2021 4:33 PM
**To:** Jacob A. Perrone <jacob@perronelawpc.com>
**Subject:** RE: Itemized Bill


Hello Jacob,



## Member Reimbursement

*I paid out of pocket and I am requesting reimbursement for medical services.*

Usually, we pay your health care providers for you without you having to do anything. But, sometimes you have to pay the doctor or hospital yourself. This form is how you ask us to reimburse you.

Please fully complete the form, print clearly

### Section 1 — Member information

**From your Blue Cross Blue Shield of Michigan member ID card**

| Subscriber's alpha-numeric contract number | | Blue Cross group number |
|---|---|---|
| Alpha: XYQ | Numeric: ■■■■ | ■■■■ |

| Subscribers last name | first name |
|---|---|
| PERRONE | ASHLEY |

**Subscriber's street address**
3555 SHEARWATER LN

| City | State | ZIP |
|---|---|---|
| EAST LANSING | MI | 48823 |

### Section 2 — Patient information

| Patient's first name | Sex | Medicare HIB / MBI number |
|---|---|---|
| JACOB | M ⊙  F ○ | N/A |

| Patient's date of birth | Date of illness or injury | Admission date | Discharge date |
|---|---|---|---|
| 02/22/1982 | 03/27/2021 | 03/27/2021 | 04/23/2021 |

**Was this related to:** Check box that applies
- Auto Accident Work Related ☐
- Metabolic Diseases & Foods ☐
- Accidental Dental ☐

**This was related to:**
Other: RESIDENTIAL MENTAL HEALTH HOSPITAL AND PHP

**Other health insurance**
Yes ○  No ⊙

### Section 3 — Other insurance information

| Name of other insurance | Policy number |
|---|---|
| N/A | |

I certify that the above information is true, and the enclosed material is correct and unaltered, and the expenses were incurred by the patient. I understand all material submitted becomes the property of Blue Cross Blue Shield of Michigan and will not be returned. I realize false receipt or fraudulent alterations of these materials will result in civil or criminal prosecution. I authorize the release of any information necessary to process or review this claim.

Sign after printing.

X _[signature]_   Date: 10-19-21

| | | |
|---|---|---|
| 1 DEERFIELD FLORIDA HOUSE INC.<br>504 SOUTH FEDERAL HIGHWAY<br>DEERFIELD BEAC FL 33441-4117<br>(954)421-0087 | 2 DEERFIELD FLORIDA HOUSE INC.<br>504 S FEDERAL HIGHWAY<br>DEERFIELD BEACH FL 334414117 | 3a PAT. CNTL # 924496946<br>b. MED. REC. #<br>5 FED. TAX NO. 582670224    6 STATEMENT COVERS PERIOD FROM 032721 THROUGH 041621    7<br>4 TYPE OF BILL 112 |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS | |
|---|---|---|---|
| a 43305512 | | a 3555 SHEARWATER LANE | |
| b PERRONE, JACOB | | b EAST LANSING    c MI    d 48823    e | |

| 10 BIRTHDATE | 11 SEX | 12 DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02221982 | M | 032721 | 12 | 3 | 9 | | 30 | | | | | | | | | | | | | |

| 38 | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|
| BCBS MICHIGAN<br>PO BOX 1798<br>JACKSONVILLE, FL 32231-0014 | a<br>b<br>c<br>d | | | | | |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|---|
| 1 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 032721 | 1.0 | 857.15 | | 1 |
| 2 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 032821 | 1.0 | 857.15 | | 2 |
| 3 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 032921 | 1.0 | 857.15 | | 3 |
| 4 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 033021 | 1.0 | 857.15 | | 4 |
| 5 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 033121 | 1.0 | 857.15 | | 5 |
| 6 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 040121 | 1.0 | 857.15 | | 6 |
| 7 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 040221 | 1.0 | 857.14 | | 7 |
| 8 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 040321 | 1.0 | 857.14 | | 8 |
| 9 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 040421 | 1.0 | 857.14 | | 9 |
| 10 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 040521 | 1.0 | 857.14 | | 10 |
| 11 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 040621 | 1.0 | 857.14 | | 11 |
| 12 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 040721 | 1.0 | 857.14 | | 12 |
| 13 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 040821 | 1.0 | 857.14 | | 13 |
| 14 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 040921 | 1.0 | 857.14 | | 14 |
| 15 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 041021 | 1.0 | 857.14 | | 15 |
| 16 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 041121 | 1.0 | 857.14 | | 16 |
| 17 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 041221 | 1.0 | 857.14 | | 17 |
| 18 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 041321 | 1.0 | 857.14 | | 18 |
| 19 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 041421 | 1.0 | 857.14 | | 19 |
| 20 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 041521 | 1.0 | 857.14 | | 20 |
| 21 | 1001 | BEHAVIORAL HEALTH ACCOMM | | 041621 | 1.0 | 857.14 | | 21 |
| 23 | 0001 | PAGE 1 OF 1 | CREATION DATE 081221 | TOTALS | | 18,000.00 | 0.00 | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1649500182 |
|---|---|---|---|---|---|---|
| A BCBS MICHIGAN | 582670224 | Y | Y | 18,000.00 | 0.00 | 57 582670224 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A PERRONE, JACOB | 18 | XYQ924547483 | | 007004954 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | F31.2 Y | F12.20 Y | | | | | | | | | | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | | | | | | | | | | |

| 69 ADMIT DX F31.2 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | | 73 |
|---|---|---|---|---|---|---|---|---|
| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1598828881 QUAL | | | | |
| | | | | LAST CASTELLON    FIRST ALBERT MD | | | | |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI QUAL<br>LAST #    FIRST | | | | |
| 80 REMARKS 18,000.00 PAID BY<br>JOSEPH PERRONE ON<br>3.27.2021 BY AMEX | 81CC a<br>b<br>c<br>d | | | 78 OTHER NPI QUAL<br>LAST    FIRST<br>79 OTHER NPI QUAL<br>LAST    FIRST | | | | |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    NUBC National Uniform Billing Committee LIC9213257    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 DEERFIELD FLORIDA HOUSE INC  504 SOUTH FEDERAL HWY  DEERFIELD BEAC FL 33441-4112  (954)421-6242 | | | DEERFIELD FLORIDA HOUSE INC  504 SOUTH FEDERAL HIGHWAY  DEERFIELD BEACH FL 334414112 | | | | 3a PAT. CNTL # 924495038  b. MED. REC. #  5 FED. TAX NO. 582670224 | | 6 STATEMENT COVERS PERIOD  FROM 041721   THROUGH 042421 | | 7 | | | 4 TYPE OF BILL  134 | |
| 8 PATIENT NAME  a 43305512  b PERRONE, JACOB | | | | | 9 PATIENT ADDRESS  a 3555 SHEARWATER LANE  b EAST LANSING | | | | | | | c MI | d 48823 | | e |
| 10 BIRTHDATE 02221982 | 11 SEX M | 12 DATE 032721 | ADMISSION 13 HR 12 | 14 TYPE 3 | 15 SRC 9 | 16 DHR 06 | 17 STAT 01 | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 26 27 28 | | 29 ACDT STATE | 30 |

| 38 BCBS MICHIGAN  PO BOX 1798  JACKSONVILLE, FL 32231-0014 | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0912 | A/D OR MH PHP | S0201 | 041721 | 1.0 | 714.28 | | 1 |
| 2 0912 | A/D OR MH PHP | S0201 | 041821 | 1.0 | 714.28 | | 2 |
| 3 0912 | A/D OR MH PHP | S0201 | 041921 | 1.0 | 714.28 | | 3 |
| 4 0912 | A/D OR MH PHP | S0201 | 042021 | 1.0 | 714.29 | | 4 |
| 5 0912 | A/D OR MH PHP | S0201 | 042121 | 1.0 | 714.29 | | 5 |
| 6 0912 | A/D OR MH PHP | S0201 | 042221 | 1.0 | 714.29 | | 6 |
| 7 0912 | A/D OR MH PHP | S0201 | 042321 | 1.0 | 714.29 | | 7 |
| 23 0001 | PAGE 1 OF 1 | CREATION DATE 081221 | TOTALS | | 5,000.00 | 0.00 | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1649500182 |
|---|---|---|---|---|---|---|
| A BCBS MICHIGAN | 582670224 | Y | Y | 5,000.00 | 0.00 | 57 OTHER PRV ID 582670224 |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A PERRONE, JACOB | 18 | XYQ924547483 | | 007004954 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX 0 | F31.2 | F12.20 | | | | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 ADMIT DX F31.2 | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | | | | 73 | |
| 74 PRINCIPAL PROCEDURE CODE / DATE | a. OTHER PROCEDURE CODE / DATE | b. OTHER PROCEDURE CODE / DATE | 75 | 76 ATTENDING  LAST CASTELLON | | NPI 1598828881  FIRST ALBERT MD | QUAL | | | | |
| c. OTHER PROCEDURE CODE / DATE | d. OTHER PROCEDURE CODE / DATE | e. OTHER PROCEDURE CODE / DATE | | 77 OPERATING  LAST | | NPI  FIRST | QUAL | | | | |
| 80 REMARKS 5,000.00 PAID BY JOSEPH PERRONE ON 03272021 BY AMEX | 81CC a b c d | | | 78 OTHER  LAST  79 OTHER  LAST | | NPI  FIRST  NPI  FIRST | QUAL  QUAL | | | | |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC National Uniform Billing Committee L/C9213257   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.



Deerfield Florida House
504 South Federal Highway
Deerfield Beach Fl. 33441-4112
954-505-5357 | 772-360-1127 | www.fherehab.com

Jacob Perrone
3555 Shearwater Lane
East Lansing, MI 48823

**Statement of Account**

| | |
|---|---|
| Provider: | **Deerfield Florida House, Inc.** |
| Address: | 504 S. Federal Highway, Deerfield Beach, FL  33441 |
| TIN: | 58-2670224 |
| NPI: | 1649500182 |

| Description of Services | Date Range | Revenue/ CPT Code | Units / Days | Unit Price | Amount |
|---|---|---|---|---|---|
| MH RES | 03/27/21 – 04/16/21 | 1001 | 21 | $857.15 | $18,000 |
| MH PHP | 04/17/21 – 04/23/21 | 0912 | 7 | $714.29 | $5,000 |
| Medication/Labs | 3/27/21-4/23/2021 | - | 28 | - | $1,000 |
| | | | Total Paid | | $24,000 |

FHE Health • 505 S. Federal Highway, Deerfield. Beach, FL 33441 • FHEHealth.com • (855) 441-2449