# EXHIBIT 1





# COMPREHENSIVE HEALTH CARE CERTIFICATE SERIES CMM ASC

**(for ASC accounts only)**



© 2021 Blue Cross Blue Shield of Michigan

This contract is between you and Blue Cross Blue Shield of Michigan. Because we are an independent corporation licensed by the Blue Cross and Blue Shield Association - an association of independent Blue Cross and Blue Shield plans - we are allowed to use the Blue Cross and Blue Shield names and service marks in the state of Michigan. However, we are not an agent of BCBSA and, by accepting this contract, you agree that you made this contract based only on what you were told by BCBSM or its agents. Only BCBSM has an obligation to provide benefits under this certificate and no other obligations are created or implied by this language.

© 2021 Blue Cross Blue Shield of Michigan

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

Dear Subscriber:

We are pleased you have selected Blue Cross Blue Shield of Michigan for your health care coverage. Your coverage provides many benefits for you and your eligible dependents. These benefits are described in this book, which is your **certificate**.

Your certificate, your signed application and your BCBSM identification card are your **contract** with us.

You may also have **riders**. Riders make changes to your certificate and are an important part of your coverage. When you receive riders, keep them with this book.

This certificate will help you understand your benefits and each of our responsibilities **before** you require services. Please read it carefully. If you have any questions about your coverage, call us at one of the BCBSM Customer Service telephone numbers listed in the "How to Reach Us" section of this book.

Thank you for choosing Blue Cross Blue Shield of Michigan. We are dedicated to giving you the finest service and look forward to serving you for many years.

Sincerely,

Daniel J. Loepp
President and Chief Executive Officer
Blue Cross Blue Shield of Michigan

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

# About Your Certificate

This certificate is arranged to help you locate information easily. You will find:

- **Table of Contents** — for quick reference

- **Information About Your Contract**

- **What You Must Pay**

- **What BCBSM Pays For**

- **How Providers Are Paid**

- **General Services We Do Not Pay For**

- **General Conditions of Your Contract**

- **Definitions** — explanations of the terms used in your certificate

- **Additional Information You Need to Know**

- **How to Reach Us**

- **Index**

This certificate provides you with the information you need to get the most from your BCBSM health care coverage. Please call us if you have any questions.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

# Table of Contents

*About Your Certificate*...................................................................................................... i

*Section 1: Information About Your Contract* .................................................................... 1

*ELIGIBILITY*...................................................................................................................... 2

    *Who is Eligible to Receive Benefits* .............................................................................. 2

*CHANGING YOUR COVERAGE* ..................................................................................... 4

*TERMINATION* ................................................................................................................. 4

    *How to Terminate Your Coverage* ................................................................................ 4
    *How We Terminate Your Coverage* .............................................................................. 5
    *Rescission* ..................................................................................................................... 6

*CONTINUATION OF BENEFITS*....................................................................................... 6

    *Consolidated Omnibus Budget Reconciliation Act (COBRA)* ....................................... 6
    *Individual Coverage* ...................................................................................................... 7

*Section 2: What You Must Pay* ....................................................................................... 8

    *Deductible Requirements* .............................................................................................. 9
    *Coinsurance Requirements* ........................................................................................... 9
    *Annual Out-of-Pocket Maximums* ................................................................................. 9
    *Benefit-Specific Cost-Sharing Requirements* ............................................................. 10
    *Maximums for Days of Care or Visits* ......................................................................... 13

*Section 3: What BCBSM Pays For* ............................................................................... 14

    *Allergy Testing and Therapy* ....................................................................................... 15
    *Ambulance Services* .................................................................................................... 16
    *Anesthesiology Services* .............................................................................................. 19
    *Audiologist Services* ..................................................................................................... 20
    *Behavioral Health Services (Mental Health and Substance Use Disorder)* ................. 21
    *Cardiac Rehabilitation* ................................................................................................. 29
    *Chemotherapy* ............................................................................................................. 30
    *Chiropractic Services and Osteopathic Manipulative Therapy* .................................... 31
    *Chronic Disease Management* ...................................................................................... 32
    *Clinical Trials (Routine Patient Costs)* ........................................................................ 33
    *Collaborative Care Management* .................................................................................. 34
    *Contraceptive Services* ................................................................................................ 36
    *Dental Services* ............................................................................................................ 37
    *Diagnostic Services* ..................................................................................................... 39
    *Dialysis Services* .......................................................................................................... 41
    *Durable Medical Equipment* ........................................................................................ 44
    *Emergency Treatment* .................................................................................................. 46
    *Gender Dysphoria Treatment* ....................................................................................... 47
    *Home Health Care Services* ........................................................................................ 48
    *Hospice Care Services* ................................................................................................. 50
    *Hospital Services* ......................................................................................................... 54
    *Infusion Therapy* .......................................................................................................... 55
    *Long-Term Acute Care Hospital Services* ................................................................... 56
    *Maternity Care* ............................................................................................................. 57

**TABLE OF CONTENTS**

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

Medical Supplies .................................................................................................. 58
Newborn Care ...................................................................................................... 59
Occupational Therapy .......................................................................................... 60
Office, Outpatient and Home Medical Care Visits ................................................ 62
Oncology Clinical Trials ....................................................................................... 64
Optometrist Services ........................................................................................... 69
Outpatient Diabetes Management Program (ODMP) ............................................ 70
Pain Management ................................................................................................ 71
Physical Therapy ................................................................................................. 72
Prescription Drugs ............................................................................................... 74
Preventive Care Services ..................................................................................... 76
Private Duty Nursing Services .............................................................................. 79
Professional Services .......................................................................................... 80
Prosthetic and Orthotic Devices .......................................................................... 81
Radiology Services .............................................................................................. 84
Special Medical Foods for Inborn Errors of Metabolism ...................................... 85
Speech and Language Pathology ......................................................................... 86
Surgery ................................................................................................................ 88
Temporary Benefits ............................................................................................. 91
Transplant Services ............................................................................................. 96
Urgent Care Services ......................................................................................... 103
Value Based Programs ....................................................................................... 104

**Section 4: How Providers Are Paid** ................................................................. **108**

Participating Physicians and Other Professional Providers ................................ 109
Nonparticipating Physicians and Other Providers .............................................. 110
Participating Hospitals and Other Facilities ....................................................... 111
Nonparticipating Hospitals and Facilities ........................................................... 111
Emergency Services at a Nonparticipating Hospital ........................................... 113
Hospital Services That You Must Pay ................................................................. 113
BlueCard® Program ............................................................................................ 114
Blue Cross Blue Shield Global Core Program .................................................... 118

**Section 5: General Services We Do Not Pay For** .............................................. **121**

**Section 6: General Conditions of Your Contract** ............................................. **124**

Assignment ........................................................................................................ 124
Changes in Your Address ................................................................................... 124
Changes in Your Family ..................................................................................... 124
Changes to Your Certificate ............................................................................... 124
Coordination of Benefits ..................................................................................... 124
Coordination of Coverage for End Stage Renal Disease (ESRD) ....................... 125
Coverage for Drugs and Devices ....................................................................... 126
Deductibles, Copayments and Coinsurances Paid Under Other Certificates ...... 126
Enforceability of Various Provisions ................................................................... 126
Entire Contract; Changes ................................................................................... 126
Experimental Treatment ..................................................................................... 127
Fraud, Waste, and Abuse ................................................................................... 129
Genetic Testing .................................................................................................. 129
Grace Period ...................................................................................................... 129
Guaranteed Renewability ................................................................................... 129

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

*Improper Use of Contract* ................................................................ 129
*Individual Coverage* ........................................................................ 130
*Notification* ...................................................................................... 130
*Payment of Covered Services* ......................................................... 130
*Personal Costs* ................................................................................ 130
*Pharmacy Fraud, Waste, and Abuse* .............................................. 130
*Physician of Choice* ........................................................................ 130
*Preapproval* ..................................................................................... 131
*Prior Authorization* .......................................................................... 131
*Release of Information* ..................................................................... 131
*Reliance on Verbal Communications* ............................................... 131
*Right to Interpret Contract* ............................................................... 131
*Semiprivate Room Availability* ........................................................ 131
*Services Before Coverage Begins or After Coverage Ends* ........... 132
*Services That Are Not Payable* ....................................................... 132
*Special Programs* ............................................................................ 133
*Subrogation: When Others Are Responsible for Illness or Injury*.... 133
*Subscriber Liability* .......................................................................... 134
*Surprise Billing* ............................................................................... 135
*Termination of Coverage* ................................................................ 135
*Time Limit for Filing Pay-Provider Medical Claims* ........................ 135
*Time Limit for Filing Pay-Subscriber Medical Claims* .................... 136
*Time Limit for Legal Action* ............................................................. 136
*Unlicensed and Unauthorized Providers* ........................................ 136
*What Laws Apply* ............................................................................. 136
*Workers' Compensation* .................................................................. 136

**Section 7: Definitions** ............................................................................. **137**

**Section 8: Additional Information You Need to Know** ............................. **168**

*Grievance and Appeals Process* ...................................................... 168
*Self-Funded, State or Local Government Unit* ................................ 168
*Standard Internal Review Process* .................................................. 169
*Standard External Review Process* ................................................. 170
*Expedited Internal Review Process* ................................................. 171
*Expedited External Review Process* ............................................... 172
*Self-Funded, NOT a State or Local Government* ............................ 173
*Pre-Service Appeals* ....................................................................... 177
*Requesting a Standard Pre-Service Review* .................................. 177
*Requesting an Urgent Pre-Service Review* .................................... 177
*Need More Information?* ................................................................... 178
*Other Resources to Help You* ......................................................... 178
*We Speak Your Language* ............................................................... 179
*Important Disclosure* ....................................................................... 180

**Section 9: How to Reach Us** .................................................................. **181**

*To Call* ............................................................................................. 181
*To Visit* ............................................................................................ 181

**Index** ......................................................................................................... **183**

**TABLE OF CONTENTS**

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

# Section 1: Information About Your Contract

**This section provides answers to general questions you may have about your contract. Topics include:**

- **ELIGIBILITY**

  – Who is Eligible to Receive Benefits

- **CHANGING YOUR COVERAGE**

- **TERMINATION**

  – How to Terminate Your Coverage

  – How We Terminate Your Coverage

  – Rescission

- **CONTINUATION OF BENEFITS**

  – Consolidated Omnibus Budget Reconciliation Act (COBRA)

  – Individual Coverage

© 2021 Blue Cross Blue Shield of Michigan

**COMPREHENSIVE HEALTH CARE CERTIFICATE SERIES CMM ASC**

# ELIGIBILITY

You will need to fill out an application for coverage.

We will review your application to determine if you and the people you list on it are eligible. Our decision will be based on the eligibility rules in this certificate and our underwriting policies.

 If you or anyone applying for coverage on your behalf commits fraud or intentionally lies about a material fact in your application, your coverage may be rescinded. See "Rescission" on Page 6.

## *Who is Eligible to Receive Benefits*

- You

- Dependents listed on your contract:

  – Your spouse
  – Your children

 If you are the subscriber with surviving spouse coverage, you cannot add a spouse under this certificate.

Children are covered through the end of the calendar year when they become age 26 as long as you are covered under this certificate. The children must be related to you by:

- Birth

- Marriage

- Legal adoption

- Legal guardianship

-  Becoming a dependent due to a child support order or other court order

- Foster child placement by an agency or court order

 Your child's spouse and your grandchildren are not covered under this certificate.

Your children will be removed from your contract at the end of the year in which they turn 26. They may be eligible for their own contract through the Consolidated Omnibus Budget Reconciliation Act (COBRA) or a BCBSM individual plan. To learn more about COBRA, see the Continuation of Benefits subsection.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Who is Eligible to Receive Benefits** (continued)

<u>**Disabled Unmarried Children**</u>

Disabled unmarried children may remain covered after they turn age 26 if all of the following apply:

- They cannot support themselves due to a diagnosis of:

    – A physical disability or
    – A developmental disability

- They depend on you for support and maintenance.

 Your employer must send us a physician's certification proving the child's disability. We must receive it by 31 days after the end of the year of the child's 26th birthday. We will decide if the child meets the requirements.

You may also be eligible for group coverage if:

- You lose your Medicaid coverage (you must apply for BCBSM coverage within 60 days)

- Your dependents lose their Children's Health Insurance Program, or CHIP, coverage you must apply for BCBSM coverage within 60 days)

- You or your dependent become eligible for a premium assistance subsidy from the state you live in for employer group health care coverage. Michigan does not provide state premium assistance subsidies at this time. For additional information regarding eligibility for a state premium assistance subsidy, please contact Customer Service.

© 2021 Blue Cross Blue Shield of Michigan

# Changing Your Coverage

If there is a change in your family, you must notify your group. Changes include:

- Birth

- Adoption

- Gaining a dependent due to:
    - A child support order or other court order
    - Foster child placement by agency or court order

- Marriage

- Divorce

- Death of a member

- Start or end of military service

Any change in rates resulting from contract changes will take effect as of the effective date of the contract change.

Your change takes effect as of the date it happens. Your group must notify us directly of any changes:

- 30 days of when a dependent is removed

- 31 days of when a dependent is added.

If a dependent cannot be covered by your contract anymore, they may be eligible for their own contract through COBRA or a BCBSM individual plan.

# TERMINATION

## *How to Terminate Your Coverage*

Send your written request to terminate coverage to your employer or group. We must receive it from your employer or group within 30 days of the requested termination date. Your coverage will then be terminated on the requested date and all benefits under this certificate will end. However, if you are an inpatient at a hospital or facility on the date your coverage ends, please see for "Services Before Coverage Begins or After Coverage Ends" in Section 6.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Termination** (continued)

## *How We Terminate Your Coverage*

We may terminate your coverage if:

- Your group does not qualify for coverage under this certificate

- Your group does not pay its bill on time

   If you are responsible for paying all or a portion of the bill, you must pay it on time or your coverage will be terminated. For example, if you are a retiree or enrolled under COBRA and you pay all or part of your bill directly to BCBSM, we must receive your payment on time.

- You are serving a criminal sentence for defrauding BCBSM

- You no longer qualify to be a member of your group

- Your group changes to a non-BCBSM health plan

- We no longer offer this coverage

- You **misuse** your coverage

  **Misuse** includes illegal or improper use of your coverage such as:

  – Allowing an ineligible person to use your coverage
  – Requesting payment for services you did not receive

- You fail to repay BCBSM for payments we made for services that were not a benefit under this certificate, subject to your rights under the appeal process.

- You are satisfying a civil judgment in a case involving BCBSM

- You are repaying BCBSM funds you received illegally

- You no longer qualify as a dependent

Your coverage ends on the last day covered by the last premium payment we receive. However, if you are an inpatient at a hospital or facility on the date your coverage ends, please see "Services Before Coverage Begins or After Coverage Ends" in Section 6.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Rescission*

We will rescind your coverage if you, your group or someone seeking coverage on your behalf has:

- Performed an act, practice, or omission that constitutes fraud, or

- Made an intentional misrepresentation of material fact to BCBSM or another party, which results in you or a dependent obtaining or retaining coverage with BCBSM or the payment of claims under this or another BCBSM certificate.

 We may rescind your coverage back to the effective date of your contract. If we do, we will provide you with a 30-day notice. Once we notify you that we are rescinding your coverage, we may hold or reject claims during this 30-day period. You will have to repay BCBSM for its payment for any services you received.

# CONTINUATION OF BENEFITS

## *Consolidated Omnibus Budget Reconciliation Act (COBRA)*

COBRA is a federal law that applies to most employers with 20 or more employees. It allows you to continue your employer group coverage if you lose it due to a qualifying event; e.g., you are laid off or fired. ("Qualifying Events" are listed in Section 7). Your employer must send you a COBRA notice. You have 60 days to choose to continue your coverage. The deadline is 60 days after you lose coverage or 60 days after your employer sends you the notice, whichever is later. If you choose to keep the group coverage you must pay for it. The periods of time you may keep it for are:

- 18 months of coverage for an employee who is terminated, other than for gross misconduct, or whose hours are reduced

- 29 months of coverage for all qualified beneficiaries if the Social Security Administration determined that one member was disabled at the time of the qualifying event or at some time during the first 60 days of the COBRA coverage

- 36 months of coverage for qualified beneficiaries in case of the death of the employee, divorce, legal separation, loss of dependency status, or employee entitlement to Medicare

COBRA coverage can be terminated because:

- The 18, 29 or 36 months of COBRA coverage end

- The required premium is not paid on time

- The employer terminates its group health plan

- The qualified beneficiary becomes entitled to Medicare coverage

- The qualified beneficiary obtains coverage under a group health plan.

**Please contact your employer for more details about COBRA.**

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Individual Coverage*

If you choose not to enroll in COBRA, or if your COBRA coverage period ends, coverage may be available through a BCBSM individual plan. Contact BCBSM Customer Service for information about what plan best meets your needs.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

# Section 2: What You Must Pay

You have Traditional coverage under this certificate. This means you may choose services from participating or nonparticipating providers. What you must pay depends on the provider you choose. If you choose a participating provider, you most often pay less money than if you choose a nonparticipating provider.

**This section explains the deductible and coinsurances you must pay each calendar year. The amounts you have to pay may differ depending on what riders your particular plan has.**

 The chart below explains the different types of providers from which you may select. Your choices will determine how much you pay.

| Choosing Your Provider | |
|---|---|
| If you receive services from a **Participating Provider** | Provider accepts the BCBSM approved amount as payment in full. <br><br> You will pay the <u>least</u> out-of-pocket costs: <br><br> • No claim forms to file |
| If you receive services from a **Nonparticipating Provider** | Provider does <u>not</u> accept the BCBSM approved amount as payment in full* <br><br> You will pay the <u>highest</u> out-of-pocket costs: <br><br> • You pay the difference between what the provider charges and what we pay (unless otherwise noted). <br><br> • You may need to file claim forms |
| **\*Important:** | A provider can either be participating or nonparticipating. Participating providers cannot bill you for more than our payment plus what you pay in cost sharing. |

Some nonparticipating providers may agree to accept our payment for certain services as payment in full. When this occurs, you only have to pay your applicable cost share. Other nonparticipating providers may **not** accept our payment as payment in full. You may be required to pay your cost share and the difference between what the provider charges and what we pay.

 This may not apply in situations where you were unable to select a participating provider or no participating provider was available. (See Surprise Billing in the General Conditions of Your Contract section for more information).

Section 4 on page 108 explains more about providers such as professional providers, hospitals and others. That section also explains how we <u>pay</u> providers.

What you must pay for covered services is described on the following pages.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Deductible Requirements*

Each calendar year, you must pay a deductible for covered services:

- $50 for one member

- $100 for the family (when two or more members are covered under your contract)

  - Two or more members must meet the family deductible
  - If the one-member deductible has been met, but not the family deductible, we will pay for covered services only for that member who has met the deductible.
  - Covered services for the remaining family members will be paid when the full family deductible has been met.

 The approved amount that is applied to your deductible for covered services received in the last three months of a calendar year will be applied toward your deductible requirement for the next calendar year

## *Coinsurance Requirements*

In addition to your deductible, you must pay the following coinsurance for covered services:

- 10% of the approved amount for most covered services (there are some exceptions as noted elsewhere in this certificate)

- 50% of the approved amount for private duty nursing

## *Annual Out-of-Pocket Maximums*

Your annual out-of-pocket maximum for covered services is:

- $1,050 for one member

- $1,100 for the family (when two or more members are covered under your contract)

  - Two or more members must meet the family out-of-pocket maximum.
  - If the one-member maximum is met even if the family maximum is not, that member does not pay any more cost share for the rest of the calendar year.
  - Cost share for the remaining family members must still be paid until the annual family maximum is met.

© 2021 Blue Cross Blue Shield of Michigan

**Annual Out-of-Pocket Maximums** (continued)

The **deductible and coinsurance** that you pay are combined to meet the annual out-of-pocket maximum. This includes those for prescription drugs if you have prescription drug coverage through BCBSM. If you do however, the following prescription drug expenses will not apply toward the annual out-of-pocket maximum:

- Payment for noncovered drugs or services

- Any difference between the Maximum Allowable Cost and BCBSM's approved amount for a covered brand name drug

- The 25% member liability for covered drugs obtained from a nonparticipating pharmacy

Once you meet the maximums for the year, we pay for all covered benefits at 100% of our approved amount for the rest of the calendar year.

 Only payments toward your cost share are applied toward your out-of-pocket maximum. If you receive services from a nonparticipating provider and you are required to pay that provider for the difference between the charge for the services and our approved amount, your payment will not apply to your out-of-pocket maximum.

## *Benefit-Specific Cost-Sharing Requirements*

The benefits below differ in what you pay for them:

<u>Collaborative Care Management</u>
You do not pay any cost sharing for specific collaborative care behavioral health care.

 If you are enrolled in a CMM-PPO rider then the following apply:

- When services are received in-network, you do not pay any cost sharing for specific collaborative care behavioral health care.

- When services are received out-of-network, you pay your out-of-network cost sharing.

<u>Contraceptive Devices and Injections</u>
You pay no cost share. You may receive services from either participating or nonparticipating providers. We do not pay for services in a nonparticipating hospital.

 If you are enrolled in a CMM-PPO rider then the following apply:

- Contraceptive devices or injections received from an in-network provider are not subject to deductible or coinsurance

- Contraceptive devices received from an out-of-network provider are subject to your deductible requirement. You pay no coinsurance.

- Contraceptive injections received from an out-of-network provider are subject to your deductible and coinsurance requirements

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Benefit Specific Cost-Sharing Requirements** (continued)

<u>Hospice Services</u>
You do not pay any cost share for hospice services from approved physicians, facilities and other approved providers.

<u>Mental Health and Substance Use Disorder Services</u>
You pay the same cost share for mental health and substance use disorder services that you would for all other covered services, in-network or out-of-network.
<u>Outpatient Diabetes Management Program (ODMP)</u>
Under the ODMP, we pay to train you to manage your diabetes, when needed. You pay no cost share.

 If you are enrolled in a CMM-PPO rider then the following apply:

- When services are received in-network, you pay <u>no</u> cost share

- When services are received out-of-network, you pay <u>out-of-network</u> cost share

For all other services and supplies you get under the ODMP, you <u>do</u> pay cost share. See page 8 for more details.

<u>Presurgical Consultations</u>
You do not pay any cost share for consultations. They may be from participating or nonparticipating providers.

 If you are enrolled in a CMM-PPO rider then the following apply:

- When services are received in-network, you pay no cost share

- When services are received out-of-network, you must pay your <u>out-of-network</u> cost share

<u>Routine Colonoscopy</u>
Hospital and physician benefits for your first colonoscopy of the calendar year:

- You pay no cost share

If you have another colonoscopy done in the same calendar year, you will have to pay your  cost share.

 If you are enrolled in a CMM-PPO rider then the following apply:

- When services are received in-network, you pay <u>no</u> cost share for your first colonoscopy of the calendar year

- When services are received out-of-network, you must pay your <u>out-of-network</u> cost share

**SECTION 2: WHAT YOU MUST PAY**                                                                                      **11**

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Benefit Specific Cost-Sharing Requirements** (continued)

<u>Specified Human Organ Transplants</u>
If you need an organ transplant that we cover, you pay no cost share during the benefit period for the transplant and transplant related services. The benefit period begins five days before the transplant and ends one year after the transplant.

<u>Value Based Programs</u>
When performed by a participating provider, you do not pay any cost share for "care management" services (see Section 7 for the definition). These services include:

- Provider-delivered care management

  – Services obtained <u>only</u> in Michigan from providers designated by BCBSM

- Total care

  – Services obtained outside of Michigan from providers designated by the local Blue Cross Blue Shield plan in that state.

When performed by a nonparticipating provider, you are responsible for the provider's full charge.



If you are enrolled in a CMM-PPO rider then the following apply:

When services are received in-network, you do not pay a cost share for "care management" services (see Section 7, Definitions). These services include:

- Provider-delivered care management

  – Services obtained <u>only</u> in Michigan from providers designated by BCBSM

- Total care

  – Services obtained outside of Michigan from providers designated by the local Blue Cross Blue Shield plan in that state.

When services are received out-of-network, you are responsible for the provider's full charge.

<u>Voluntary Sterilization for Female Members</u>
We pay for voluntary sterilizations for female members. We cover services from a physician and in a hospital.

The hospital must be <u>participating</u> or we will not cover the services. This applies to any riders you may have as well as to this certificate.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Maximums for Days of Care or Visits*

You might have other maximums for things like days or visits. If so, they are described elsewhere in this book.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

# Section 3: What BCBSM Pays For

This section describes the services we pay for and the extent to which they are covered.

- We pay for admissions and services when they are provided according to this certificate. Some admissions and services must be approved before they occur. Emergency services <u>do not</u> need to be preapproved.

  You should call BCBSM Customer Service for a list of admissions and services requiring preapproval. Payment will be denied if preapproval is not obtained

- We pay only for "medically necessary" services (see Section 7 for the definition). This includes services that may not be covered under this certificate but are part of a treatment plan approved by us. There are exceptions to this rule. Here are some examples:

  - Voluntary sterilization
  - Screening mammography
  - Preventive care services
  - Contraceptive services

   We will not pay for medically necessary services in an inpatient setting if they can be safely given in an outpatient location or  office setting.

- We pay our approved amount (see Section 7 for the definition) for the services you receive that are covered in this certificate and any **riders** you may have. Riders change your certificate and are an important part of your coverage.

You are responsible for your cost share for many of the benefits listed, see Section 2.

**We pay for services received from:**

- Hospitals and other facilities

  We pay for covered services you receive in hospitals and other BCBSM-approved facilities. A physician must prescribe the services before we will cover them.

- Physicians and other professional providers

  Covered services must be provided by BCBSM-approved providers who are legally qualified or licensed to provide them.

   Some physicians and other providers do not participate with BCBSM. Instead of billing BCBSM for certain services, they may bill you. The provider may bill you more than what we will pay for their services. We will pay our approved amount, but you may have to pay your cost share <u>and</u> the difference between what the provider charges and what we pay. (See Surprise Billing in the General Conditions of Your Contract section and "Nonparticipating Physicians and Other Providers" in Section 4 for more information).

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Allergy Testing and Therapy*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

For other diagnostic services, see Page 39.

<u>Locations</u>: We pay for allergy testing and therapy in:

- A participating hospital

- A participating ambulatory surgery facility

- An office

**We pay for:**

- Allergy Testing

    – Survey, including history, physical exam, and diagnostic laboratory studies
    – Intradermal, scratch and puncture tests
    – Patch and photo tests
    – Double-blind food challenge test and bronchial challenge test

- Allergy Therapy

    – Allergy immunotherapy by injection (allergy shots)
    – Injections of antiallergen, antihistamine, bronchodilator or antispasmodic agents

**We do not pay for:**

- Fungal or bacterial skin tests (such as those given for tuberculosis or diphtheria)

- Self-administered, over-the-counter drugs

- Psychological testing, evaluation or therapy for allergies

- Environmental studies, evaluation or control

© 2021 Blue Cross Blue Shield of Michigan

## *Ambulance Services*

*See Section 2 beginning on Page 9 for what you may be required to pay for these services.*

For emergency treatment services, see Page 48.

<u>Locations</u>: We pay for ground ambulance to take a member to a covered destination. A destination may include:

- A hospital

- A skilled nursing facility

- A member's home

- A dialysis center

<u>Locations</u>: We pay for air ambulance to take a member to a covered destination. A destination may include:

- A hospital

- Another covered facility, with BCBSM's preapproval

In every case the following conditions must be met:

- The service must be medically necessary. Any other means of transport would endanger the member's health. Ambulance services are medically necessary for:

  – Transporting a member to a hospital
  – Transferring a member from a hospital to another treatment location such as another hospital, a skilled nursing facility, a medical clinic or the patient's home. (The attending physician must order the transfer.)
  – Ambulance providers to respond and treat the patient without transport

     Nonemergency ambulance services are covered when medically necessary and authorized by the patient's physician.

- We only pay for the transportation of the member and whatever care is required during transport. We do not pay for other services that might be billed with it.

- The service must be provided in a vehicle licensed as a ground or air ambulance, which is part of a licensed ambulance operation.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Ambulance Services** (continued)

**We pay for:**

- A member to be taken to the nearest approved destination capable of providing the level of care necessary to treat the member's condition

   <u>Transfer</u> of the member between covered destinations must be prescribed by the attending physician.

We also pay for ground and air ambulance services when:

- The ambulance arrives at the scene but transport is not needed or is refused.
- The ambulance arrives at the scene but the member has expired.

<u>Air Ambulance</u>

**We Pay for:**

- Non-emergent air ambulance services between covered destinations

  These services must meet the following criteria:

- The transfer must be preapproved and prescribed by the attending physician, and
- The member will be taken to the nearest approved location capable of providing the level of care necessary to treat the member's condition

   The services must be approved before they occur. If they are not preapproved, they will be considered a noncovered benefit and you **may** have to pay their entire cost. It is important to make sure that your provider gets approval before you receive services.

Air ambulance services must also meet these requirements:

- No other means of transportation are available

- The member's condition requires transportation by air ambulance rather than ground ambulance

- The provider is not a commercial airline

- The member is taken to the nearest facility capable of treating the member's condition.

   If your air ambulance transportation does not meet the above requirements, the services may be eligible for review under case management. They may approve the services for transportation that positively impacts clinical outcomes, but not for a member's or family's convenience.

© 2021 Blue Cross Blue Shield of Michigan

**Ambulance Services** (continued)

**We do not pay for:**

- Services provided by fire departments, rescue squads or other emergency transport providers whose fees are in the form of donations.

- Air ambulance services when the member's condition does not require air ambulance transport.

- Air ambulance services when a hospital or air ambulance provider is required to pay for the transport under the law.

SECTION 3: WHAT BCBSM PAYS FOR

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Anesthesiology Services*

*See Section 2 beginning on Page 9 for what you may be required to pay for these services.*

<u>Locations</u>: We pay for anesthesiology services in:

- A participating hospital

- A participating ambulatory surgery facility

- An office

**We pay for:**

- Anesthesiology during surgery

  Anesthesia services given to members undergoing covered surgery are payable to:

- A physician other than the operating physician

   If the operating physician gives the anesthetics, the service is included in our payment for the surgery.

  – A physician who orders and supervises anesthesiology services
  – A certified registered nurse anesthetist (CRNA)

  CRNA services must be:

  - Directly supervised by the physician performing the surgery or procedure or
  - Under the indirect supervision of the physician responsible for anesthesiology services

   If a CRNA is an employee of a hospital or facility, we pay the facility directly for the anesthesia services.

- Anesthesia during infusion therapy

  We pay for local anesthesia only when needed as part of infusion therapy done in an office.

- Other Services

  Anesthesia services may also be covered as part of electroconvulsive therapy (see Page 58) and for covered dental services (see Page 37).

© 2021 Blue Cross Blue Shield of Michigan

## *Audiologist Services*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

<u>Locations</u>: We pay for audiology services performed by an audiologist in:

- An office

- Other approved outpatient locations

**We pay for:**

- Services performed by an audiologist who, when they are prescribed by a provider, is legally authorized to prescribe the services.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Behavioral Health Services (Mental Health and Substance Use Disorder)*

*See Section 2 on Page 8 for what you may be required to pay for these services.*

For emergency services to treat behavioral health conditions, please see Page 46.

**Coverage Requirements**
BCBSM covers medically necessary and medically appropriate services to evaluate, diagnose, and treat behavioral health conditions in accordance with generally accepted standards of practice.

Medically necessary covered services are those considered by a professional provider, exercising prudent clinical judgment, to be clinically appropriate, and effective for the member's illness, injury, or disease.

For diagnostic testing, the results must be essential to, and used in the diagnosis or management of, the member's condition.

BCBSM does not cover treatment or services that:

- Have not been determined as medically necessary or appropriate

- Are mainly for the convenience of the member or health care provider

- Are considered experimental or investigational

 See Section 7 for a definition of "medically necessary" and "experimental treatment."

When a member receives behavioral health services under a case management agreement that they, their provider and a BCBSM case manager have signed, the member will pay their in-network cost share even if the provider is out-of-network and/or does not participate with BCBSM.

 See subsections on Collaborative Care Management and Value Based Programs for more information on Care Management.

**Mental Health**

Locations: We pay for mental health services in:

- A participating hospital

- A participating psychiatric residential treatment facility (PRTF)

- A participating outpatient psychiatric care (OPC) facility.

- An office

**SECTION 3: WHAT BCBSM PAYS FOR**                                                     21

© 2021 Blue Cross Blue Shield of Michigan

**Behavioral Health Services (Mental Health and Substance Use Disorder)** (continued)

**Mental Health** (continued)

**We pay for:**

- Electroconvulsive Therapy (ECT)

    – Only covered in an inpatient or outpatient hospital location
    – When administered by, or under the supervision, of a physician
    – Anesthetics for ECT when administered by, or under the supervision of, a physician other than the physician giving the ECT

- Inpatient hospital-mental health services

    The following services are payable when provided by a physician or by a fully licensed psychologist with hospital privileges:

    – Individual psychotherapeutic treatment
    – Family counseling
    – Group psychotherapeutic treatment
    – Psychological testing prescribed or performed by a physician. The tests must be directly related to the condition for which the member is admitted or have a full role in rehabilitative or psychiatric treatment programs
    – Inpatient consultations. If a physician needs help diagnosing or treating a member's condition, we pay for inpatient consultations. They must be provided by a physician or fully licensed psychologist who has the skills or knowledge needed for the consultation.

     If services are provided by a psychologist, they must be prescribed by a physician.

    We do not pay for:

    – Consultations required by a facility's or program's rules
    – Marital counseling
    – Services provided by a nonparticipating hospital

© 2021 Blue Cross Blue Shield of Michigan

**Behavioral Health Services (Mental Health and Substance Use Disorder)** (continued)

**Mental Health** (continued)

- Psychiatric residential treatment

  The following services are payable when provided by a facility that participates with BCBSM (if located in Michigan) or with its local Blue Cross/Blue Shield plan (if located outside of Michigan):

  – Psychiatric residential treatment only after it has been preapproved by BCBSM or its representative
  – Services provided by facility staff
  – Individual psychotherapeutic treatment
  – Family counseling
  – Group psychotherapeutic treatment
  – Prescribed drugs given by the facility

  We do not pay for:

  – Consultations required by a facility's or program's rules
  – Marital counseling
  – Services provided by a facility located in Michigan that does not participate with BCBSM or by a facility located outside of Michigan that does not participate with its local Blue Cross/Blue Shield plan or an admission to a psychiatric residential treatment facility or services by the facility. Such services may be payable in limited circumstances, but they must be preapproved before they occur. BCBSM or its representative must issue the preapproval.

    - If preapproval is not obtained:

      – A participating BCBSM facility that provided the care cannot bill the member for the cost of the admission or services.
      – A nonparticipating facility that provided the care may require the member to pay for the admission and services.

  – Services that are not focused on improving the member's functioning
  – Services that are primarily for maintaining long-term gains made by the member while in another treatment program
  – A residential program that is a long-term substitute for a member's lack of available supportive living environment within the community
  – A residential program that serves to protect family members and other individuals in the member's living environment
  – Services or treatment that are cognitive in nature or supplies related to such services or treatment
  – Treatment or supplies that do not meet BCBSM requirements
  – Transitional living centers such as half-way and three-quarter way houses

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Behavioral Health Services (Mental Health and Substance Use Disorder)** (continued)

**Mental Health** (continued)

**Psychiatric residential treatment** (continued)

**We do not pay for:** (continued)

- Therapeutic boarding schools
- Milieu therapies, such as wilderness program, supportive houses or group homes
- Domiciliary foster care
- Custodial care
- Services to hold or confine a member under chemical influence when the member does not require medical treatment
- A private room or an apartment
- Non-medical services including, but not limited to: enrichment programs, dance therapy, art therapy, music therapy, equine therapy, yoga and other movement therapies, ropes courses, guided imagery, consciousness raising, socialization therapy, social outings or preparatory courses or classes. These services may be paid as part of a treatment program but they are not payable separately.

- Psychiatric partial hospitalization program (PHP)

  The following services are payable when hospitals and outpatient psychiatric care facilities have a PHP and participate with BCBSM (if located in Michigan) or with its local Blue Cross/Blue Shield plan (if located outside of Michigan):

  - Services provided by the hospital's or facility's staff
  - Ancillary services
  - Prescribed drugs given by the hospital or facility during the member's treatment
  - Individual psychotherapeutic treatment
  - Group psychotherapeutic treatment
  - Psychological testing

     A test must be directly related to the condition for which the member is admitted or has a full role in rehabilitative or psychiatric treatment programs.

  - Family counseling

© 2021 Blue Cross Blue Shield of Michigan

**Behavioral Health Services (Mental Health and Substance Use Disorder)** (continued)

**Mental Health** (continued)

- Outpatient Psychiatric Care Facility and Office Setting

  The following services are payable in a participating outpatient psychiatric care facility that participates with BCBSM (if located in Michigan) or with its local Blue Cross/Blue Shield plan (if located outside of Michigan) or in an office setting for mental health services.

  – Services provided by the facility's staff
  – Services provided by a physician, fully licensed psychologist, certified nurse practitioner, clinical nurse specialist-certified, clinical licensed master's social worker, licensed professional counselor, limited licensed psychologists, or licensed marriage and family therapist, or other professional provider as determined by BCBSM in a participating outpatient psychiatric care facility or an office setting:

    - Individual psychotherapeutic treatment
    - Family counseling
    - Group psychotherapeutic treatment
    - Psychological testing

      **NOTE** A test must be directly related to the condition for which the member is admitted or has a full role in rehabilitative or psychiatric treatment programs.

  – Prescribed drugs given by the facility in connection with treatment
  – A partial hospitalization program described in the PHP section of this document

  We do not pay for:

  – Services provided in a skilled nursing facility or through a residential or outpatient substance abuse treatment program
  – Marital counseling
  – Consultations required by a facility or program's rules
  – Services provided by a nonparticipating outpatient psychiatric care facility

© 2021 Blue Cross Blue Shield of Michigan

**Behavioral Health Services (Mental Health and Substance Use Disorder)** (continued)

**Substance Use Disorder Services**

<u>Locations</u>: We pay for substance use disorder treatment services in:

- A participating hospital

- A participating residential or outpatient substance abuse treatment facility

- A participating outpatient psychiatric care (OPC) facility

- An office

**We pay for:**

- Inpatient Hospital

    – Acute detoxification when provided in a participating hospital

         Acute detoxification is covered and paid as a medical service

- Residential and Outpatient Substance Abuse Treatment Facility

    The following criteria must be met.

    – A physician must:

        - Provide an initial physical exam
        - Diagnose the member with a substance use disorder condition
        - Certify that the member requires treatment for substance use disorder and note in the medical records if it can be given in a residential or an outpatient substance abuse treatment facility
        - Provide and supervise the member's care during subacute detoxification and
        - Provide follow-up care during rehabilitation

    – Services must be medically necessary to treat the member's condition.
    – Services in a residential substance abuse treatment facility must be preapproved by BCBSM.
    – Services must be provided by a participating substance abuse treatment facility.

© 2021 Blue Cross Blue Shield of Michigan

**Behavioral Health Services (Mental Health and Substance Use Disorder)** (continued)

**Substance Use Disorder** (continued)

**Residential and Outpatient Substance Abuse Treatment Facility** (continued)

We pay for the following services provided and billed by an approved facility:

– Laboratory services
– Diagnostic services
– Supplies and equipment used for subacute detoxification or rehabilitation
– Professional and trained staff and program services necessary for care and treatment of the member
– Individual and group therapy or counseling
– Therapy and counseling for family members
– Psychological testing

We also pay for the following services in a <u>residential</u> substance abuse treatment facility:

– Room and board
– General nursing services
– Drugs, biologicals and solutions used in the facility

We also pay for the following services in an <u>outpatient</u> substance abuse treatment facility:

– Outpatient substance use disorder services for the treatment of tobacco dependence
– Drugs, biologicals and solutions used in the program, including drugs taken home

We do <u>not</u> pay for:

– Dispensing methadone or testing of urine specimens unless the member is receiving therapy, counseling or psychological testing while in the program
– Diversional therapy
– Services provided beyond the period necessary for the member's care and treatment
– Treatment, or supplies that do not meet BCBSM requirements

© 2021 Blue Cross Blue Shield of Michigan

**Behavioral Health Services (Mental Health and Substance Use Disorder)** (continued)

**Substance Use Disorder** (continued)

- Outpatient Psychiatric Care Facility and Office Setting

    We pay for the following services in a participating outpatient psychiatric care (OPC) facility and office setting:

    - Services provided by the facility's staff
    - Services provided by a physician, fully licensed psychologist, certified nurse practitioner, clinical nurse specialist-certified, clinical licensed master's social worker, licensed professional counselor, limited licensed psychologist, or licensed marriage and family therapist, or other professional provider as determined by BCBSM
    - Prescribed drugs given by the facility in connection with treatment

    We do not pay for:

    - Services provided in a skilled nursing facility or through a residential or outpatient substance abuse treatment program
    - Marital counseling
    - Consultations required by a facility or program's rule
    - Services provided by a nonparticipating outpatient psychiatric care facility

SECTION 3: WHAT BCBSM PAYS FOR

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Cardiac Rehabilitation*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

Locations: We pay for cardiac in the following location:

- A participating hospital

**We pay for:**

- Services that began during a hospital admission for an invasive cardiovascular procedure (e.g., heart surgery) or an acute cardiovascular event (e.g., heart attack)

- Services performed when intensive monitoring and/or supervision during exercise is required.

**We do not pay for:**

- Services that require less than intensive monitoring or supervision because the member's endurance while exercising and management of risk factors are stable

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Chemotherapy*

*See Section 2 beginning on Page* 8 *for what you may be required to pay for these services.*

For high dose chemotherapy used in bone marrow transplants, see Pages 97 – 99.

**We pay for** chemotherapeutic drugs. Since specialty pharmaceuticals may be used in chemotherapy treatment, please see the prior authorization requirement for Chemotherapy Specialty Pharmaceuticals described on Page 75.

To be payable, the drugs must be:

• Ordered by a physician for the treatment of a specific type of malignant disease

• Provided as part of a chemotherapy program and

• Approved by the Food and Drug Administration (FDA) for use in chemotherapy treatment



If the FDA has not approved the drug for the specific disease being treated, BCBSM's Medical Policy department determines the appropriateness of the drug for that disease by using the following criteria:

• Current medical literature must confirm that the drug is effective for the disease being treated
• Recognized oncology organizations must generally accept the drug as treatment for the specific disease
• The physician must obtain informed consent from the member for the treatment.

**We also pay for:**

• Physician services for the administration of the chemotherapy drug, **except** those taken orally

• The chemotherapy drug administered in a medically approved manner

• Other FDA-approved drugs classified as:

  – Anti-emetic drugs used to combat the toxic effects of chemotherapeutic drugs
  – Drugs used to enhance chemotherapeutic drugs
  – Drugs to prevent or treat the side effects of chemotherapy treatment

• Infusion pumps used for the administration of chemotherapy, administration sets, refills and maintenance of implantable or portable pumps and ports



Infusion pumps used for the administration of chemotherapy are considered durable medical equipment and are subject to the durable medical equipment guidelines described on Pages 44 to 45.

**We pay for the outpatient treatment of breast cancer.**

© 2021 Blue Cross Blue Shield of Michigan

## *Chiropractic Services and Osteopathic Manipulative Therapy*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

When received with physical therapy, see Page 72.

Locations: We pay for chiropractic services and osteopathic manipulative therapy in an office.

**We pay for:**

- Osteopathic manipulation therapy (OMT) on any location of the body.

- Chiropractic spinal manipulation (CSM) to treat misaligned or displaced vertebrae of the spine and chiropractic manipulations (CM) to treat other areas of the body allowed by BCBSM

   We pay up to a combined maximum of 38 visits per member per calendar year for OMT, CM and CSM. Visits from participating and non-participating providers count toward this maximum.

- Chiropractic office visits:

  – For new patients: we pay for one office visit every 36 months. A new patient is one who has not received chiropractic services within the past 36 months.
  – For established patients: we pay for medical office visits. An established patient is one who has received chiropractic services within the past 36 months.

- Physical therapy that is part of a physical therapy treatment plan prepared by your chiropractor. The plan must be signed by your M.D. or D.O. **before** you receive physical therapy services for those services to be covered. If a treatment plan is not signed by your M.D. or D.O. before services are rendered, the services will not be covered and you may have to pay for them.

  – A signed treatment plan is not required for the first physical therapy visit your chiropractor performs on you.

- Mechanical traction once per day when it is performed with CM or CSM.

- X-rays when medically necessary.

**SECTION 3: WHAT BCBSM PAYS FOR**                                    31

© 2021 Blue Cross Blue Shield of Michigan

## *Chronic Disease Management*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

<u>Locations</u>: We pay for services to manage chronic diseases in:

- A participating hospital

- An office

- A participating facility

- A member's home

**We pay for:**

- Chronic disease management services provided by:

  – Hospitals
  – Physicians
  – Approved facilities
  – Certified nurse practitioners
  – Clinical nurse specialists-certified
  – Certified licensed social workers
  – Psychologists
  – Physical therapists
  – Athletic Trainers

© 2021 Blue Cross Blue Shield of Michigan

## *Clinical Trials (Routine Patient Costs)*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

For oncology clinical trial services, see Page 64.

We pay the routine costs of items and services related to clinical trials. The trials may be Phase I, II, III or IV. The purpose of the trial must be to prevent, detect or treat cancer or another life-threatening disease or condition. The member receiving the items or services must be a qualified individual according to the terms of this certificate.

 Cancer drugs required by Michigan law are covered.

**We pay for:**

- All <u>routine</u> services, covered under this certificate and related riders, that would be covered even if the member were not enrolled in an approved clinical trial.

   You can find the following definitions in Section 7:

  - Approved clinical trial
  - Life-threatening condition
  - Routine patient costs
  - Qualified individual

**We do not pay for**:

- The experimental or investigational item, device or service

- Items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the trial participant, or

- A service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.

   **BCBSM may require you to go to a BCBSM-contracted provider who is already part of an approved clinical trial. An exception would be if the trial is conducted outside of Michigan.**

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Collaborative Care Management*

Collaborative Care Management also known as CoCare operates through a care team centered around the patient to manage medical and behavioral health conditions. The care team includes a primary care physician (PCP), behavioral health care manager (BHCM) and a consulting psychiatrist.

CoCare services are covered when they are performed by designated providers. Under CoCare, a care manager will coordinate your care.

<u>Locations</u>: We pay for professional services for CoCare in the following locations, subject to the conditions described below:

- An office

- A participating outpatient hospital

- A participating facility

- A member's home

- Other locations designated by BCBSM

**We pay for:**

- Telephone or face-to-face contact and group interventions

- Medication assessments to identify:

  – The appropriateness of a drug for your condition
  – The correct drug dosage
  – The right time to take the drug
  – The drug Interactions

     Covered services are subject to change.

**Eligibility**

You are eligible to receive Collaborative Care Management if you have:

- Active BCBSM coverage

- A chronic medical condition along with a behavioral health condition

- Agreed to actively participate with CoCare

- A referral for care management services from your physician

© 2021 Blue Cross Blue Shield of Michigan

**Collaborative Care Management** (continued)

**Eligibility** (continued)

Your physician will determine your eligibility and refer you to care managers based on factors, such as your:

- Diagnosis

- Admission status

- Clinical status

**Termination of Collaborative Care Management**

You may opt-out of CoCare at any time. BCBSM may also terminate CoCare services based on:

- Termination or cancellation of your BCBSM coverage

- Other factors

**We do not pay for:**

- Services performed by providers who are not designated as CoCare providers

   For more information on CoCare services, contact BCBSM Customer Service.

© 2021 Blue Cross Blue Shield of Michigan

## *Contraceptive Services*

*See Section 2 beginning on page 8 for what you may be required to pay for these services.*

We pay for contraceptive services for women as part of your preventive care benefit. Please see the preventive care benefit description of contraceptive services on Page 78 for more details.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Dental Services*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

For dental surgery, see Page 89.

<u>Locations</u>: We pay for emergency dental care given in:

- A hospital

- An ambulatory surgery facility

- A dentist's office (accidental injuries only)

We pay for other dental services in a participating hospital or a provider's office as described below.

**We pay for**:

- Emergency Dental Care

  Emergency dental care is the treatment of accidental injuries within 24 hours of the injury. This is to relieve pain and discomfort. We also pay for follow-up treatment completed within six months of the injury.

   A <u>dental</u> accidental injury is when an external force to the lower half of the face or jaw damages or breaks sound natural teeth, gums or bone.

- Dental Services in a participating Hospital

  – We will pay for dental treatment for a member in a participating hospital if the treatment helps improve the medical condition that put the member in the hospital. The dental condition must be hindering improvement of the medical condition.
  – We may pay for facility and anesthesia services for a member in a participating hospital if dental treatment would be unsafe in an office setting.

   In these cases, we do not pay for the services of the dentist. We only pay for the facility and anesthesia services.

  Examples of such medical conditions are:

  - Bleeding or clotting abnormalities
  - Unstable angina
  - Severe respiratory disease
  - Known reaction to analgesics, anesthetics, etc.

  Medical records must confirm the need for the dental services above.

  Procedures that are payable in the circumstances explained above include:

  - Alveoloplasty
  - Diagnostic X-rays
  - Multiple extractions or removal of unerupted teeth

**SECTION 3: WHAT BCBSM PAYS FOR**                                                                37

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Dental Services** (continued)

**We pay for:** (continued)

- Other Dental Services

  – Services to treat temporomandibular joint dysfunction (TMJ) limited to those described below:

    - Surgery directly to the temporomandibular joint (jaw joint) and related anesthesia services
    - Arthrocentesis performed for the treatment of temporomandibular joint (jaw joint) dysfunction)
    - Diagnostic X-rays
    - Physical therapy (see Page 72 for physical therapy services)
    - Reversible appliance therapy (mandibular orthotic repositioning device such as a bite splint)

**We do not pay for:**

- Routine dental services

- Treatment that was previously paid as a result of an accident

- Dental implants and related services, including repair and maintenance of implants and surrounding tissue

- Dental conditions existing before an accident requiring emergency dental treatment

- Services to treat temporomandibular joint dysfunction (<u>except</u> as described above.)

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Diagnostic Services*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

For allergy testing services, see Page 15.
For diagnostic radiology services, see Page 84.
For mental health diagnostic services, such as psychological testing, see Page 58.

<u>Locations</u>: We pay for diagnostic services in:

- A participating hospital

- A participating ambulatory surgery facility

- An office

**We pay for:**

<u>Diagnostic Testing</u>

We pay for the tests a physician uses to diagnose disease, illness, pregnancy or injury.

- Physician services are payable for tests such as:

  – Thyroid function
  – Electrocardiogram (EKG)
  – Electroencephalogram (EEG)
  – Pulmonary function studies

- Physician and independent physical therapist services are payable for the following tests:

  – Electromyogram (EMG)
  – Nerve conduction

     The test must be prescribed by a physician if performed by an independent physical therapist.

© 2021 Blue Cross Blue Shield of Michigan

**Diagnostic Services** (continued)

<u>Diagnostic Laboratory and Pathology Services</u>

We pay for laboratory and pathology tests and services needed to diagnose a disease, illness, pregnancy or injury. Services must be provided:

- In a participating hospital (under the direction of a pathologist employed by the hospital) <u>or</u>

- By your physician, or

- By another physician, if your physician refers you to one, or

- By a lab at your physician's direction.

    – We pay for standard office lab tests in your physician's office.
    – We pay for non-standard lab tests that your physician prescribes. These must be what BCBSM has listed as payable and are not needed at the time of the patient's doctor visit. They must be sent to:

        - An independent laboratory or
        - An outpatient hospital laboratory.

© 2021 Blue Cross Blue Shield of Michigan

## *Dialysis Services*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

Locations: We pay for dialysis services in:

- A participating hospital

- A participating freestanding end stage renal disease, or ESRD, facility

- A member's home

**We pay for:**

Dialysis services (including physician services), supplies and equipment to treat:

- Acute renal (kidney) failure

- Chronic, irreversible kidney failure (End Stage Renal Disease (ESRD))

 **BCBSM shares the cost of treating ESRD with Medicare. It is important that you apply for Medicare coverage if you have ESRD and if you meet the Medicare eligibility requirements. This is done through the Social Security Administration. (Please see Page 125 for a detailed explanation.)**

Services Provided in a Freestanding ESRD Facility

**We pay for:**

- Ultrafiltration

- Equipment

- Solutions

- Routine laboratory tests

- Drugs

- Supplies

- Other medically necessary services related to dialysis treatment

© 2021 Blue Cross Blue Shield of Michigan

**Dialysis Services** (continued)

**Services Provided in a Freestanding ESRD Facility** (continued)

**We do <u>not</u> pay for:**

- Services provided by a nonparticipating end stage renal disease facility.

- Services not provided by the employees of the ESRD facility.

- Services not related to the dialysis process.

<u>Services Provided in the Home</u>

Dialysis services (hemodialysis and peritoneal dialysis) must be billed by a hospital or freestanding ESRD facility participating with BCBSM and must meet the following conditions:

- The treatment must be arranged by the member's attending physician and the physician director, or a committee of staff physicians of a self-dialysis training program.

- The owner of the member's home must give the hospital prior written permission to install the equipment.

**We pay for:**

- Home hemodialysis

  – Continuous ambulatory peritoneal dialysis and self-dialysis training with the number of training sessions limited according to Medicare guidelines
  – Continuous cycling peritoneal dialysis (limited to 14 dialysis treatments per month) and self-dialysis training with the number of training sessions limited according to Medicare guidelines

- Placement and maintenance of a dialysis machine in the member's home

- Expenses to train the member and one other person who will assist the member in the home in operating the equipment

- Laboratory tests related to the dialysis

- Supplies required during the dialysis, such as dialysis membrane, solution, tubing and drugs

- Removal of the equipment after it is no longer needed

SECTION 3: WHAT BCBSM PAYS FOR

© 2021 Blue Cross Blue Shield of Michigan

**Dialysis Services** (continued)

**Services Provided in the Home** (continued)

**We do not pay for:**

- Services provided by persons under contract with the hospital, agencies or organizations assisting in the dialysis or acting as "backups" including hospital personnel sent to the member's home

- Electricity or water used to operate the dialyzer

- Installation of electric power, a water supply or a sanitary waste disposal system

- Transfer of the dialyzer to another location in the member's  home

- Physician services not paid by the hospital

© 2021 Blue Cross Blue Shield of Michigan

## *Durable Medical Equipment*

*See Section 2 beginning on Page* 8 *for what you may be required to pay for these services.*

<u>Locations</u>: We pay for durable medical equipment in the following locations subject to the conditions described below:

- A participating hospital

- An office

- A member's home

**We pay for:**

- The use of durable medical equipment while you are in the hospital.

- The rental or purchase of durable medical equipment, if prescribed by a physician or other provider licensed to prescribe it. You may obtain it from:

  – A hospital (when you are discharged)
  – A DME supplier approved by BCBSM

 In many instances we cover the same items covered by Medicare Part B as of the date of purchase or rental. In some instances, however, BCBSM guidelines may differ from Medicare. Please call your local Customer Service center for specific coverage information.

**DME items must meet the following guidelines:**

- The prescription includes a description of the equipment, the reason for the need and the diagnosis.

- The physician or other provider licensed to prescribe it, writes a new prescription when the current prescription expires; otherwise, we will stop payment on the current expiration date, or 30 days after the date of the member's death, whichever is earlier.

 If the equipment is:

- <u>Rented</u>, we will not pay for the charges that exceed the BCBSM purchase price. Participating providers cannot bill the member when the total of the rental payments exceeds the BCBSM purchase price.

- <u>Bought</u>, we will pay to have the equipment repaired and restored to use, but not for routine periodic maintenance

© 2021 Blue Cross Blue Shield of Michigan

**Durable Medical Equipment** (continued)

**We pay for:** (continued)

Continuous Positive Airway Pressure (CPAP)
When prescribed by a physician or other provider licensed to prescribe it, the CPAP device, humidifier (if needed) and related supplies and accessories are covered as follows:

- We will cover the rental fee only for the CPAP device. Our total rental payments will not exceed our approved amount to purchase the device. Once our rental payments equal the approved purchase price, you will own this equipment and no additional payments will be made by BCBSM for the device.

  - We will pay for the rental or purchase of a humidifier for the CPAP device, if needed.
  - We will pay for the purchase of any related supplies and accessories.

- After the first 90 days of rental, you are required to show that you have complied with treatment requirements for BCBSM to continue to cover the equipment and the purchasing of supplies and accessories. The CPAP device supplier or your prescriber must document your compliance.

- If you fail to comply with treatment requirements, you must return the rented device to the supplier or you may be held liable by the supplier for the cost of continuing to rent the equipment. We will also no longer cover the purchase of supplies and accessories.

**We do not pay for**:

- Exercise and hygienic equipment, such as exercycles, Moore Wheel, bidet toilet seats and bathtub seats

- Deluxe equipment, such as motorized wheelchairs and beds, unless medically necessary <u>and</u> required so that members can operate the equipment themselves

- Comfort and convenience items, such as bed boards, bathtub lifts, overbed tables, adjust-a-beds, telephone arms or air conditioners

- Provider's equipment, such as stethoscopes

- Self-help devices not primarily medical in nature, such as sauna baths and elevators

- Experimental equipment

© 2021 Blue Cross Blue Shield of Michigan

## *Emergency Treatment*

*See Section 2 beginning on Page 9 for what you may be required to pay for these services.*

For ambulance services, please see Page 16.
For urgent care services, please see Page 103.

Locations: We pay for services to treat medical emergencies and accidental injuries (see Section 7 for the definitions), in:

- A hospital

- An ambulatory surgery facility

- An urgent care center

- An office

- Other approved outpatient locations

**We pay for:**

Facility and professional services to examine and treat a medical emergency or accidental injury.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Gender Dysphoria Treatment*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

**We pay for:**

- Medically necessary services for the treatment of gender dysphoria.

  – This includes professional and facility services.

**We do not pay for:**

- Gender reassignment services that are considered by BCBSM to be:

  – Cosmetic, or
  – Treatment that is experimental or investigational

   See Section 7 for the definitions of "gender dysphoria," "medically necessary," and "experimental treatment."

© 2021 Blue Cross Blue Shield of Michigan

## Home Health Care Services

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

<u>Locations</u>: We pay for care and services provided in a member's home.

Home health care provides an alternative to long-term hospital care by offering coverage for care and services in the member's home. Home health care must be:

- Prescribed by the attending physician

- Provided and billed by a **participating** home health care agency

- Medically necessary (See Section 7 for a definition)

The following criteria for home health care must be met:

- The attending physician certifies that the member is confined to the home because of illness.

  - This means that transporting the member to a health care facility, an office or hospital for care and services would be difficult due to the nature or degree of the illness.

- The attending physician prescribes home health care services and submits a detailed treatment plan to the home health care agency.

- The agency accepts the member into its program.

**We pay for:**

Services provided by health care professionals employed by the home health care agency or by providers who participate with the agency in this program. The agency must bill BCBSM for the services. They are:

- Skilled nursing care provided or supervised by a registered nurse employed by the home health care agency

- Social services by a licensed social worker, if requested by the member's attending physician

- The following when provided for rehabilitation:

  - Physical therapy, Page 72
  - Occupational therapy, Page 60
  - Speech and language pathology services, Page 86

© 2021 Blue Cross Blue Shield of Michigan

**Home Health Care Services** (continued)

**We pay for:** (continued)

- If physical therapy, occupational therapy or speech and language pathology services cannot be done in the home, we will pay for outpatient therapy. It may be in an outpatient department of a hospital or a physical therapy facility.

- Part-time health aide services, including preparing meals, laundering, bathing and feeding **if**:

  – The patient is receiving skilled nursing care or physical therapy or speech and language pathology services
  – The patient's family cannot provide the services **and** the home health care agency has identified a need for these services for the patient to participate in the program
  – The services are provided by a home health aide and supervised by a registered nurse employed by the agency

We pay the following covered services when the home health care is provided by a participating hospital:

- Lab services, prescription drugs, biologicals and solutions related to the condition for which the member is participating in the program

- Medical and surgical supplies such as catheters, colostomy supplies, hypodermic needles and oxygen needed to effectively administer the medical treatment plan ordered by the physician

**We do not pay for:**

- General housekeeping services

- Transportation to and from a hospital or other facility

- Private duty nursing

- Elastic stockings, sheepskin or comfort items (lotion, mouthwash, body powder, etc.)

- Durable medical equipment

- Physician services (when billed by the home health care agency)

- Custodial or nonskilled care

- Services performed by a nonparticipating home health care provider

© 2021 Blue Cross Blue Shield of Michigan

## Hospice Care Services

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

<u>Locations:</u> We pay for hospice care services in:

- A participating hospice facility

- A participating hospital

- A participating skilled nursing facility

- A member's home

**We pay for services to care for the terminally ill. Services must be provided through a participating hospice program. Hospice care services are payable for as long as medically necessary to treat the patient's condition. To be payable, the following criteria must be met:**

- The member or their representative elects hospice care services in writing. This written statement must be filed with a participating hospice program.

- The following certifications are submitted to BCBSM:

  <u>For the first 90 days of hospice care coverage:</u>

  A written certification stating that the member is terminally ill, signed by the:

  – Medical director of the hospice program **or**
  – Physician of the hospice interdisciplinary group **and**
  – Attending physician, if the member has one

  <u>For the second 90-day period</u> (submitted no later than two days after this 90-day period begins):

  The hospice must submit a **second** written certification of terminal illness signed by the:

  – Medical director of the hospice **or**
  – Physician of the hospice interdisciplinary group

  <u>For the third 90-day period</u> (submitted no later than two days after this 90-day period begins):

  The hospice must submit a **third** written certification of terminal illness signed by the:

  – Medical director of the hospice **or**
  – Physician of the hospice interdisciplinary group

© 2021 Blue Cross Blue Shield of Michigan

**Hospice Care Services** (continued)

For the fourth 90-day period (submitted no later than two days after this 90-day period begins):

The hospice must submit a **fourth** written certification of terminal illness signed by the:

– Medical director of the hospice **or**
– Physician of the hospice interdisciplinary group

 After the fourth 90-day period, BCBSM will review the patient's medical condition to determine if continued hospice care is appropriate.

• The member or their representative must sign a "Waiver of Benefits" form acknowledging that hospice care has been fully explained to them. The waiver explains that   BCBSM does not pay for treatment of the terminal illness itself or related conditions during hospice care.

 BCBSM benefits for conditions not related to the terminal illness remain in effect.

**We pay for:**

Counseling, evaluation, education and support services for the member and their family from the hospice staff before the member elects to use hospice services. These services are limited to a 28-visit maximum.

When a member elects to use hospice care services, regular BCBSM coverage for services in connection with the terminal illness and related conditions are replaced by the following:

Home Care Services

• Up to eight hours of routine home care per day

• Continuous home care for up to 24 hours per day during periods of crisis

• Home health aide services provided by qualified aides. These services must be rendered under the general supervision of a registered nurse.

Facility Services

• Inpatient care provided by:

  – A participating hospice inpatient unit
  – A participating hospital contracting with the hospice program or
  – A participating skilled nursing facility contracting with the hospice program

• Short-term general inpatient care when the member is admitted for pain control or to manage symptoms. (These services are payable if they meet the plan of care established for the member.)

• Five days of occasional respite care during a 30-day period

© 2021 Blue Cross Blue Shield of Michigan

**Hospice Care Services** (continued)

**We pay for:** (continued)

<u>Hospice Services</u>

- Physician services by a member of the hospice interdisciplinary team

- Nursing care provided by, or under the supervision of, a registered nurse

- Medical social services by a licensed social worker, provided under the direction of a physician

- Counseling services to the member and to caregivers, when care is provided at home

- BCBSM-approved medical appliances and supplies (these include drugs and biologicals to provide comfort to the member)

- BCBSM-approved durable medical equipment furnished by the hospice program for use in the member's home

- Physical therapy, speech and language pathology services and occupational therapy when provided to control symptoms and maintain the member's daily activities and basic functional skills

- Bereavement counseling for the family after the member's death

Hospice services are limited to a maximum amount. That amount is reviewed and adjusted from time to time. Once you reach the maximum, hospice benefits will still be covered under the case management program. Please call us for information about the current maximum amount.

<u>Professional Services</u>

- Provided by the attending physician to make the member comfortable and to manage the terminal illness and related conditions

   We do <u>not</u> pay for physician services from a member of the hospice interdisciplinary team.

Professional services for hospice care are limited to a maximum amount. This amount is determined by BCBSM and reviewed at times. Once you reach the maximum, professional services will still be covered under the case management program. Please call us for information about the current maximum amount. This amount is separate from, and <u>not</u> included in, the limit for the hospice program services described above.

© 2021 Blue Cross Blue Shield of Michigan

**Hospice Care Services** (continued)

**How to Cancel Hospice Care Services**

Hospice care services may be canceled at any time by the member or their representative. Simply submit a written statement to the hospice. When the services are canceled, regular Blue Cross Blue Shield coverage will be reinstated.

**How to Reinstate Hospice Care Services**

Hospice care services may be reinstated at any time. The member is reinstated for any remaining period for which they are eligible.

**We do not pay for services:**

- Other than those furnished by the hospice program. (Remember, the services covered are those provided primarily in connection with the condition causing the patient's terminal illness.)

- Of a hospice program other than the one designated by the patient. (If the designated program arranges for the member to receive the services of another hospice program, the services are covered.)

- That are not part of the plan of care established by the hospice program for the member

© 2021 Blue Cross Blue Shield of Michigan

## Hospital Services

*See Section 2 beginning on Page* 8 *for what you may be required to pay for these services.*

For services in a long-term acute care hospital (LTACH), see Page 56.

The services in this section are <u>in addition</u> to all other services listed in this certificate that are payable in a participating hospital. An example would be surgery (see Page 88).

<u>Locations</u>: The following services are payable in:

- A participating hospital

**We pay for:**

- Inpatient hospital services:

    – Medical care by hospital personnel while you are receiving inpatient services.
    – Semiprivate room
    – Nursing services
    – Meals, including special diets
    – Services provided in a special care unit, such as intensive care
    – Oxygen and other therapeutic gases and their administration
    – Inhalation therapy
    – Electroconvulsive Treatment (ECT)
    – Pulmonary function evaluation
    – Whole blood, blood derivatives, blood plasma or packed red blood cells, supplies and their administration
    – Hyperbaric oxygenation (therapy given in a pressure chamber)
    – Sterilization, when medically necessary

- Outpatient hospital services:

    If a service is payable as an inpatient service, it is also payable as an outpatient service. (Exceptions are services related to inpatient room, board, and inhalation therapy).

- Temporary Benefits for Hospital Services:

    If you are receiving services from a hospital that ends its contract with BCBSM, you still have benefits. These benefits are for continuity of care, designated services, emergency care, and travel and lodging. Benefits for continuity of care are available for up to **six months** from the date the hospital ends its participating contract with BCBSM. Benefits for designated services and emergency care are available for as long as medically necessary. Benefits for travel and lodging are available for the period of time approved by BCBSM. See Page 91 for more information.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Infusion Therapy*

*See Section 2 beginning on Page* 8 *for what you may be required to pay for these services.*

What you pay may vary depending on where you receive these services.

BCBSM may require approval for these services. Your provider is responsible for obtaining approval. For a more detailed explanation, see *Prior Authorization for Specialty Pharmaceuticals* in the *Prescription Drugs sub*section.

<u>Locations:</u> We pay for infusion therapy services in:

- A participating ambulatory infusion center

- A member's home

- An office

- A participating hospital

To be eligible for infusion therapy services, your condition must be such that infusion therapy is:

- Prescribed by a physician to manage an incurable or chronic condition or treat a condition that requires acute care. For home infusion therapy, the condition must be able to be safely managed in the home

- Medically necessary (See Section 7 for a definition)

- Performed by a participating infusion therapy provider

**We pay for:**

- Drugs required for infusion therapy. Since specialty pharmaceuticals may be used in infusion therapy, please see the prior authorization for Specialty Pharmaceuticals requirement described on Page 75.

- Nursing services needed to administer infusion therapy and treat infusion therapy-related wound care

  NOTE   Nursing services must meet our guidelines to be covered.

- Durable medical equipment, medical supplies and solutions needed for infusion therapy

**We do not pay** for services rendered by **nonparticipating** infusion therapy providers.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Long-Term Acute Care Hospital Services*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

Locations: We pay for services provided in a participating long-term acute care hospital (LTACH).

**We pay for:**

Services in a participating LTACH that we would pay for in a participating hospital.

- The provider must request and receive preapproval for inpatient services

   The LTACH is liable for the care if the inpatient services are not preapproved.

**We do not pay for:**

- Services in a nonparticipating LTACH, including emergency services, unless BCBSM determines there are extenuating circumstances

- Inpatient admissions that BCBSM has not preapproved

- LTACH services primarily for a diagnosis of a mental health or substance use disorder condition

© 2021 Blue Cross Blue Shield of Michigan

## Maternity Care

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

<u>Locations</u>: We pay for facility and professional services for maternity care and related services in the following locations:

- A participating hospital setting

- A participating birthing center

- An office

Under federal law, we generally may not restrict benefits for any hospital length of stay in connection with childbirth for the birth parent to less than:

- 48 hours following a vaginal delivery

- 96 hours following a delivery by cesarean section

However, we may pay for a shorter stay if the attending physician or midwife discharges the birth parent, after consulting them.

Federal law requires that we cover the same benefits with the same cost-sharing levels during the 48 or 96 hours.

In addition, we may not require that a physician or other provider get approval for a length of stay of up to 48 hours (or 96 hours). However, you may be required to obtain preapproval to use certain providers or to reduce your out-of-pocket costs. For information on preapproval, contact BCBSM Customer Service (see Section 9).

**We pay for:**

- Obstetrics

   Covered services provided by a physician or certified nurse midwife attending the delivery. These covered services include but are not limited to:

   – Pre-natal care, including maternity education provided in a physician's office as part of a pre-natal visit
   – Vaginal delivery or cesarean section when provided in:

      - A participating hospital setting
      - A hospital-affiliated birthing center that is owned and operated by a participating state-licensed and accredited hospital, as defined by BCBSM

   – Post-natal care, including a Papanicolaou (PAP) smear during the six-week visit

**We do not pay for:**

- Lamaze, parenting or other similar classes.

© 2021 Blue Cross Blue Shield of Michigan

## *Medical Supplies*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

For medical supplies for outpatient diabetes treatment, see Page 70.
For medical supplies for infusion therapy, see Page 55.

Locations: We pay for medical supplies in:

- A participating hospital

- A participating hospice

- A participating outpatient facility

- An office

- A member's home

**We pay for:**

Medical supplies and dressings used for the treatment of a specific medical condition. The quantity of medical supplies and dressings must be medically necessary. They include but are not limited to:

- Gauze, cotton, fabrics, plaster and other materials used in dressings and casts

- Ostomy sets and accessories

- Catherization equipment and urinary sets

See Section 7 for the definition of "medically necessary."

© 2021 Blue Cross Blue Shield of Michigan

## *Newborn Care*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

For maternity care, see Page 57.

<u>Locations</u>: We pay for facility and professional services for routine newborn care during an eligible hospital stay in:

- A participating hospital setting

- A participating birthing center

Under federal law, we generally may not restrict benefits for any hospital length of stay in connection with childbirth for a newborn child to less than:

- 48 hours following a vaginal delivery

- 96 hours following a delivery by cesarean section

However, we may pay for a shorter stay if the attending physician or midwife discharges the newborn earlier, after consulting the birth parent.

Federal law requires that we cover the same benefits with the same cost-sharing levels during the 48 or 96 hours.

In addition, we may not require that a physician or other provider get approval for a length of stay of up to 48 hours (or 96 hours). However, you may be required to obtain preapproval to use certain providers or to reduce your out-of-pocket costs. For information on preapproval, contact BCBSM Customer Service (see Section 9).

**We pay for:**

- Newborn examination

  - The exam must be performed by a physician other than the anesthesiologist or the birth parent's attending physician.

- Routine care

  - Routine care during the newborn's inpatient hospital stay.

    The baby must be eligible for coverage and must be added to your contract within the time stated in your certificate for newborn care to be covered. (See "Eligibility.")

**We do not pay for:**

- Parenting or other similar classes

© 2021 Blue Cross Blue Shield of Michigan

## *Occupational Therapy*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

For physical therapy services, see Page 72.
For speech and language pathology services, see Page 86.

<u>Locations</u>: We pay for facility and professional occupational therapy services in:

- A participating hospital

     Inpatient therapy must be used to treat the condition for which the member is hospitalized.

- A participating freestanding outpatient physical therapy facility

     For a participating freestanding facility, we pay the facility directly for the service, not the individual provider who rendered the service.

- An office

- A member's home

- A nursing home, if it's the member's primary residence

**We pay for:**

- Medically necessary occupational therapy services subject to conditions described further down in this section

<u>Occupational therapy must be</u>:

- Prescribed by a professional provider licensed to prescribe occupational therapy services

- Performed for a condition that can be significantly improved in a reasonable and generally predictable period of time (usually about six months), or to optimize the developmental potential of the member and/or maintain the member's level of functioning.

- Performed by:
    - A physician (M.D. or D.O.) in an outpatient setting
    - An occupational therapist
    - An occupational therapy assistant under the indirect supervision of an occupational therapist, who cosigns all assessments and member's progress notes

     Both the occupational therapist and the occupational therapy assistant must be certified by the National Board of Occupational Therapy Certification and licensed in the state of Michigan or the state where the care is provided.

    - An athletic trainer in an outpatient setting

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Occupational Therapy** (continued)

**We do not pay for:**

- Therapy to treat long-standing chronic conditions that have not responded to or are unlikely to respond to therapy or that is performed without an occupational therapy treatment plan

- Services provided by a freestanding facility in a home, hospital, skilled nursing facility, psychiatric residential treatment facility or residential substance abuse treatment facility

- Services received from a <u>nonparticipating</u> hospital or <u>nonparticipating</u> facility

- Services received from an independent sports medicine clinic

- Treatment **solely** to improve cognition (e.g., memory or perception), concentration and/or attentiveness, organizational or problem-solving skills, academic skills, impulse control or other behaviors for which behavior modification is sought without an occupation therapy treatment plan that guides and helps to monitor the provided therapy

   We may pay for treatment to improve cognition if it is:

  - Part of a comprehensive rehabilitation plan

  - Medically necessary to treat severe deficits in members who have certain conditions that are identified by BCBSM

- Recreational therapy

- Member education and home programs

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Office, Outpatient and Home Medical Care Visits*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

<u>Locations</u>: We pay for the following when provided by a physician or eligible professional provider when medically necessary:

- Office visits

  They include:

  - Office consultations
  - Urgent care visits
  - Online visits
  - Retail health clinic visits

- Outpatient visits

- Home medical care visits

## **Online Visits**

We pay for online visits by a professional provider.

 Online visits by an online vendor are <u>not</u> covered.

**We pay for:**

- The diagnosis of a condition

- Treatment and consultation recommendations

The online visit must allow the member to interact with the professional provider in real time. Treatment and consultation recommendations made online, including issuing a prescription, are to be held to the same standards of appropriate practice as those in traditional settings.

 Not all services delivered via the internet are considered an online visit, but may be considered telemedicine (see Section 7 for the definition of "telemedicine").

The online visit provider must be licensed in the state where the patient is located during the online visit.

Online visits must meet BCBSM's standards for an Evaluation and Management visit.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Office, Outpatient and Home Medical Care Visits** (continued)

**Online Visits** (continued)

**Online visits <u>do not</u> include:**

- Reporting of normal test results

- Provision of educational materials

- Handling of administrative issues, such as registration, scheduling of appointments, or updating billing information

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Oncology Clinical Trials*

*See Section 2 beginning on Page* 8 *for what you may be required to pay for these services.*

For general surgery services, see Page 88.
For transplant services, see Page 95.

<u>Locations:</u> We pay for services performed in a designated cancer center (see Section 7 for the definition of a designated cancer center).

Benefits for specified oncology clinical trials provide coverage for:

- Preapproved, specified bone marrow and peripheral blood stem cell transplants and their related services

- FDA-approved antineoplastic drugs to treat stages II, III and IV breast cancer

- All stages of ovarian cancer when they are provided pursuant to an approved phase II or III clinical trial

Benefits are not limited or precluded for antineoplastic drugs when Michigan law requires that these drugs, and the reasonable cost of their administration, be covered.

**Mandatory Preapproval**

All services, admissions or lengths of stay for the services below must be **preapproved** by BCBSM.

Preapproval ensures that you and your physician know ahead of time that services are covered. If preapproval is not obtained, services will **not** be covered. This includes:

- Hospital admission

- Length of stay

- All payable medical care and treatment services.

Our decision to preapprove hospital and medical services is based on the information your physician submits to us. We reserve the right to request more information if needed.

If your condition or proposed treatment plan changes after preapproval is granted, your provider must submit a new request for preapproval. Failure to do so will result in the transplant, related services, admissions and length of stay not being covered.

 **Preapproval is good only for one year after it is issued.** However, preapproved services, admissions or a length of stay will not be paid if you no longer have coverage at the time they occur.

SECTION 3: WHAT BCBSM PAYS FOR

© 2021 Blue Cross Blue Shield of Michigan

**Oncology Clinical Trials** (continued)

**Mandatory Preapproval** (continued)

The designated cancer center must submit its written request for preapproval to:

> Blue Cross Blue Shield of Michigan
> Human Organ Transplant Program
> Mail Code 1519
> 600 Lafayette East
> Detroit, MI 48226
>
> Fax: (866) 752-5769

Preapproval will be granted to eligible BCBSM members if:

- The member has BCBSM hospital-medical-surgical coverage.

- The proposed services will be rendered in a designated cancer center or in an affiliate of a designated center.

- The proposed services are medically necessary.

- An inpatient stay at a cancer center is medically necessary (in those cases requiring inpatient treatment). We must preapprove the admission before it occurs.

- The length of stay at a designated cancer center is medically necessary. We must preapprove the length of stay before it begins.

**We pay for:**

- <u>Antineoplastic drugs</u>. If Michigan law requires it, we cover these drugs and the reasonable cost of giving them.

- <u>Immunizations</u>. We pay for vaccines against infection during the first 24 months after a transplant as recommended by the Advisory Committee on Immunization Practices (ACIP).

- **Autologous Transplants**

  - Infusion of colony stimulating growth factors
  - Harvesting (including peripheral blood stem cell pheresis) and storage of bone marrow and/or peripheral blood stem cells
  - Purging or positive stem cell selection of bone marrow or peripheral blood stem cells
  - High-dose chemotherapy and/or total body irradiation
  - Infusion of bone marrow and/or peripheral blood stem cells
  - Hospitalization

© 2021 Blue Cross Blue Shield of Michigan

**Oncology Clinical Trials** (continued)

- **Allogeneic Transplants**

    – Blood tests to evaluate donors (if not covered by the potential donor's insurance)
    – Search of the National Bone Marrow Donor Program Registry for a donor. A search will begin only when the need for a donor is established and the transplant is preapproved.
    – Infusion of colony stimulating growth factors
    – Harvesting and storage (both covered even if it is not covered by the donor's insurance) of the donor's:

        • Bone marrow
        • Peripheral blood stem cell (including peripheral blood stem cell pheresis)
        • Umbilical cord blood

         The recipient of harvested material must be a BCBSM member.

    – High-dose chemotherapy and/or total body irradiation
    – Infusion of bone marrow, peripheral blood stem cells, and/or umbilical cord blood
    – T cell depleted infusion
    – Donor lymphocyte infusion
    – Hospitalization

- **Travel and Lodging**

    We will pay up to a total of $5,000 for your travel and lodging expenses. They must be directly related to preapproved services rendered during an approved clinical trial. The expenses must be incurred during the period that begins with the date of preapproval and ends 180 days after the transplant. However, these expenses will not be paid if your coverage is no longer in effect.

    We will pay the expenses of an adult member and another person. If the member is under the age of 18, we pay for the expenses of the member and two additional people. The following per day amounts apply to the combined expenses of the patient and persons eligible to accompany the member:

    – $60 per day for travel
    – $50 per day for lodging

     These daily allowances may be adjusted from time to time. Please call us to find out the current maximums.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Oncology Clinical Trials** (continued)

**We do not pay for:**

- An admission to a designated center or a length of stay at a designated center that has not been preapproved

- Services that have not been preapproved

- Services that are not medically necessary (see Section 7 for the definition of "medically necessary")

- Services rendered at a nondesignated cancer center

- Services provided by persons or entities that are not legally qualified or licensed to provide such services

- Donor services for a transplant recipient who is not a BCBSM member

- Services rendered to a donor when the donor's health care coverage will pay for such services

- The routine harvesting and storage costs of bone marrow, peripheral blood stem cells or a newborn's umbilical cord blood if not intended for transplant within one year

- More than two single transplants per member for the same condition

- Non-health care related services and/or research management (such as administrative costs)

- Transplants performed at a center that is not a designated cancer center or its affiliate

- Search of an international donor registry

- Experimental treatment not included in this certificate

- Items or services that are normally covered by other funding sources (e.g., investigational drugs funded by a drug company)

© 2021 Blue Cross Blue Shield of Michigan

**Oncology Clinical Trials** (continued)

**We do not pay for:** (continued)

- Items that are not considered by BCBSM to be directly related to travel and lodging. Examples include, but are not limited to:

| Alcoholic beverages | Flowers, toys, gifts, greeting cards, stationery, stamps, mail/UPS services | Internet connection, and entertainment (such as cable television, books, magazines and movie rentals) | Mortgage or rent payments | Tips |
|---|---|---|---|---|
| Car maintenance | Furniture rental | Kennel fees | Reimbursement of food stamps | |
| Clothing, toiletries | Household products | Lost wages | Security deposits, cash advances | |
| Dry cleaning or laundry services | Household utilities (including cellular telephones) | Maids, babysitters or day care services | Services provided by family members | |

- Any other services, admissions or length of stay related to any of the above exclusions

The limitations and exclusions listed elsewhere in your certificate and/or riders, also apply to this benefit.

SECTION 3: WHAT BCBSM PAYS FOR

© 2021 Blue Cross Blue Shield of Michigan

## *Optometrist Services*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

**We pay for:**

Medically necessary optometrist services when:

- Covered services are provided within the state of Michigan.

- The optometrist is:

  – Licensed in the state of Michigan
  – Certified by the Michigan Board of Optometry to administer and prescribe therapeutic pharmaceutical agents

- If you get services from an optometrist who does not participate in BCBSM's vision program, they will be treated as services of a nonparticipating provider.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Outpatient Diabetes Management Program (ODMP)*

*See Section 2 beginning on Page 9 8 for what you may be required to pay for these services.*

Locations: We pay for ODMP services in:

- A participating hospital

- An office

- A member's home

**We pay for:**

Diabetes services and medical supplies include:

- Services and medical supplies to treat and control diabetes when prescribed by a physician or other professional provider licensed to prescribe it. Services and supplies include:

  – Blood glucose monitors
  – Blood glucose monitors for the legally blind
  – Insulin pumps
  – Test strips for glucose monitors
  – Visual reading and urine test strips
  – Lancets
  – Spring-powered lancet devices
  – Syringes
  – Insulin
  – Medical supplies required for the use of an insulin pump
  – Nonexperimental drugs to control blood sugar
  – Medication prescribed by a doctor of podiatric medicine, M.D. or D.O. that is used to treat foot ailments, infections and other medical conditions of the foot, ankle or nails associated with diabetes
  – Diabetes self-management training conducted in a group setting, whenever practicable, if:

    - Self-management training is considered medically necessary upon diagnosis by an M.D. or D.O. who is managing your diabetic condition and when needed under a comprehensive plan of care to ensure therapy compliance or to provide necessary skills and knowledge
    - Your M.D. or D.O. diagnoses a significant change with long-term implications in your symptoms or conditions that necessitate changes in your self-management or a significant change in medical protocol or treatment
    - The provider of self-management training must be:

      – Certified to receive Medicare or Medicaid reimbursement **or**
      – Certified by the Michigan Department of Community Health.

 If you receive diabetic supplies and devices paid by your BCBSM prescription drug plan, your BCBSM medical plan will not pay for the same diabetic supplies and devices.

© 2021 Blue Cross Blue Shield of Michigan

## Pain Management

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

For infusion therapy services, see Page 55.

<u>Locations</u>: We pay for services to manage pain, subject to the conditions described below, in:

- A participating hospital

- A participating outpatient facility

- An office

**We pay for:**

- Covered services and devices for pain management when medically necessary as documented by a physician.

**We do not pay for:**

- Services and devices for pain management provided by a nonparticipating hospital or facility.

© 2021 Blue Cross Blue Shield of Michigan

## *Physical Therapy*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

For physical therapy services provided in a home, see Page 48.
For occupational therapy services, see Page 60.
For speech and language pathology services, see Page 86.
For chiropractic services and osteopathic manipulative therapy, see Page 31.

<u>Locations</u>: We pay for physical therapy services in:

- A participating hospital

   Inpatient therapy must be used to treat the condition for which the member is hospitalized.

- A participating freestanding outpatient physical therapy facility

   For a participating freestanding facility, we pay the facility directly for the service, not the individual provider who rendered the service.

- An office

- The member's home

- A nursing home, if it is the member's primary residence

**We pay for:**

- Medically necessary physical therapy services subject to conditions described further down in this section

  Physical therapy must be:

  – Prescribed by a professional provider licensed to prescribe it, unless it is performed by a chiropractor (See page 31)
  – Performed for a neuromuscular condition that can be significantly improved in a reasonable and generally predictable period of time (usually about six months), or to optimize the developmental potential of the member and/or maintain the member's level of functioning.
  – Performed by:

    - A professional provider (M.D., D.O. or podiatric physician)
    - A dentist or optometrist
    - A chiropractor
    - A physical therapist or physical therapist assistant
    - Athletic trainer
    - A physician assistant

   Not all of the providers listed above can perform physical therapy in all locations. Some of these providers must be supervised by other types of providers for their services to be covered. Please call Customer Service if you have questions about where physical therapy can be provided or who can provide it.

SECTION 3: WHAT BCBSM PAYS FOR

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Physical Therapy** (continued)

**We do not pay for:**

- Services received from a <u>nonparticipating</u>  hospital or <u>nonparticipating</u> facility

- Services provided by a freestanding facility in a home, hospital, skilled nursing facility, psychiatric residential treatment facility or residential substance abuse treatment facility

- Services received from an independent sports medicine clinic

- Therapy to treat long-standing, chronic conditions that have not responded to or are unlikely to respond to therapy or that is performed without a physical therapy treatment plan

- Tests to measure physical capacities such as strength, dexterity, coordination or stamina, unless part of a complete physical therapy treatment program

- Treatment **solely** to improve cognition (e.g., memory or perception), concentration and/or attentiveness, organizational or problem solving skills, academic skills, impulse control or other behaviors for which behavior modification is sought without a physical therapy treatment plan that guides and helps to monitor the provided therapy

   We may pay for treatment to improve cognition if it is:

  - Part of a comprehensive rehabilitation plan, and

  - Medically necessary to treat severe deficits in members who have certain conditions that are identified by BCBSM

- Members education and home programs (such as home exercise programs)

- Sports medicine for purposes such as prevention of injuries or for conditioning

- Recreational therapy

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Prescription Drugs*

For chemotherapy services, see Page 36
For contraceptive services, see Page 42

Locations: We pay for medically necessary prescription drugs in:

- A participating hospital

- Other approved locations

**Prescription Drugs Provided by a Medical Provider**
BCBSM pays for select prescription drugs that are provided by hospitals, facilities, and professional providers.

**We pay for:**

- Drugs Received in a Hospital

  Prescription drugs, biologicals and solutions (such as irrigation and I.V. solutions) administered as part of the treatment for the disease, condition or injury that are:

  - Labeled FDA-approved as defined under the amended Federal Food, Drug and Cosmetic Act and
  - Used during an inpatient hospital stay or dispensed when part of covered outpatient services

- Drugs Received in Other Locations

  - In a participating freestanding ambulatory surgery facility when directly related to surgery (see Page 90)
  - In a participating freestanding ESRD facility in conjunction with dialysis services (see Page 41)
  - As part of home health services when services are provided by a participating hospital (see Page 48)
  - When required for infusion therapy (see Page 55)
  - In a participating hospice for the comfort of the member (see Page 49)
  - In a participating residential or outpatient substance abuse treatment facility (see Page 20).

- Drugs Administered by a Physician

  - **Injectable Drugs:** We pay for injectable drugs or biologicals, and their administration. The drugs or biologicals must be:

    - FDA approved,
    - Ordered or supplied by a physician, and
    - Administered by the physician or under the physician's supervision

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Prescription Drugs** (continued)

**We pay for:** (continued)

**Drugs Administered by a Physician** (continued)

– **Specialty Pharmaceuticals:** We pay for approved specialty drugs when:

- They are administered and billed by a physician, or
- They are billed by the contracted specialty pharmacy and administered by a physician

 Self-injected drugs are not covered unless approved by BCBSM.

– **Hemophilia Medication**

We pay for hemophilia factor product and the supplies for the infusion of the hemophilia factor product

- Prior Authorization for Specialty Pharmaceuticals

Prior authorization is required for select specialty drugs that will be administered in select locations identified by BCBSM. These locations include, but not limited to:

– Office
– Clinic
– Home
– Approved outpatient facilities

BCBSM requires prior authorization for specialty drugs for in-state and out-of-state services. (See Section 6 for Prior Authorization). Your physician should contact us and follow our utilization management processes to get prior authorization for your specialty drug. We will notify your physician if the request is approved. Only FDA-approved drugs can be preauthorized. Of those drugs, we will preauthorize only the specialty drugs that meet our medical policy standards for the treatment of your condition.

 **If Medicare is your primary payer, your physician does not have to get prior authorization.**

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Preventive Care Services*

*See Section 2 beginning on Page* 8 *for what you may be required to pay for these services.*

We pay for all preventive and immunization services required under the Patient Protection and Affordable Care Act (PPACA). Because the services required under PPACA change from time- to-time, we have mentioned only some of them in this certificate. To see a complete list, go to the https://www.healthcare.gov/coverage/preventive-care-benefits/ website. You may also contact BCBSM Customer Service.

Locations: We pay for facility and professional services for preventive care in

- A participating hospital

- A participating independent laboratory

- A participating facility (e.g., an ambulatory surgery center)

- An office

**We pay for:**

We pay 100% of our approved amount for the services below. You may receive services from either a participating or nonparticipating provider. You pay no cost sharing. However, if a nonparticipating provider charges more that our approved amount, you may have to pay the difference.

- Health Maintenance Examination

  One exam per member, per calendar year

- Routine Flexible Sigmoidoscopy Examination

  One per member, per calendar year.

- Routine Gynecological Examination

  Two per member, per calendar year.

- Routine Pap Smear

  One per member, per calendar year, when prescribed by a physician.

- Screening Mammography

  One per member per calendar year.

- Fecal Occult Blood Screening

  One per member, per calendar year to detect blood in the feces or stool.

© 2021 Blue Cross Blue Shield of Michigan

**Preventive Care Services** (continued)

**We Pay For:** (continued)

- Routine Well-Baby and Child Care Visits

  – Eight visits for children from birth through 12 months
  – Six visits for children 13 months through 23 months
  – Six visits for children 24 months through 35 months
  – Two visits for children 36 months through 47 months
  – Child care visits after 47 months are limited to one per member, per calendar year under your health maintenance exam benefit.

- Routine Immunizations

  We follow the recommendations of the Advisory Committee on Immunization Practices. We may also follow other sources as known to BCBSM.

  We pay for all other immunizations and preventive care benefits ordered by PPACA at the time the services are performed.

- Prostate Specific Antigen Screening

  One per member, per calendar year.

- Routine Laboratory and Radiology Services

  The following services are paid once per calendar year, when performed as routine screening:

  – Chemical profile
  – Complete blood count or any of its components
  – Urinalysis
  – Chest X-ray
  – EKG
  – Cholesterol testing

- Routine Colonoscopy

  One per member per calendar year, for cancer screening

  – Routine screening colonoscopies are limited to once per member per calendar year. Medically necessary colonoscopies are <u>not</u> limited to once per member per calendar year.

- Morbid Obesity Weight Management

  For a member with a BMI of 30 or above, we pay for 26 visits per member per calendar year. Visits can include nutritional counseling, such as dietician services billed by a professional provider recognized by BCBSM.

© 2021 Blue Cross Blue Shield of Michigan

**Preventive Care Services** (continued)

**We Pay For:** (continued)

- Tobacco Cessation Programs

  Screening, counseling, and select prescription drugs to help you stop smoking.

- Women's Preventive Care Contraceptive Services

  – Voluntary Sterilization for female members
  – Contraceptive Counseling

    Provided during a preventive exam or counseling session for female members

  – Contraceptive Devices

    When prescribed by a professional provider. This may include payment for the insertion and removal of the prescribed contraceptive device.

  – Contraceptive Injections

    When administered by a professional provider. This may also include payment for the contraceptive medication if supplied by the professional provider. If you obtain the contraceptive medication from a pharmacy, we only pay the provider for the administration.

  – Genetic Testing

    BRCA (counseling about genetic testing) – for female members at higher risk.

**We do not pay for:**

Screening and preventive care services that are:

- Not listed in this certificate or

- Not required to be covered under PPACA.

To see a complete list of the services and immunizations that must be covered under PPACA, go to the https://www.healthcare.gov/coverage/preventive-care-benefits/ website

You may also contact BCBSM Customer Service.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Private Duty Nursing Services*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

<u>Locations</u>: We pay for private duty nursing services in your home or in a participating hospital:

**We pay for:**

Skilled care given by a private duty nurse if:

- The member's  medical condition requires 24-hour care

- The member requires medically necessary skilled care for a portion of the 24-hour period

- The skilled care (for example, ventilator care) is given by a professional registered nurse or licensed practical nurse

- The skilled care is given in a hospital because the hospital lacks intensive or cardiac care units or has no space in such units

- The skilled care is provided by a nurse who is not related to, or living with, the member

 Private duty nurses may require you to pay for services at the time they are provided. Submit an itemized statement to us for the services. **All progress notes must be submitted with the claim.** We will pay the approved amount to you.

**We do not pay for:**

- Custodial care

© 2021 Blue Cross Blue Shield of Michigan

## *Professional Services*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

The services listed in this section are <u>in addition</u> to all of the other services listed in this certificate. The services in this section are also payable to a professional provider.

**We pay for:**

- **Inpatient and Outpatient Consultations:** If a physician needs help diagnosing or treating a member's condition, we pay for inpatient and outpatient consultations. They must be provided by a physician or professional provider who has the skills or knowledge needed for the consultations.

  We do not pay for staff consultations required by a facility's or program's rules.

- **Therapeutic injections**

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Prosthetic and Orthotic Devices*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

For durable medical equipment services, see Page 44.

Locations: We pay for prosthetic and orthotic devices in:

- A participating hospital

- An office

- A member's home

**We pay for:**

- The cost of purchasing or replacing a device

    We will pay for the cost to replace a prosthetic device due to:

    – A change in the patient's condition
    – Damage to the device so that it cannot be restored
    – Loss of the device

- The cost of developing and fitting a basic device

- Any medically necessary special features

- Repairs, limited to the cost of a new device

     BCBSM covers most external prosthetic and orthotic devices that are payable by Medicare Part B. In some cases, BCBSM guidelines may be different from those of Medicare Part B. Please call your local Customer Service center for specific coverage information.

**Prosthetic and orthotic devices must meet the following guidelines:**

- Be prescribed by a physician or other provider licensed to prescribe it, and:

    – Permanently implanted in the body, or
    – Used externally, such as an artificial eye, leg or arm.

- The prescription must contain complete details including the following information:

    – Diagnosis related to the services or items provided
    – Description and quantity of all items ordered

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Prosthetic and Orthotic Devices** (continued)

<u>Provider Limitations</u>

- Custom-made devices must be furnished:

  – By a provider, accredited by a Medicare-deemed accrediting organization

  You may call Customer Service to confirm a provider's status.

- A participating provider with BCBSM, who is not accredited by a Medicare-deemed accrediting organization, may only provide the following devices:

  – External breast prostheses following a mastectomy which include:

    - Two post-surgical brassieres and
    - Two brassieres in any 12-month period thereafter

    Additional brassieres are covered if they are required:

    - Because of significant change in body weight
    - For hygienic reasons

  – Prefabricated custom-fitted orthotic devices
  – Artificial eyes, ears, noses and larynxes
  – Prescription eyeglasses or contacts lenses after cataract surgery; the surgery can be for any disease of the eye or to replace a missing organic lens. Optometrists may provide these lenses.
  – External cardiac pacemakers
  – Therapeutic shoes, shoe modifications and inserts for persons with diabetes
  – Maxillofacial prostheses (as defined in Section 7) that have been approved by BCBSM. Dentists may provide you with these devices.
  – If you have an urgent need for an item that is not custom-made (e.g., wrist braces, ankle braces, or shoulder immobilizers), we will pay for the item to be provided by a M.D., D.O., or podiatric physician. Please call Customer Service for information on which devices are covered.

SECTION 3: WHAT BCBSM PAYS FOR

© 2021 Blue Cross Blue Shield of Michigan

**Prosthetic and Orthotic Devices** (continued)

**We do not pay for:**

- Hair prostheses such as wigs, hair pieces, hair implants, etc.

- Spare prosthetic devices

- Routine maintenance of a prosthetic device

- Experimental prosthetic devices

- Devices ordered or purchased prior to the certificate's effective date

- Nonrigid devices and supplies such as elastic stockings, garter belts, arch supports, and corsets

- Hearing aids

© 2021 Blue Cross Blue Shield of Michigan

## *Radiology Services*

*See Section 2 beginning on Page* 8 *for what you may be required to pay for these services.*

For radiology services in an ambulatory surgical facility, see Page 90.

<u>Locations</u>: We pay for hospital, facility and physician diagnostic and therapeutic radiology services in:

- A participating hospital

- A participating outpatient facility

- An office

**We pay for:**

- Diagnostic Radiology Services

  These services include facility and physician radiology services used to diagnose disease, illness, pregnancy or injury. The services must be prescribed by a professional provider. Examples of these services are:

  - X-rays
  - Radioactive isotope studies and use of radium
  - Ultrasound
  - Computerized axial tomography (CAT) scans
  - Magnetic resonance imaging (MRI)
  - Positron emission tomography (PET) scans
  - Medically necessary mammography

- Therapeutic Radiology Services

  These services include facility and physician services to treat medical conditions by X-ray, radon, radium, external radiation or radioactive isotopes. The services must be prescribed by a professional provider.

**We do not pay for:**

- Procedures that are not related and needed to diagnose a disease, illness, injury or pregnancy (such as an ultrasound done only to find out the sex of a fetus)

© 2021 Blue Cross Blue Shield of Michigan



COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Special Medical Foods for Inborn Errors of Metabolism*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

**We pay for:**

Special medical foods for the dietary treatment of inborn errors of metabolism. These foods must be prescribed by a professional provider.

The following criteria must be met:

- The cost of special medical foods must be higher than the cost of foods or items that are not special medical foods

- Medical documentation must support the diagnosis of a covered condition that requires special medical foods.

   BCBSM determines which conditions are payable

To be paid, you must submit the prescription from the treating professional provider along with receipts for your special medical food purchases to BCBSM. Mail your receipts along with a "Member Application for Payment Consideration" to:

> Blue Cross Blue Shield of Michigan
> 600 E. Lafayette Blvd
> Imaging & Support Services, MC 0010
> Detroit, MI 48226-2998

You can obtain the above-mentioned form by visiting our website at www.bcbsm.com and clicking on "Forms" under the "Member Secured Services" tab. If you can't access the website or you have trouble finding what you need, please contact Customer Service at one of the telephone numbers listed in Section 9.

**We do not pay for:**

- Nutritional products, supplements, medical foods or any other items provided to treat medical conditions that are not related to the treatment of inborn errors of metabolism

   BCBSM determines what conditions are related to inborn errors of metabolism. Diabetes mellitus is excluded as a payable diagnosis for this benefit

- Foods used by members with inborn errors of metabolism that are not special medical foods, as defined by this certificate

- Nutritional products, supplements or foods used for the member's convenience or for weight reduction programs

- Diabetes mellitus is excluded as a payable diagnosis for this benefit.

© 2021 Blue Cross Blue Shield of Michigan

## *Speech and Language Pathology*

*See Section 2 beginning on Page* 8 *for what you may be required to pay for these services.*

For occupational therapy services, see Page 60.
For physical therapy services, see Page 72.

<u>Locations</u>: We pay for facility and professional speech and language pathology services in:

- A participating hospital

   Inpatient therapy performed in a hospital must be used to treat the condition for which the member is hospitalized.

- A participating freestanding outpatient physical therapy facility

   For a participating freestanding facility, we pay the facility directly for the service, not the individual provider who rendered the service.

- An office

- A member's home

- A nursing home, if it's the member's primary residence

**We pay for:**

- Medically necessary speech and language pathology services when provided for rehabilitation

<u>Speech and language pathology services must be</u>:

- Prescribed by a professional provider licensed to prescribe speech and language pathology services

- Performed for a condition that can be significantly improved in a reasonable and generally predictable period of time (usually about six months), or to optimize the developmental potential of the patient and/or maintain the patient's level of functioning.

- Performed by:

  – A speech and language pathologist certified by the American Speech-Language-Hearing Association, or
  – By one fulfilling the clinical fellowship year under the supervision of a certified speech and language pathologist

   When a speech and language pathologist has completed the work for their master's degree, they begin a clinical fellowship for a year. In that year their work is supervised by a certified speech and language pathologist.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Speech and Language Pathology** (continued)

**We do not pay for:**

- Treatment **solely** to improve cognition (e.g., memory or perception), concentration and/or attentiveness, organizational or problem-solving skills, academic skills, impulse control or other behaviors for which behavior modification is sought without a speech and language pathology therapy treatment plan that guides and helps to monitor the provided therapy

 We <u>may</u> pay for treatment to improve cognition if the treatment is part of a comprehensive rehabilitation plan. The treatment must be necessary to treat severe speech deficits language and/or voice deficits. This treatment is for patients with certain conditions that have been identified by BCBSM.

- Recreational therapy

- Member education and home programs

- Treatment of chronic, developmental or congenital conditions, learning disabilities or inherited speech abnormalities

 A BCBSM medical consultant may decide that speech and language pathology services can be used to treat chronic, developmental or congenital conditions for some children with severe developmental speech disabilities.

- Treatment to treat long-standing, chronic conditions that have not responded to or are unlikely to respond to therapy or that is performed without a speech and language pathology treatment plan

- Services provided by speech and language pathology assistants or therapy aides.

- Services received from a <u>nonparticipating</u> hospital or <u>nonparticipating</u> facility

- Services provided by a freestanding facility in a home, hospital, skilled nursing facility, psychiatric residential treatment facility or substance abuse treatment facility

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Surgery*

*See Section 2 beginning on Page 8 for what you may need to pay for these services.*

For transplant services, see Page 95.

Locations: We pay for hospital, facility and professional services for surgery in:

• A participating hospital

• A participating freestanding ambulatory surgery facility

• An office

**We pay for:**

Presurgical Consultations

If your physician tells you that you need surgery, you may choose to have a presurgical consultation with another physician. The consulting physician must be a MD, DO, podiatric physician, or an oral surgeon.

The consultation will be paid if the surgery you plan to have is covered under this certificate and will be done in a covered location (see above).

• You are limited to three presurgical consultations for each surgical diagnosis. The three consultations consist of a:

  – Second opinion — a consultation to confirm the need for surgery
  – Third opinion — allowed if the second opinion differs from the initial proposal for surgery
  – Nonsurgical opinion — given to determine your medical tolerance for the proposed surgery

Surgery

• Physician's surgical fee

• Medical care provided by the surgeon before and after surgery while the member is in the hospital

• Visits to the attending physician for the usual care before and after surgery

• Operating room services, including delivery and surgical treatment rooms

• Sterilization for male or female members (whether or not medically necessary)

   Reversal of voluntary sterilization for male members is not covered.

  As part of your preventive care services, we cover voluntary sterilization for female members (see Page 86).

**SECTION 3: WHAT BCBSM PAYS FOR**

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Surgery** (continued)

- Voluntary Sterilization for female or male members

    – Voluntary sterilization for females or males received from participating **or** nonparticipating professional providers

- Whole blood, blood derivatives, blood plasma or packed red cells, supplies and their administration related to surgery

- Cosmetic surgery is <u>only</u> payable when medically necessary for:

    – Correction of deformities present at birth. Congenital deformities of the teeth are not covered.
    – Correction of deformities resulting from cancer surgery including reconstructive surgery after a mastectomy
    – Conditions caused by accidental injuries, and
    – Traumatic scars

     We will not pay for cosmetic surgery and related services that are only to improve your personal appearance.

- Dental surgery is only payable for:

    – Multiple extractions or removal of unerupted teeth or alveoloplasty when:

        - A hospitalized member has a dental condition that is adversely affecting a medical condition, and
        - Treatment of the dental condition is expected to improve the medical condition (see Page 37 for examples)

    – Surgery and treatment related to the treatment of temporomandibular joint (TMJ) dysfunction, see Page 38.

- Technical surgical assistance (TSA): In some cases, a surgeon will need another physician to give them technical assistance. We pay the approved amount for TSA, according to our guidelines. The surgery can be done in a:

    – Participating hospital (inpatient or outpatient)
    – Participating ambulatory facility

    A list of covered TSA surgeries is available from Customer Service.

    We do **not** pay for TSA:

    – When services of interns, residents or other physicians employed by the hospital are available at the time of surgery or
    – When services are provided in a location other than a hospital or ambulatory surgery facility

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Surgery** (continued)

**We pay for:** (continued)

Freestanding Ambulatory Surgery Facility Services

We pay for facility services in a participating ambulatory surgery center. You must be under the care of a licensed doctor of medicine, osteopathy, podiatry or oral surgery. The services must be directly related to the covered surgery.
The following services are payable:

- Use of ambulatory surgery facility

- Anesthesia services and materials

- Recovery room

- Nursing care by, or under the supervision of, a registered nurse

- Drugs, biologicals, surgical dressings, supplies, splints and casts directly related to providing surgery

- Oxygen and other therapeutic gases

- Skin bank, bone bank and other tissue storage costs for supplies and services for the removal of skin, bone or other tissue, as well as the cost of processing and storage

- Administration of blood

- Routine laboratory services related to the surgery or a concurrent medical condition

- Radiology services performed on equipment owned by, and performed on the premises of, the facility that are necessary to enhance the surgical service

- Housekeeping items and services

- EKGs

**We do not pay for:**

- Services by a <u>nonparticipating</u> ambulatory surgery facility

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Temporary Benefits*

We pay temporary benefits for some services when a participating professional provider, hospital or facility ends its contract with BCBSM.

**Professional Provider Services**
We pay temporary benefits for continuity of care services from a professional provider. These services are available for up to **90 days** from the date the professional provider ends its participating contract with BCBSM.

<u>Payable Services</u>

- Continuity of Care

  <u>Coverage Requirements</u>

  We will pay for your continued treatment after a professional provider ends its participating contract with BCBSM as required by law. These benefits are available for **up to 90 days** from the date the professional provider ends its contract with BCBSM if one of the following is true:

  – You were undergoing a continued and regular course of treatment for a serious and complex condition by the provider;
  – You are undergoing a course of institutional or inpatient care from the provider or facility;
  – You are scheduled to undergo nonelective surgery from the provider or facility, including receiving postoperative care related to a surgery;
  – You are pregnant and undergoing a course of treatment for the pregnancy from a provider; or
  – You are terminally ill and receiving treatment for such illness from the provider.

  Additionally, for continuity of care to apply, the following conditions must also be true:

  – BCBSM paid your claims for treatment of that condition before the professional provider ended the participating contract with BCBSM
  – The services are medically necessary and would be covered if the professional provider was a BCBSM in-network or participating provider

  <u>Payment for Continuity of Care Services</u>

  We will pay our approved amount for covered services, less your in-network cost-share requirements under this certificate for up to 90 days to allow for a transition of care to an in-network provider (if you are enrolled in a CMM-PPO rider). During this period, our paid amount less any required in-network cost share is considered as payment in full for continuity of care services.

© 2021 Blue Cross Blue Shield of Michigan

**Temporary Benefits** (continued)

**Hospital or Facility Services**
Hospitals and/ or facilities are sometimes referred to as "noncontracted" hospitals or facilities.

We pay temporary benefits for some services of noncontracted hospitals or facilities. These benefits are for continuity of care, designated services, emergency care, and travel and lodging. Benefits for continuity of care are available for up to **six months** from the date the hospital or facility ends its participating contract with BCBSM. Benefits for designated services and emergency care are available for as long as they are medically necessary. Benefits for travel and lodging are available for the period of time approved by BCBSM.

<u>Mandatory Preapproval</u>
**You** must obtain preapproval from BCBSM for any travel and lodging expenses before they occur. If you do not obtain preapproval, travel and lodging will not be covered and you will be responsible for these costs. Please call BCBSM to obtain preapproval (see Section 9 "How to Reach Us").

Customer Service can provide you with the telephone number to call for preapproval (see Section 9 "How to Reach Us"). If your request for preapproval of travel and lodging is related to a bone marrow or organ transplant, ask Customer Service for the telephone number of the Human Organ Transplant Program. For more information on transplants, see Page 95.

- Continuity of Care

  <u>Coverage Requirements</u>

  We will pay for your continued treatment in a hospital or facility after it ends its participating contract with BCBSM as required by law. These benefits are available for **up to six (6) months** from the date the hospital or facility ends its contract with BCBSM if one of the following is true:

  – You were undergoing a continued and regular course of treatment for a serious and complex condition by the provider or facility;
  – You are undergoing a course of institutional or inpatient care from the provider or facility;
  – You are scheduled to undergo nonelective surgery from the provider or facility, including receiving postoperative care related to a surgery;
  – You are pregnant and undergoing a course of treatment for the pregnancy from the provider or facility; or
  – You are terminally ill and receiving treatment for such illness from the provider or facility.

  Additionally, for continuity of care to apply, the following conditions must also be true:

  – BCBSM paid your claims for treatment of the same condition at the hospital or facility before it ended its participating contract with BCBSM, and
  – The services are medically necessary and would be covered if the hospital or facility were a BCBSM participating hospital or facility.

© 2021 Blue Cross Blue Shield of Michigan

**Temporary Benefits** (continued)

**Hospital or Facility Services** (continued)

**Continuity of Care (continued)**

Payment for Continuity of Care Services

We will pay our approved amount for covered services, less your in-network cost-share requirements under this certificate (if you are enrolled in a CMM-PPO rider) for up to six months to allow for a transition of care to a participating hospital or facility. During this period, our paid amount less any required in-network cost share is considered as payment in full for continuity of care services.

- Designated Services and Emergency Care

  Coverage Requirements

  We will pay for designated services and emergency care that you receive from a hospital or facility that ends its contract with BCBSM when all the following criteria are met:

  – The services are medically necessary and would be covered if the hospital or facility were a BCBSM in-network or participating hospital or facility
  – The designated services are preapproved, as previously described
  – The hospital or facility  that ends its contract with BCBSM is within 75 miles of your primary residence (this applies only to designated services)

  Payment for Designated Services and Emergency Care

  When the above coverage requirements are met, we will pay you as follows:

  – Designated Services

    We will pay our approved amount, less your cost sharing required under this certificate. Our approved amount may be less than the bill. You may be required to pay the difference.

  – Emergency Care

    The method below is used to determine what we pay for accidental injuries and emergency services:

    - We pay a rate based on the requirements of state and federal law

    - The rate we pay for emergency care may be less than the bill; you will not be required to pay the difference between what the provider charges and what we pay (See Surprise Billing in the General Conditions of Your Contract section for more information).

    The rate we pay may be less than the bill. You may be required to pay the difference.

**SECTION 3: WHAT BCBSM PAYS FOR**                                                        93

© 2021 Blue Cross Blue Shield of Michigan

**Temporary Benefits** (continued)

<u>Transport from a Noncontracted Area Hospital or Facility</u>

If you are receiving designated services or emergency care in a hospital or facility that ended its contract with BCBSM, and your physician says that you are medically stable, you may choose to be transferred to the nearest participating hospital or facility that can treat your condition. We will pay our approved amount to transport you by ambulance to that hospital or facility.

If you use a nonparticipating ground ambulance service to transport you, the bill may be more than our approved amount. You may be required to pay the difference.

BCBSM certificates provide only limited coverage for emergency services at nonparticipating hospitals. They provide you with <u>no coverage</u> if you are admitted on a nonemergency basis. If you decide to stay in a noncontracted hospital, we will pay you at the nonparticipating rate. Our rate may be less than the hospital charges. You will have to pay the difference.

<u>Limitations and Exclusions</u>

–   If you get services from a hospital or facility that ends its contract with BCBSM that are not designated services, we will pay only the amount we pay for nonparticipating hospital or facility services. These amounts are described in Section 2. You will have to pay the difference between what we pay and the hospital's or facility's charge. This difference may be substantial since we do not pay for nonemergency services in a nonparticipating hospital or facility.
–   We will pay for ambulance transport services only if they are for an admission that is covered under this certificate. If your certificate covers nonemergency transports, you will have to pay for your cost share.

• **Travel and Lodging**

If you need to get services at an out-of-area hospital or facility, we will pay for the cost of travel and lodging if all the following are met:

–   You live within 75 miles of the noncontracted area hospital
–   The travel and lodging are preapproved, as previously described
–   You cannot reasonably get covered services from:

   • A contracted hospital or facility in your area or other participating provider within 75 miles of the noncontracted area hospital, and
   • Your physician directs you to an out-of-area hospital or facility.
   • You get services from the out-of-area BCBSM in-network or participating hospital or facility that is closest to the noncontracted area hospital or facility

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Temporary Benefits** (continued)

**Travel and Lodging** (continued)

Payment will be subject to the following provisions:

– Inpatient Services

If you need inpatient services from an out-of-area hospital or facility, we will pay a maximum of $250 per day for the reasonable and necessary cost of travel and lodging. We will pay up to a total of $5,000 for travel and lodging costs for each admission. Both of these maximum payment amounts will cover the combined expenses for you and the person(s) eligible to accompany you. If you spend less than $250 per day or a total of $5,000 for all of your travel and lodging, we will pay you the amount you actually spent. If you spend more than $250 per day or a total of $5,000, we will only pay you the maximum of $250 per day or $5,000 total for your travel and lodging expenses.

Coverage will begin on the day before your admission and end on your date of discharge. We will pay for the following:

• Travel for you and another person (two persons if the patient is a child under the age of 18) to and from the out-of-area hospital or facility
• Lodging for the person(s) eligible to accompany you

– Outpatient Services

If you need outpatient services from an out-of-area hospital or facility or physician, we will pay up to $125 for travel and lodging each time you need these services.

Limitations and Exclusions

– We do not pay for travel and lodging that were not preapproved, as previously described.
– Travel and lodging will be paid only after you submit your original receipts to us.
– Travel does not include an ambulance transport to an out-of-area hospital or facility.
– We will not pay for travel and lodging beyond the maximums stated above.
– We will not pay for items that are not directly related to travel and lodging, such as:

| Alcoholic beverages | Charges for hospital or facility  services not covered, e.g., private room | Household products | Movie rentals Private room |
|---|---|---|---|
| Babysitters or daycare services | Clothing | Household utilities (including cell phones) | Security deposits |
| Books or magazines | Dry cleaning | Kennel fees | Stamps or stationery |
| Cable television | Flowers | Laundry services | Telephone Television Toiletries |
| Car maintenance | Greeting cards | Maids | Toys |

– Any other services, admissions or length of stay related to any of the above exclusions
– The deductible or coinsurance requirements in this certificate do not apply to travel and lodging.

**SECTION 3: WHAT BCBSM PAYS FOR**                                                                 95

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Transplant Services*

*See Section 2 beginning on Page* 8 *for what you may be required to pay for these services.*

For general surgery services, see Page 88.
For oncology clinical trials, see Page 64.

<u>Locations</u>: Kidney, cornea, skin and bone marrow transplants are payable when performed in a:

- **Participating** hospital (inpatient or outpatient)

- **Participating** ambulatory surgery facility

We cover transplants of specified organs such as heart or liver (complete list on Page 100) **only** if they are done in a "designated facility". (See Section 7 for  the definition of a designated facility.)

<u>Transplant Time Frames</u>
We cover services for transplants, bone marrow transplants and specified human organ transplants as long as they are medically necessary and related to the preapproved transplant. Certain services have specific time frames.

**We pay for:**

Organ transplants and bone marrow transplants if the transplant recipient is a BCBSM member. Living donor and recipient transplant services are paid under the recipient's coverage.

<u>Organ transplants</u>

We pay for services performed to obtain, test, store and transplant the following human tissues and organs:

- Kidney

- Cornea

- Skin

- Bone marrow (described below)

We cover immunizations against common infectious diseases during the first 24 months after your transplant. We follow the guidelines of the Advisory Committee on Immunization Practices (ACIP).

 The immunization benefit does **not** apply to cornea and skin transplants.

© 2021 Blue Cross Blue Shield of Michigan

**Transplant Services** (continued)

**We pay for:** (continued)

Bone Marrow Transplants

Bone marrow transplants require preapproval. Once a transplant is preapproved, we cover any services you receive that are medically necessary and related to the preapproved transplant. If your transplant is not approved before you receive it, neither it nor any related services will be covered and you will have to pay all costs.

We pay for covered services when they are directly related to:

• Two tandem transplants

• Two single transplants

• A single and a tandem transplant

For each member and for each condition, we pay the following services:

• **Allogeneic Transplants**

  – Blood tests on first degree relatives to evaluate them as donors
  – Search of the National Bone Marrow Donor Program Registry for a donor. A search will begin only when the need for a donor is established and the transplant is preapproved.
  – Infusion of colony stimulating growth factors
  – Harvesting (including peripheral blood stem cell pheresis) and storage of the donor's bone marrow, peripheral blood stem cell and/or umbilical cord blood, if the donor is:

    • A first degree relative and matches at least four of the six important HLA genetic markers with the member or
    • Not a first degree relative and matches five of the six important HLA genetic markers with the member. (This provision does not apply to transplants for Sickle Cell Anemia (ss or sc) or Beta Thalassemia.)

     In a case of Sickle Cell Anemia (ss or sc) or Beta Thalassemia, the donor must meet BCBSM HLA genetic marker matching requirements.

  – High-dose chemotherapy and/or total body irradiation
  – Infusion of bone marrow, peripheral blood stem cells, and/or umbilical cord blood
  – T-cell depleted infusion
  – Donor lymphocyte infusion
  – Hospitalization

© 2021 Blue Cross Blue Shield of Michigan

**Transplant Services** (continued)

**We pay for:** (continued)

**Bone Marrow Transplants** (continued)

- **Autologous Transplants**

    – Infusion of colony stimulating growth factors
    – Harvesting (including peripheral blood stem cell pheresis) and storage of bone marrow and/or peripheral blood stem cells
    – Purging and/or positive stem cell selection of bone marrow or peripheral blood stem cells
    – High-dose chemotherapy and/or total body irradiation
    – Infusion of bone marrow and/or peripheral blood stem cells
    – Hospitalization

 A tandem autologous transplant is covered only when it treats germ cell tumors of the testes, multiple myeloma, or other conditions identified by BCBSM. We pay for up to two tandem transplants or a single and a tandem transplant per member for this condition. (See Section 7 for  the definition of "Tandem Transplant".)

- Allogeneic transplants and autologous transplants are covered to treat only certain conditions. Please call Customer Service for a list of these conditions.

**Additional services for bone marrow transplants:**

In addition to the conditions listed above, we will pay for services related to, or for:

- High-dose chemotherapy

- Total body irradiation

- Allogeneic or autologous transplants to treat conditions that are not experimental

This does not limit or prevent coverage of antineoplastic drugs when Michigan law requires that these drugs be covered. The coverage includes the cost of administering the drugs.

© 2021 Blue Cross Blue Shield of Michigan

**Transplant Services** (continued)

**Bone Marrow Transplants** (continued)

**We do not pay the following for bone marrow transplants:**

- Services that are not medically necessary (see Section 7 for the definition of "medically necessary")

- Services provided in a facility that does not participate with BCBSM

- Services provided by persons or groups that are not legally qualified or licensed to provide such services

- Services provided to a transplant recipient who is not a BCBSM member

- Services provided to a donor when the transplant recipient is not a BCBSM member

- Expenses related to travel, meals and lodging for donor or recipient

- Any services related to, or for, allogeneic transplants when the donor does not meet the HLA genetic marker matching requirements

- Search of an international donor registry

- An allogeneic tandem transplant

- The routine harvesting and storage costs of bone marrow, peripheral blood stem cells or a newborn's umbilical cord blood if not intended for transplant within one year

- Experimental treatment

- Any other services or admissions related to any of the above named exclusions

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Transplant Services** (continued)

Specified Human Organ Transplants

Specified Human Organ Transplants require preapproval. If you do not get preapproval before you receive these services, they will not be covered and you will have to pay for them. Once the transplant is preapproved, any services that you receive during the benefit period will be covered as long as those services are medically necessary and related to the preapproved transplant.

**These services have a specific benefit period. The benefit period begins five days before the transplant and ends one year after the transplant.**

When performed in a designated facility (see Section 7 for the definition of designated facility), **we pay for** transplant of the following organs:

- Combined small intestine-liver

- Heart

- Heart-lung(s)

- Liver

- Lobar lung

- Lung(s)

- Pancreas

- Partial liver

- Kidney-liver

- Simultaneous pancreas-kidney

- Small intestine (small bowel)

- Multivisceral transplants (as determined by BCBSM)

**We also pay for** the cost of getting, preserving and storing human skin, bone, blood, and bone marrow that will be used for medically necessary covered services.

All specified human organ transplant services must be provided during the benefit period if they are going to be paid by BCBSM. The only exceptions are anti-rejection drugs and other transplant-related prescription drugs.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Transplant Services** (continued)

**Specified Human Organ Transplants** (continued)

When directly related to the transplant, we pay for:

- Facility and professional services

- Anti-rejection drugs and other transplant-related prescription drugs, during and after the benefit period, as needed; the payment for these drugs will be based on BCBSM's approved amount.

- During the first 24 months after the transplant, immunizations against certain common infectious diseases are covered. Immunizations that are recommended by the Advisory Committee on Immunization Practices (ACIP) are covered by BCBSM.

- Medically necessary services needed to treat a condition arising out of the organ transplant surgery **if** the condition:

    – Occurs during the benefit period and
    – Is a direct result of the organ transplant surgery

     Services to treat the condition must be a benefit under your certificate.

**We also pay for** the following:

- Up to $10,000 for eligible travel and lodging during the initial transplant surgery, including:

    – Cost of transportation to and from the designated transplant facility for the member and another person eligible to accompany the member (two persons if the member is a child under the age of 18 or if the transplant involves a living-related donor)

     In some cases, we may pay for return travel to the original transplant facility if you have an acute rejection episode. The episode must be emergent and must fall within the benefit period. The cost of the travel must still fall under the $10,000 maximum for travel and lodging.

    – Reasonable and necessary costs of lodging for the person(s) eligible to accompany the member ("lodging" refers to a hotel or motel)
    – Cost of acquiring the organ (the organ recipient must be a BCBSM member.) This includes, but is not limited to:

        - Surgery to obtain the organ
        - Storage of the organ
        - Transportation of the organ
        - Living donor transplants such as partial liver, lobar lung, small bowel, and kidney transplants that are part of a simultaneous kidney transplant
        - Payment for covered services for a donor if the donor does not have transplant services under any health care plan

         We will pay the BCBSM approved amount for the cost of acquiring the organ.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Transplant Services** (continued)

**Specified Human Organ Transplants** (continued)

<u>Limitations and Exclusions</u>

During the benefit period, the deductible and coinsurance do not apply to the specified human organ transplants and related procedures.

**We do not pay for** the following for specified human organ transplants:

- Services that are not BCBSM benefits

- Services provided to a recipient who is not a BCBSM member

- Living donor transplants not listed in this certificate.

- Anti-rejection drugs that do not have Food and Drug Administration approval

- Transplant surgery and related services performed in a nondesignated facility

- Transportation and lodging costs for circumstances other than those related to the initial transplant surgery and hospitalization

- Items that are not considered by BCBSM to be directly related to travel and lodging. Examples include, but are not limited to:

| Alcoholic beverages | Flowers, toys, gifts, greeting cards, stationery, stamps, mail/UPS services | Internet connection, and entertainment (such as cable television, books, magazines and movie rentals) | Mortgage or rent payments | Tips |
|---|---|---|---|---|
| Car maintenance | Furniture rental | Kennel fees | Reimbursement of food stamps | |
| Clothing, toiletries | Household products | Lost wages | Security deposits, cash advances | |
| Dry cleaning or laundry services | Household utilities (including cellular telephones) | Maids, babysitters or day care services | Services provided by family members | |

- Routine storage cost of donor organs for the future purpose of transplantation

- Services prior to your organ transplant surgery, such as expenses for evaluation and testing, unless covered elsewhere under this certificate

- Experimental transplant procedures. See Section 5 for guidelines related to experimental treatment.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Urgent Care Services*

*See Section 2 beginning on Page 8 for what you may be required to pay for these services.*

We pay for physician services provided at an urgent care facility.

© 2021 Blue Cross Blue Shield of Michigan

## *Value Based Programs*

*See Section 2 beginning on Page 8 for what you may need to pay for these services.*

*See Section 7 for the definitions of Provider-Delivered Care Management (PDCM) and Total Care (TC).*

**Provider-Delivered Care Management (PDCM)**
PDCM services are covered <u>only</u> when they are performed in Michigan by BCBSM designated providers. Under PDCM, a care manager will coordinate your care.

**This section describes what we cover under PDCM.**

<u>Locations</u>: We pay for professional services for PDCM in the following locations, subject to the conditions described below:

- An office

- A participating outpatient hospital

- A participating facility

- A member's home

- Other locations as designated by BCBSM

**We pay for:**

Care management services identified by BCBSM <u>only</u> when performed by a BCBSM-designated provider in Michigan:

PDCM services may include:

- Telephone, individual face-to-face, and group interventions

- Medication assessments to identify:

  – The appropriateness of the drug for your condition
  – The correct dosage
  – When to take the drug
  – Drug Interactions

- Setting goals by your primary care physician (PCP), your care manager, and yourself to help you manage your health better

   Covered services are subject to change.

Most PDCM services include support for setting goals and ensuring member participation. We encourage in-person contact between you and your care managers.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Value Based Programs** (continued)

**Provider Delivered Care Management (PDCM)** (continued)

**Eligibility**

You are eligible to receive PDCM services if you have:

- Active BCBSM coverage

- Agreed to actively participate with PDCM

- A referral for care management services from your physician

Your physician will determine your eligibility and refer you for care management services based on factors, such as your:

- Diagnosis

- Admission status

- Clinical status

**Termination of Provider- Delivered Care Management**

You may opt-out of PDCM at any time. BCBSM may also terminate PDCM services based on:

- Your nonparticipation in PDCM

- Termination or cancellation of your BCBSM coverage

- Other factors

**We do not pay for:**

- Services performed by providers who are not designated as PDCM providers

- Services performed by providers outside the state of Michigan

 For more information on PDCM services, contact BCBSM Customer Service.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Value Based Programs** (continued)

**Total Care (TC)**

TC services are covered <u>only</u> when they are performed by designated providers outside the state of Michigan <u>and</u> the member has an established relationship with the designated provider. Designated providers are identified by the local Blue Cross/Blue Shield plan in the state where the TC services are performed.

**This section describes what we cover under TC.**

<u>Locations</u>: We pay for professional services for TC in the following locations, subject to the conditions described below:

• An office

• A participating outpatient hospital

• A participating facility

• A member's home

• Other locations as designated by the local Blue Cross/Blue Shield plan in the state where the services are provided

**We pay for:**

• Services of out-of-state, providers who are designated by their local Blue Cross/Blue Shield plan to provide care management services

TC services may include:

• Telephone, individual face-to-face, and group interventions

• Medication assessments to identify:

  – The appropriateness of the drug for your condition
  – The correct dosage
  – When to take the drug
  – Drug Interactions

• Setting goals by your primary care physician (PCP), your care manager, and yourself to help you manage your health better

 Covered services are subject to change.

Most TC services include support for setting goals and ensuring member participation. We encourage in-person contact between you and your care managers.

© 2021 Blue Cross Blue Shield of Michigan

**Value Based Programs** (continued)

**Total Care (TC)** (continued)

**Eligibility**

You are eligible to receive TC services if you have:

- Active BCBSM coverage

  – Your physician will determine your eligibility and refer you for care management services based on factors, such as your:

- Diagnosis

- Admission status

- Clinical status

**Termination of Total Care**

You may opt-out of TC at any time. The local Blue Cross/Blue Shield plan may also terminate TC services based on:

- Your nonparticipation in TC

- Termination or cancellation of your BCBSM coverage

- Other factors

**We do not pay for:**

- Services performed by providers who are not designated by the local Blue Cross/Blue Shield plan as TC providers

- Services performed in Michigan

 For more information on TC services, contact BCBSM Customer Service.

© 2021 Blue Cross Blue Shield of Michigan

# Section 4: How Providers Are Paid

This section explains how BCBSM pays its providers, who are the people or facilities that provide services or supplies related to your medical care. They include, but are not limited to, hospitals, other facilities, physicians, licensed clinics, labs, and health care professionals. Our payment policy is shown in the chart below.

| Participating Providers | BCBSM sends payment directly to participating providers. They accept this payment   plus cost sharing, if any as payment in full for covered services. |
|---|---|
| Nonparticipating Providers | • **Nonparticipating physicians and other professional providers** — BCBSM may send payment directly to you, and you may need to pay the provider. (See Surprise Billing in the General Conditions of Your Contract section for more information).<br><br>• **Nonparticipating hospitals –** BCBSM will not pay for medical services from nonparticipating hospitals unless it is for the treatment of accidental injuries or medical emergencies. Otherwise, you will need to pay most of those charges yourself<br><br>• **Nonparticipating facilities** -- BCBSM does not pay for services from nonparticipating facilities |

BCBSM has agreements with different types of providers. Each type of provider has separate payment practices. In this section we describe payment practices for:

- Participating Physicians and Other Professional Providers

- Nonparticipating Physicians and Other Providers

- Participating Hospitals and Facilities

- Nonparticipating Hospitals and Facilities

- Emergency Services at a Nonparticipating Hospital

- Hospital Services that You Must Pay

- Out-of-Area Services

- BlueCard® Program

- Negotiated (non-BlueCard Program) National Account Arrangements

- Blue Cross Blue Shield Global Core Program

© 2021 Blue Cross Blue Shield of Michigan

## *Participating Physicians and Other Professional Providers*

For services you receive from a participating provider, we pay the provider directly. They agree to accept our approved amount as payment in full. You pay only your deductible and coinsurance. This is described in Section 2.

If you need to know what providers are paid directly, call us at one of the numbers listed in Section 9: "How to Reach Us" section.

A participating provider may bill you when:

- You receive a service not covered by your contract

- You acknowledge in writing before you receive the service that we will not cover it because it is medically unnecessary or experimental and you agree to receive the service and pay for it, and

- We deny a claim from a participating provider that was submitted more than two years after the services because you did not furnish needed information

- The provider gives you an estimate of what the services will cost you.

Participating providers may also bill you if you do not provide the required identifying information in a timely manner so the provider can file a claim. We may deny a claim from a participating provider that was sent in more than two years after the service because you did not furnish needed information.

*Participating providers may **not** bill you for:*

- Services that are not covered because BCBSM determined that the provider was:

  – Ineligible or lacked the appropriate credentials or privileges needed to perform the service, or
  – The provider failed to comply with BCBSM policies when rendering the services.

- An overpayment made to the provider which BCBSM later requires the provider to repay to BCBSM.

- Balances in excess of our approved amount.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Nonparticipating Physicians and Other Providers*

If the provider is **nonparticipating**, you may need to pay most of the charges yourself. Your bill could be substantial. After paying your provider, you may need to submit a claim to us.

If we approve the claim, we will send the payment to you.

 Because nonparticipating providers often charge more than our payment, our payment to you may be less than the amount charged by the provider.

Some nonparticipating professional providers **may** agree to participate on a claim by claim basis. This means that they will accept our approved amount, after your deductible and coinsurances have been met, as payment in full for a service they have provided. The provider will submit a claim to us and we will send the payment to the nonparticipating provider.

 If you receive services that require preapproval from a provider who does not participate with us, and the provider does not get the preapproval before those services are received, you may have to pay the bill yourself. We may not pay for it. It is important to make sure that the nonparticipating provider gets that preapproval before you receive the services.

The nonparticipating providers listed below do <u>not</u> participate with BCBSM on a per claim basis:

- Independent physical therapists

- Certified nurse practitioners

- Clinical nurse specialists-certified

- Independent occupational therapists

- Independent speech-language pathologists

- Audiologists

- Athletic trainers

- Genetic counselors

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Participating Hospitals and Other Facilities*

If the provider is **participating**, we will make payment directly to the provider. Almost all Michigan hospitals and many alternatives to hospital providers participate with BCBSM. The provider accepts our payment as payment in full, less any coinsurances or deductible you are required to pay.

- You do not need to pay any amounts beyond coinsurances and deductibles that apply for services covered by your certificate as long as they are medically necessary (except in limited cases described on Page 113).

- Even if the provider's charge for a covered service is more than our payment, you will not need to pay the difference.

Participating providers may bill you for a service that is medically unnecessary or experimental but only if you acknowledge in writing before you receive the service that we will not cover the service because it is medically unnecessary or experimental and you agree to receive the service and pay for it.

If you need to know if a provider participates, ask your doctor, the provider's admitting staff, or call us. (Use the numbers listed in Section 9: "How to Reach Us".)

## *Nonparticipating Hospitals and Facilities*

If the provider is **nonparticipating**, you will need to pay most of the charges yourself. Your bill could be substantial because BCBSM coverage at nonparticipating hospitals is limited to services needed to treat an accidental injury or medical emergency.

- To receive payment for covered services provided by a nonparticipating hospital, you will need to send us a claim. Call Customer Service (see Section 9: "How to Reach Us") for information on filing claims.

- You may also be responsible for the difference between what the provider charges and what we pay. (See Surprise Billing in the General Conditions of Your Contract section for more information).

© 2021 Blue Cross Blue Shield of Michigan

**Nonparticipating Hospitals and Facilities (continued)**

**BCBSM does <u>not</u> pay for** nonemergency **services at <u>nonparticipating</u>:**

- Hospitals

- Residential substance abuse treatment facilities

- Outpatient physical therapy facilities

- Outpatient Psychiatric Care Facilities

- Substance Abuse Rehabilitation Facilities

- Psychiatric Residential Treatment Facilities

- Freestanding ambulatory surgery facilities

- Freestanding ESRD facilities

- Home health care agencies

- Hospice programs

- Long-term Acute Care Hospitals

- Skilled nursing facilities, or

- Ambulatory infusion centers.

If you need to know if a provider participates, ask your provider, the provider's admitting staff, or call us. (See Section 9).

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Emergency Services at a Nonparticipating Hospital*

We will make payment, less any member cost-sharing amounts, for emergency services provided by **an accredited nonparticipating hospital:**

- Located outside of Michigan in an area not served by another Blue Cross and/or Blue Shield Plan

- Located in Michigan but not participating with another Blue Cross and/or Blue Shield Plan

- Participating with another Blue Cross and/or Blue Shield Plan, regardless of the facility's location

The method shown below is used to determine what we pay for accidental injuries and emergency services:

We pay a rate based on the requirements of state and federal law

The rate we pay for emergency care may be less than the bill; you will not be required to pay the difference between what the provider charges and what we pay (See Surprise Billing in the General Conditions of Your Contract section for more information).

## *Hospital Services That You Must Pay*

You are required to pay for the following services:

- Services that are not included in this certificate

- Services that are not covered because they are medically unnecessary or experimental **if** you agree to receive them after being advised by hospital staff that they will not be covered **and** you agree in advance and in writing to pay for them

In some cases, you **are required** to pay for services that **are medically necessary**. These limited cases are:

- When you do not inform the hospital that you are a BCBSM member either at the time of admission or within 30 days after you are discharged

- When you fail to provide the hospital with information to identify your coverage

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *BlueCard® Program*

We participate in inter-plan arrangements with other Blue Cross and/or Blue Shield plans. These agreements operate under rules and procedures issued by the Blue Cross Blue Shield Association. This program offers medical benefits to Blue Cross and/or Blue Shield members when they are out of their local service area, such as out of state. The Blue Cross and/or Blue Shield Plan that pays for those covered services for you is your Host Plan. BCBSM will pay the Host Plan for the services it covered. However, the Host Plan is responsible for contracting with its participating providers and making sure they receive payment.

All types of claims can be processed through these inter-plan arrangements, except for the following:

- Dental care claims that are not paid as medical claims/benefits.

- Prescription drug benefits or vision care benefits that are administered by a third party contracted by BCBSM to provide those specific service or services.

### **BlueCard Participating Providers**

If you receive covered services in another service area from a BlueCard participating provider:

- The provider will file your claim with the Host Plan.

- The Host Plan will pay the provider according to its contract with the provider.

Network status is not based on provider participation with BCBSM but with the plan where the services are rendered.

When you receive covered services outside our service area and the claim is processed through the BlueCard Program, your deductible, copayment and coinsurance will be based on the lower of:

- The billed charges for your covered services; or

- The negotiated price that the Host Plan has made available to us

This "negotiated price" will be one of the following:

- A simple discount that reflects an actual price that the Host Plan pays to your provider.

- An estimated price that takes into account special arrangements with your provider or provider group that may include settlements, incentive payments, and/or other credits or charges.

- An average price based on a discount that results in expected average savings for similar types of providers after taking into account the same types of transactions as with an estimated price.

The Host Plan will determine what pricing it will use. The Host Plan can negotiate with the provider to determine the price for each service. However, under the terms of the BlueCard Program, the price the Host Plan uses will be the final price that you are responsible for. There will be no pricing adjustment once that price has been determined.

© 2021 Blue Cross Blue Shield of Michigan

**BlueCard Program** (continued)

Estimated and average pricing also include adjustments we may need to make to estimates of past pricing for transaction changes noted above. These adjustments will not affect the price we pay for your claim because they are not applied to claims already paid.

Laws in other states may require the Host Plan to add a surcharge to your claim. If you receive services in a state that imposes such a fee, we will calculate what you need to pay according to the applicable laws of that state.



BCBSM may process claims for covered services through a negotiated account arrangement with one or more Host Plans as an alternative to BlueCard. In those instances, the negotiated terms will determine the payment amount. Your cost share will be calculated based on the negotiated priced or the lower of either the billed amount or the negotiated price.

We have included a factor for bulk distributions from Host Plans in your premium for Value-Based Programs when applicable under this agreement.

If your coverage contains reference-based benefits, special rules apply. Reference-based benefits are those that have dollar limits for specific procedures. These limits are based on a Host Plan local market rates. You will be responsible for paying the amount the provider bills above the specific reference benefit limit for a given procedure. For a participating provider, that amount will be the difference between the negotiated price and the reference benefit limit. For a nonparticipating provider, that amount will be the difference between the provider's billed charge and the reference benefit limit. Where a reference benefit limit exceeds either a negotiated price or a provider's billed charge, you will incur no additional liability, other than any applicable cost sharing required in your certificate or riders.

**BlueCard PPO Out-of-Network Providers**

If you have a CMM-PPO Rider, the following will apply:

If the provider is <u>not</u> a Host Plan PPO network provider and does not participate with the Host Plan, we may only pay our out-of-network provider amount, and you may be responsible for the difference, unless:

- You needed care for an accidental injury or a medical emergency (see Emergency Services in Section 7 "Definitions").

BlueCard PPO providers may not be available in some areas. In areas where they are not available, you can still receive BlueCard PPO benefits if you receive services from a BlueCard participating provider. The Host Plan must notify BCBSM of the provider's status.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**BlueCard Program** (continued)

## Nonparticipating Providers Outside Our Service Area

An out-of-area provider that does not participate with the Host Plan may require you to pay for services at the time they are provided. If they do:

- Call Customer Service at one of the numbers listed in Section 9: "How to Reach Us" for information on filing claims.

- Submit an itemized statement to us for the services.

- We will pay you the amount specified under this certificate for covered services provided by a nonparticipating provider. (We do not pay for services of nonparticipating facility providers listed on Page 112 and provide very limited coverage for services of nonparticipating hospitals.)

**In certain situations, you are also responsible for the out-of-network deductible, copayment and/or coinsurance required under this certificate.**

To find out if an out of area provider is a BlueCard provider please call 1-800-810-BLUE (2583).

You may also visit the BlueCard Doctor and Hospital Finder website at www.bcbs.com to see a list of participating providers.

## Member Liability Calculation

When you receive covered services outside of our service area from nonparticipating providers, the amount you pay for these services will generally be based on either:

- What the Host Plan pays its nonparticipating providers or

- The price required by applicable state or federal law

In these cases, you may have to pay the difference between the amount the nonparticipating provider bills and the amount that BCBSM paid for the service.

Exceptions:

In some situations, we may use other payment methods to determine the amount we will pay for services rendered by nonparticipating providers.

These methods may include:

- Billed covered charges

- The payment we would make if the services were provided in our service area

- A special negotiated payment

In these cases, you may have to pay the difference between the amounts the nonparticipating provider bills and the amount we will pay for the covered services.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**BlueCard Program** (continued)

**Specialty Providers in the BlueCard Program**

The Host Plan can pay for you to get medical care from providers who offer special services (e.g., allergist, chiropractor, podiatric physician) within the Host Plan's area, even if the provider offers a specialty that BCBSM does not cover. As long as the Host Plan contracts with the specialty provider, the services they provide to you will be paid.

**BlueCard Program Exceptions**

The BlueCard Program will not apply if:

- The services are not a benefit under this certificate

- The provider specialty is not covered by BCBSM or the Host Plan.

- This certificate excludes coverage for services performed outside of Michigan or

- The Blue Cross and/or Blue Shield plan does not participate in the BlueCard PPO Program, if you have a CMM-PPO rider or

- You require the services of a provider whose specialty is not part of the BlueCard PPO Program, if you have a CMM-PPO rider or

- The services are performed by a vendor or provider who does not have a contract with BCBSM for those services.

## *Negotiated (non-BlueCard Program) Arrangements*

As an alternative to the BlueCard Program, we may process your claims for covered services through an arrangement that we have negotiated with a Host Plan.

The amount you pay for covered services under this arrangement will be calculated based on the:

- Negotiated price or

- Lower of either the billed charges or the negotiated price that the Host Plan has made available to us

© 2021 Blue Cross Blue Shield of Michigan

## Blue Cross Blue Shield Global Core Program

If you are living or traveling outside of the United States, the Blue Cross Blue Shield Global Core Program will assist you in getting covered health care services. This program provides access to a worldwide network of inpatient, outpatient and professional providers and it also includes claims support services.

The Blue Cross Blue Shield Global Core Program is different from the BlueCard PPO Program in certain ways. For example, although the Blue Cross Blue Shield Global Core Program assists you with accessing a network of health care providers, the network does not have Host Plans.



A PPO network is not available outside the United States.

In this section, references to participating or nonparticipating providers mean they participate or do not participate in the Blue Cross Blue Shield Global Core Program.

### Medical Assistance Services

If you need medical services while traveling or living outside of the United States, contact the service center at:

- 1-800-810-BLUE (2583) or

- Call 804-673-1177 collect, if you are calling from outside the United States

The center's staff will help you get the information about participating hospitals, physicians and medical assistance services. If you do not contact the service center, you may have to pay for all of the services that you receive.

### Coverage for Blue Cross Blue Shield Global Core Participating Hospitals

### Inpatient Hospital Services

If you need to be admitted to a hospital as an inpatient, call the service center to arrange for cashless access with a participating hospital. Cashless access means that you will only have to pay the in-network deductible(s) and copayment(s) for all covered services when you are admitted to the hospital. The hospital will file the claim with the service center for you.

You are responsible for:

- In-network deductible(s), copayment(s) and coinsurances

- The payment of noncovered services

- If you do not contact the service center to get cashless access and an approval from BCBSM, you may be responsible for paying all of the cost for all of the services that you receive.

- Submitting the international claim form(s), if you did not get cashless access

  – Forms are available from BCBSM, the service center or online at www.bcbsglobalcore.com

It is your responsibility to contact BCBSM and get preapproval for the services you will receive.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Blue Cross Blue Shield Global Core Program** (continued)

**Coverage for Blue Cross Blue Shield Global Core Participating Hospitals** (continued)

**Outpatient Hospital Services**

You are responsible for:

- Paying for all of the outpatient services at the time they are provided

- Submitting the international claim form(s)

  – Forms are available from BCBSM, the service center or online at www.bcbsglobalcore.com

- Providing copies of the medical record, itemized bill, and proof of payment with the claim form. BCBSM will only pay for covered services.

**<u>Coverage for Blue Cross Blue Shield Global Core Nonparticipating Hospitals</u>**

**Inpatient Hospital Services**

If you need to be admitted to a nonparticipating hospital as an inpatient, call service center to get a referral for cashless access. Cashless access means that you will only have to pay the out-of-network deductible(s) and copayment(s) for all covered services you receive when you are admitted to the hospital. The hospital will file the claim with the service center for you.

You are responsible for:

- Out-of-network deductible(s), copayment(s) and coinsurances

- The payment of noncovered services

- If you set up cashless access, you will be responsible for the out-of-network deductible(s) and copayment(s) and non-covered services.

- If you do not contact the service center to get cashless access and an approval from BCBSM, you may be responsible for paying all of the cost for all of the services that you receive.

- Submitting the international claim form(s), if you did not get cashless access

  – Forms are available from BCBSM, the service center or online at www.bcbsglobalcore.com

- Providing copies of the medical record, itemized bill, and proof of payment with the claim form. BCBSM will only pay for covered services.

It is your responsibility to contact BCBSM and get preapproval for the services you will receive.

**SECTION 4: HOW PROVIDERS ARE PAID**                                                                 **119**

© 2021 Blue Cross Blue Shield of Michigan

**Blue Cross Blue Shield Global Core Program** (continued)

**Coverage for Blue Cross Blue Shield Global Core Nonparticipating Hospitals** (continued)

**Outpatient Hospital Services**

You are responsible for:

- Paying for all outpatient services at the time they are provided

- Submitting the international claim form(s)

  – Forms are available from BCBSM, the service center or online at www.bcbsglobalcore.com

- Providing copies of the medical record, itemized bill, and proof of payment with the claim form. BCBSM will only pay for covered services.

## Emergency Services at Participating or Nonparticipating Hospitals

In the case of an emergency, you should go to the nearest hospital. If you are admitted, follow the process for inpatient hospital services.

If you are not admitted to the hospital, you must pay for all professional and outpatient services at the time they are provided.

- You are responsible for submitting the international claim form(s).

  – Forms are available from BCBSM, the service center or online at www.bcbsglobalcore.com

- You must provide copies of your medical record, the itemized bill, and proof of payment along with the claim form. BCBSM will only pay for covered services.

## Blue Cross Blue Shield Global Core Professional Services

You are responsible for payment of all professional services at the time they are provided.

- You are also responsible for submitting the international claim form(s).

  – Forms are available from BCBSM, the service center or online at www.bcbsglobalcore.com

- You must provide copies of your medical record, itemized bill, and proof of payment with the claim form. BCBSM will only pay for covered services.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

# Section 5: General Services We Do Not Pay For

The services listed in this section are <u>in addition</u> to all other **nonpayable** services stated in this
certificate.

**We do not pay for:**

- Noncontractual services that are described in your case management treatment plan, if the services
  have not been approved by BCBSM.

- Gender reassignment services that are considered by BCBSM to be cosmetic, or treatment that is
  experimental or investigational.

- Court ordered services

- Routine eye exams or hearing tests (unless they are related to illness, injury, or pregnancy)

- Hospital admissions for services that are not acute, such as:

  - Basal metabolism tests
  - Cobalt or ultrasound studies
  - Convalescence or rest care
  - Convenience items
  - Dental treatment, including extraction of teeth, except as otherwise noted in this certificate
  - Diagnostic evaluations
  - Electrocardiography
  - Lab exams
  - Observation
  - Weight reduction
  - X-ray, exams or therapy
  - Those mainly for physical therapy, speech and language pathology services or occupational
    therapy

- Hospital services that we do not pay for:

  - Services that may be medically necessary but can be provided safely in an outpatient or office
    location
  - Custodial care or rest therapy
  - Psychological tests if used as part of, or in connection with, vocational guidance training or
    counseling
  - Outpatient inhalation therapy
  - Screening services

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**We do not pay for:** (continued)

- Facility services that we do not pay for:

  – Facility services you receive in a convalescent and long-term illness care facility, nursing home, rest home or similar nonhospital institution.

   If a nursing home is your primary residence, then we will treat that location as your home. Under those circumstances, services that are payable in your home will also be covered when provided in a nursing home when performed by health care providers other than the nursing home staff.

- Professional provider services that we do not pay for:

  – Voluntary sterilization for men
  – Pre-employment, premarital, school and sports physicals unless needed to diagnose or treat a specific disease, illness, pregnancy or injury
  – Immunizations
  – Services beyond the period required to evaluate or diagnose mental deficiency or developmental disability or when the treatment is not likely to improve the patient's condition according to generally accepted professional standards
  – Services, care, supplies or devices not prescribed by a physician
  – Self-treatment by a professional provider and services given by the provider to parents, siblings, spouse or children
  – Services for cosmetic surgery when performed primarily to improve appearance, except for those conditions listed on Page 89
  – Weight loss programs (unless covered elsewhere in this certificate or otherwise required by law)
  – Services provided during nonemergency medical transport
  – Experimental treatment
  – Hearing aids or services to examine, prepare, fit or obtain hearing aids
  – Prescription drug compounding kits or services provided to you related to the kits
  – Services provided by persons who are not eligible for payment or not appropriately credentialed or privileged. Providers who are not legally authorized or licensed to order or provide such services.

   If a participating BCBSM PPO in-network provider has not been credentialed or privileged by BCBSM to perform a service, they will be financially responsible for the entire cost of the service. They cannot bill you for their services. They also cannot bill you for any deductibles, copayments, or coinsurance amounts.

  If you decide to get medical services from a nonparticipating out-of-network provider, who is not credentialed or privileged to perform those services, you will have to pay for the entire cost of the service.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**We do not pay for:** (continued)

**Professional provider services that we do not pay for:** (continued)

- Services to examine, prepare, fit or obtain eyeglasses or other corrective eye appliances, unless you lack a natural lens
- Alternative medicines or therapies (such as acupuncture, herbal medicines and massage therapy)
- Infertility services that do not treat a medical condition other than infertility. This can include services such as:

  - Artificial insemination
  - Sperm washing
  - Post-coital test
  - Monitoring of ovarian response to ovulatory stimulants
  - In vitro fertilization
  - Ovarian wedge resection or ovarian drilling
  - Reconstructive surgery of one or both fallopian tubes to open the blockage that causes infertility
  - Diagnostic studies done for the sole purpose of infertility assessment
  - Any procedure done to enhance reproductive capacity or fertility

 You or your physician can call us to determine if other proposed services are a covered benefit under your certificate.

- Sports medicine, member education (except as otherwise specified) or home exercise programs
- Screening services (except as otherwise stated)
- Rest therapy or services provided to you while you are in a convalescent home, long-term care facility, nursing home, rest home or similar nonhospital institution

 If a nursing home is your primary residence, then we will treat that location as your home. Under those circumstances, services that are payable in your home will also be covered when provided in a nursing home when performed by health care providers other than the nursing home staff.

- Non-contractual services described in your case management treatment plan when such services have not been approved by BCBSM

© 2021 Blue Cross Blue Shield of Michigan

# Section 6: General Conditions of Your Contract

**This section explains the conditions that apply to your certificate. They may make a difference in how, where and when benefits are available to you.**

## Assignment

Benefits covered under this certificate are for your use only. They cannot be transferred or assigned. Any attempt to assign them will automatically terminate all your rights under this certificate. You cannot assign your right to any payment from us, or for any claim or cause of action against us, to any person, provider, or other insurance company.

We will not pay a provider except under the terms of this certificate.

## Changes in Your Address

Your employer or group must notify us of any changes in your address. An enrollment/change of status form should be completed when you change your address.

## Changes in Your Family

Your employer or group must notify us of any changes in your family. Changes include marriage, divorce, birth, death, adoption, gaining a dependent due to court order, child support order, or foster care placement or the start or end of military service.

You must complete an enrollment/change of status form and give it to your employer or group. We must receive notice from your employer or group within 30 days of when a dependent or spouse is removed from your coverage and within 31 days of when a dependent or spouse is added. Any coverage changes take effect on the date of the event.

## Changes to Your Certificate

BCBSM employees, agents or representatives cannot agree to change or add to the benefits described in this certificate.

- Any changes must be approved by BCBSM and the Michigan Department of Insurance and Financial Services.

- We may add, limit, delete or clarify benefits in a rider that amends this certificate. If you have riders, keep them with this certificate.

## Coordination of Benefits

We coordinate benefits payable under this certificate per Michigan's Coordination of Benefits Act.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Coordination of Coverage for End Stage Renal Disease (ESRD)*

If you have ESRD, you may be eligible to receive Medicare benefits prior to age 65. However, you need to have worked long enough to qualify for social security benefits. If you are eligible for Medicare because you have ESRD, we coordinate with Medicare to pay for your ESRD treatment.

It is important for you to apply for Medicare coverage if you have ESRD and you satisfy Medicare eligibility requirements; otherwise, you will be responsible for paying the cost of your ESRD treatment. (See Section 6 for "Services That are Not Payable".)  You can apply for Medicare through the Social Security Administration. To read more about signing up for Medicare, visit:

https://www.medicare.gov/information-for-my-situation/signing-up-for-medicare-if-you-have-esrd

### When Medicare Coverage Begins

The Medicare waiting period affects when your Medicare coverage begins. The **Medicare waiting period** is three months after you begin dialysis. Your Medicare coverage will start on the first day of the fourth month of your dialysis treatment.

  Dialysis begins February 12. Medicare coverage begins May 1.

### Medicare Waiting Period Exceptions

All or part of the Medicare waiting period is <u>waived</u> if one of the following occurs:

- If you participate in self-dialysis training during the first three months of your regular course of dialysis, and your doctor expects you to be able to do your own dialysis treatments upon the completion of training, then Medicare coverage may begin the first day of the month you begin a regular course of dialysis; or

- If you are admitted to the hospital for a kidney transplant or services related to the kidney transplant, then Medicare coverage begins the first day of the month you are admitted. However, you must receive your transplant within the following two months of being admitted to the hospital and the hospital must be approved by Medicare.

  If your transplant is delayed more than two months after you are admitted to the hospital, then Medicare coverage begins two months before the month of your transplant.

### When BCBSM Coverage is the Primary or Secondary Plan

This is an overview of how BCBSM coverage works as a primary or secondary plan for members with ESRD and BCBSM group coverage. To read more about how Medicare works with other health coverage visit:

https://www.medicare.gov/supplements-other-insurance/how-medicare-works-with-other-insurance

If you are enrolled in Medicare because you have ESRD, BCBSM coverage will pay primary during the Medicare coordination period. The **coordination period** is the period of time defined by Medicare, that begins in the first month of ESRD Medicare entitlement (see Section 7 for the definition). and may last up to 30 months. Once the coordination period is over, Medicare will be the primary payor.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Coordination of Coverage for End Stage Renal Disease (continued)**

**When ESRD Medicare Coverage Ends**

- A member is no longer eligible for Medicare due to ESRD if they have a successful transplant or regain kidney function.

- Medicare coverage due to ESRD will end 36 months after a successful kidney transplant or 12 months after the month dialysis treatment ends.

- BCBSM becomes primary when Medicare coverage due to ESRD ends.

- If the member is also eligible for Medicare due to age or disability, Medicare Secondary Payer (MSP) rules must be considered to determine which coverage is primary.

## Coverage for Drugs and Devices

We do not pay for a drug or device prescribed for uses or in dosages other than those approved by the Food and Drug Administration. (This is called the off-label use of a drug or device.) However, we will pay for them and the reasonable cost of supplies needed to administer them, if the prescriber proves that the drug or device is recognized for treatment of the condition it is prescribed for by:

- The American Hospital Formulary Service Drug Information

- The United States Pharmacopoeia Dispensing Information, Volume 1, "Drug Information for the Health Care Professional"

- Two articles from major peer-reviewed medical journals that present data supporting the proposed off-label use or uses as generally safe and effective unless there is clear and convincing contradictory evidence presented in a major peer-reviewed medical journal.

 Chemotherapeutic drugs are not subject to this general condition.

If a prescription is for a contraceptive drug or device, the prescriber must show why all other contraceptives covered under the member's benefits cannot be used by the member.

## Deductibles, Copayments and Coinsurances Paid Under Other Certificates

We do not pay any cost sharing you must pay under any other certificate. An exception is when we must pay them under coordination of benefits requirements.

## Enforceability of Various Provisions

Failure of BCBSM to enforce any of the provisions contained in this contract will not be considered a waiver of those provisions.

## Entire Contract; Changes

This certificate, including your riders, if any, is the entire contract of your coverage. No change to this certificate is valid until approved by a BCBSM executive officer. No agent has authority to change this certificate or to waive any of its provisions.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Experimental Treatment*

<u>Services That Are Not Payable</u>

We do not pay for:

- Experimental treatment. This includes experimental drugs and devices

- Services, drugs, devices and administrative costs related to experimental treatment

- Costs of research management.

 See Section 3 for "Clinical Trials (Routine Patient Costs)", "Oncology Clinical Trials" and "Services That Are Payable" below for exceptions.

This certificate does not limit coverage for antineoplastic or off-label drugs when Michigan law requires that they, and the reasonable cost of their administration, be covered.

<u>How BCBSM Determines If a Treatment Is Experimental</u>

BCBSM's medical director determines whether a treatment is experimental. The director may decide it is experimental if:

- Medical literature or clinical experience cannot say whether it is safe or effective for treatment of any condition, or

- It is shown to be safe and effective treatment for some conditions. However, there is inadequate medical literature or clinical experience to support its use in treating the member's condition, or

- Medical literature or clinical experience shows the treatment  to be unsafe or ineffective for treatment of any condition, or

- There is a written experimental or investigational plan by the attending provider or another provider studying the same treatment, or

- It is being studied in an on-going clinical trial, or

- The treating provider uses a written informed consent that refers to the treatment, as:

  – Experimental or investigational, or
  – Other than conventional or standard treatment.

   The medical director may consider other factors.

© 2021 Blue Cross Blue Shield of Michigan

**Experimental Treatment** (continued)

When available, the following sources will be considered in evaluating whether a treatment is experimental under the above criteria:

- Scientific data (e.g., controlled studies in peer-reviewed journals or medical literature)

- Information from the Blue Cross and Blue Shield Association or other local or national bodies

- Information from independent, nongovernmental, technology assessment and medical review organizations

- Information from local and national medical societies, other appropriate societies, organizations, committees or governmental bodies

- Accepted national standards of practice in the medical profession

 The medical director may consider other sources.

Services That Are Payable

- BCBSM considers the experimental treatment to be conventional treatment when used to treat another condition (i.e., a condition other than what you are currently being treated for).

- It is covered under your certificate when provided as conventional treatment.

- The services related to the experimental treatment are covered under your certificate when they are related to conventional treatment.

- The experimental treatment and related services are provided during a BCBSM-approved oncology clinical trial (check with your provider to determine whether a clinical trial is approved by BCBSM), or the related services are routine patient costs that are covered under "Clinical Trials (Routine Patient Costs)" in Section 3.

 This certificate does not limit coverage for antineoplastic or off-label drugs when Michigan law requires that they, and the reasonable cost of their administration, be covered.

Limitations and Exclusions

- This general condition does not add coverage for services not otherwise covered under your certificate.

- Drugs or devices given to you during a BCBSM-approved oncology clinical trial will be covered only if they have been approved by the FDA. The approval does not need to be for treatment of the member's condition. However, we will not pay for them if they are normally provided or paid for by the sponsor of the trial or the manufacturer, distributor or provider of the drug or device.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Fraud, Waste, and Abuse*

We do not pay for the following:

- Services that are not medically necessary; may cause significant member harm; or are not appropriate for the member's documented medical condition;

- Services that are performed by a provider who is sanctioned at the time the service is performed.

 Sanctioned providers have been sanctioned by BCBSM, the Office of the Inspector General, the Government Services Agency, the Centers for Medicare and Medicaid Services, or state licensing boards.

BCBSM will notify you if any provider you have received services from during the previous 12 months has been sanctioned. You will have 30 days from the date you are notified to submit claims for services you received prior to the provider being sanctioned. After that 30 days has passed, we will not process claims from that provider.

## *Genetic Testing*

We will not:

- Adjust premiums for this coverage based on genetic information related to you, your spouse or your dependents

- Request or require genetic testing of anyone covered under this certificate

- Collect genetic information from anyone covered under this certificate at any time for underwriting purposes

- Limit coverage based on genetic information related to you, your spouse, or your dependents

## *Grace Period*

A grace period of 31 days will be granted for the payment of each premium falling due after the first premium, during which grace period the coverage shall continue in force.

## *Guaranteed Renewability*

Coverage under this certificate is guaranteed renewable.

## *Improper Use of Contract*

If you let an ineligible person receive benefits (or try to receive benefits) under this certificate, we may:

- Refuse to pay benefits

- Terminate or cancel your coverage

- Begin legal action against you

- Refuse to cover your health care services at a later date

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## Individual Coverage

If you choose not to enroll in COBRA, or if your COBRA coverage period ends, coverage may be available through a BCBSM individual plan. Contact BCBSM Customer Service for information about what plan best meets your needs

## Notification

When we need to notify you, we mail it to your employer or your remitting agent. This fulfills our obligation to notify you.

## Payment of Covered Services

The services covered under this certificate may be combined and paid according to BCBSM's payment policies. Examples include multiple surgeries or a series of lab tests.

## Personal Costs

We will not pay for:

- Transportation and travel, even if recommended by a licensed practitioner, except as provided in this certificate

- Care, services, supplies or devices that are personal or convenience items

- Charges to complete claim forms

- Domestic help

## Pharmacy Fraud, Waste, and Abuse

We do not pay for the following:

- Prescription drugs that are not medically necessary; may cause significant member harm; or are not appropriate for the member's documented medical condition;

- Drugs prescribed by a prescriber who is sanctioned at the time the prescription is dispensed.

 Sanctioned prescribers have been sanctioned by BCBSM, the Office of the Inspector General, the Government Services Agency, the Centers for Medicare and Medicaid Services, or state licensing boards.

BCBSM will notify you if any prescriber you have received services from during the previous 12 months has been sanctioned. You will be given 30 days notice, after which we will not pay for prescriptions prescribed by the sanctioned prescriber.

## Physician of Choice

You may continue to receive services from the physician of your choice.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Preapproval*

Some admissions and services must be approved before they occur. If they are not preapproved, you may have to pay their entire cost. It is important to make sure that your provider gets approval before you receive services or are admitted to a hospital or facility that require preapproval.

If preapproval is not obtained:

- In-state participating providers cannot bill you for the cost of their services.

- Out-of-state or nonparticipating providers may require you to pay for the cost of their services.

 In addition to preapproval requirements identified within this certificate, there may be other services or admissions that require preapproval. They are subject to change. For information on preapproval, contact BCBSM Customer Service (see Section 9).

## *Prior Authorization*

Some prescription drug services require prior authorization before you receive them. If you receive those services without first obtaining prior authorization, you may have to pay the bill yourself. We may not pay for it. It is important to make sure that your provider gets the prior authorization before you receive these services.

## *Release of Information*

**You agree** to let providers release information to us. This can include medical records and claims information related to services you may receive or have received.

**We agree** to keep this information confidential. Consistent with our Notice of Privacy Practices, this information will be used and disclosed only as authorized by law.

## *Reliance on Verbal Communications*

If we tell you a member is eligible for coverage, or benefits are available, this does not guarantee that claims will be paid. Claims are paid only after:

- The reported diagnosis is reviewed

- Medical necessity is verified

- Benefits are available when the claim is processed

## *Right to Interpret Contract*

During claims processing and internal grievances, BCBSM reserves the right to interpret and administer the terms of this certificate and any riders that amend it. BCBSM's final adverse decisions regarding claims processing and grievances may be appealed under applicable law.

## *Semiprivate Room Availability*

If a semiprivate room is not available when you are admitted to a participating hospital, you may be placed in a room with more than two beds. When a semiprivate room is available, you will be placed in it. You may select a private room; however, you must pay for any additional cost. BCBSM will not pay the difference between the cost of hospital rooms covered by your certificate and more expensive rooms.

© 2021 Blue Cross Blue Shield of Michigan

## *Services Before Coverage Begins or After Coverage Ends*

Unless this certificate states otherwise, we do not pay for any services, treatment, care or supplies provided before your coverage under this certificate begins or after it ends. If your coverage begins or ends while you are an inpatient in an acute care hospital, our payment will be based on our contract with the hospital. It may cover:

- The services, treatment, care or supplies you receive during the entire admission, **or**

- Only the services, treatment, care or supplies you receive while your coverage is in effect.

***We pay for only the services, treatment, care or supplies you receive while your coverage is in effect if it begins or ends while you are:***

- An inpatient in a facility such as a hospice, long-term acute care facility, rehabilitation hospital, psychiatric hospital, skilled nursing facility or other facility identified by BCBSM, **or**

- Being treated for an episode of illness by a home health agency, ESRD facility or outpatient hospital rehabilitation unit or other facility identified by BCBSM.

If you have other coverage when a facility admits or discharges you, it may have to pay for the care you receive before your BCBSM coverage begins or after it ends.

## *Services That Are Not Payable*

We do not pay for services that:

- You legally do not have to pay for or for which you would not have been charged if you did not have coverage under this certificate

- Are available in a hospital maintained by the state or federal government, unless payment is required by law

- Can be paid by government-sponsored health care programs, such as Medicare, for which a member is eligible. We do not pay for these services even if you have not signed up to receive the benefits from these programs. However, we will pay for services if federal laws require the government-sponsored program to be secondary to this coverage.

- Are more costly than an alternate service or sequence of services that are at least as likely to produce equivalent results

- Are not listed in this certificate as being payable

© 2021 Blue Cross Blue Shield of Michigan

## Special Programs

BCBSM has special programs where you may receive enhanced benefits, wellness initiative incentives or financial assistance in meeting the cost share requirements of your coverage based on your eligibility, participation and adherence with select medical services/prescription drugs and/or taking part in a case management program. These programs may be provided by a BCBSM approved vendor or directly through us. You may access information on these programs by contacting BCBSM Customer Service.

We may terminate any special program based on:

- Your nonparticipation in the program

- Termination or cancellation of your BCBSM coverage

- Other factors

## Subrogation: When Others Are Responsible for Illness or Injury

If BCBSM paid claims for an illness or injury, and:

- Another person caused the illness or injury, or

- You are entitled to receive money for the illness or injury

Then BCBSM is entitled to recover the amount of benefits it paid on your behalf.

Subrogation is BCBSM's right of recovery. BCBSM is entitled to its right of recovery even if you are not "made whole" for all of your damages in the money you receive. BCBSM's right of recovery is not subject to reduction of attorney's fees, costs, or other state law doctrines such as common fund.

Whether you are represented by an attorney or not, this provision applies to:

- You
- Your covered dependents

**You agree to:**

- Cooperate and do what is reasonably necessary to assist BCBSM in the pursuit of its right of recovery.

- Not take action that may prejudice BCBSM's right of recovery.

- Permit BCBSM to initiate recovery on your behalf if you do not seek recovery for illness or injury.

- Contact BCBSM promptly if you seek damages, file a lawsuit, file an insurance claim or demand, or initiate any other type of collection for your illness or injury.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Subrogation: When Others are Responsible for Illness or Injury** (continued)

**BCBSM may:**

- Seek first priority lien on proceeds of your claim in order to fulfill BCBSM's right of recovery.

- Request you to sign a reimbursement agreement.

- Delay the processing of your claims until you provide a signed copy of the reimbursement agreement.

- Offset future benefits to enforce BCBSM's right of recovery.

**BCBSM will:**

- Pay the costs of any covered services you receive that are in excess of any recoveries made.

  *Examples where BCBSM may utilize the subrogation rule are listed below.*

  BCBSM can recover money it paid on your behalf if another person or insurance company is responsible:

  – When a third party injures you, for example, through medical malpractice;
  – When you are injured on premises owned by a third party; or
  – When you are injured and benefits are available to you or your dependent, under any law or under any type of insurance, including, but not limited to Medical reimbursement coverage.

## *Subscriber Liability*

At the discretion of your provider, certain technical enhancements may be employed to complement a medical procedure. These enhancements may involve additional costs above and beyond the approved maximum payment level for the basic procedure. The costs of these enhancements are not covered by this certificate. Your provider must inform you of these costs. You then have the option of choosing any enhancements and assuming the liability for these additional charges.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Surprise Billing*

Federal and Michigan state law require us to pay nonparticipating providers certain rates for covered services and these laws prohibits those providers from billing you the difference between what the provider charges and what we pay. When the surprise billing laws apply, if you are enrolled in a CMM-PPO rider, you will only pay the in-network cost share applicable to that service. In Michigan, the following situations are covered by the surprise billing laws:

- Covered emergency services at a participating or a nonparticipating health facility

- Covered health care services received at a participating health facility when you were admitted to the hospital within 72 hours after receiving a related covered health care service in the hospital's emergency room

- Covered non-emergency services rendered by a nonparticipating provider at a participating health facility when one of the following is true:

  – You did not have the ability or opportunity to choose a participating provider, or
  – You did not receive and consent to the required advanced written notice (paper or electronic) of the service's estimated costs and notice of your right to seek care from a participating provider

## *Termination of Coverage*

You must provide the required notification if you want to terminate your coverage under this certificate.

Send your written request to terminate coverage to your employer. Your employer must notify BCBSM within 30 days of the requested termination date. Your coverage will then be terminated on the requested date and all benefits under this certificate will end**.**

## *Time Limit for Filing Pay-Provider Medical Claims*

These claims are professional and facility claims for medical services. They do not include claims for prescription drugs received from pharmacies or for dental or vision services that are not covered under this certificate.

For participating provider claims:

- We will not pay medical claims filed after the timeframe set out in your treating provider's participation agreement with BCBSM.

  – 180 days (for professional claims)
  – 12 months (for hospital and facility claims)
  – 15 months (for home infusion therapy claims)
  – Or after the service because you did not furnish the provider with information needed to file a claim

For nonparticipating provider claims:

- For nonparticipating providers, the claims must be submitted within 24 months from the date of service.

© 2021 Blue Cross Blue Shield of Michigan

## Time Limit for Filing Pay-Subscriber Medical Claims

These claims are professional and facility claims for medical services. They do not include claims for prescription drugs received from pharmacies or for dental or vision services that are not covered under this certificate.

The time limit for filing claims is 24 months from the date of service. We will not pay claims filed after that date.

## Time Limit for Legal Action

You may not begin legal action against us later than three years after the date of service of your claim. If you are bringing legal action about more than one claim, this time limit runs independently for each claim.

You must first exhaust the grievance and appeals procedures, as explained in this certificate, before you begin legal action. You cannot begin legal action or file a lawsuit until 60 days after you notify us that our decision under the grievance and appeals procedure is unacceptable.

## Unlicensed and Unauthorized Providers

We do not pay for services provided by persons who are not:

• Appropriately credentialed or privileged (as determined by BCBSM), or

• Legally authorized or licensed to order or provide such services.

## What Laws Apply

This certificate will be interpreted under the laws of the state of Michigan and federal law where applicable.

## Workers' Compensation

We do not pay for treatment of work-related injuries covered by workers' compensation laws. We do not pay for work-related services you get at an employer's medical clinic or other facility.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

# Section 7: Definitions

**This section explains the terms used in your certificate. The terms are listed in alphabetical order.**

**Accidental Injury**
Any physical damage caused by an action, object or substance outside the body. This may include:

- Strains, sprains, cuts and bruises

- Allergic reactions caused by an outside force such as bee stings or another insect bite

- Extreme frostbite, sunburn, sunstroke

- Poisoning

- Drug overdosing

- Inhaling smoke, carbon monoxide or fumes

- Attempted suicide

- A <u>dental</u> accidental injury occurring when an external force to the lower half of the face or jaw damages or breaks sound natural teeth, periodontal structures (gums) or bone.

**Accredited Hospital**
A facility that has been endorsed by one of the following organizations: Joint Commission on the Accreditation of Healthcare Organizations, the American Osteopathic Association or the Commission on Accreditation of Rehabilitation Facilities. (Also see the definition of "Hospital" in this section.)

**Acute Care**
Medical care that requires a wide range of medical, surgical, obstetrical and/or pediatric services. It generally requires a hospital stay of less than 30 days.

**Acute Care Facility**
A facility that provides acute care. This facility primarily treats members with conditions that require a hospital stay of less than 30 days. The facility is not used primarily for:

- Custodial, convalescent, tuberculosis or rest care

- Care of the aged or those with substance use disorder

- Skilled nursing or other nursing care

**Administrative Costs**
Costs incurred by the organization sponsoring an approved oncology clinical trial. They may include, but are not limited to, the costs of gathering data, conducting statistical studies, meeting regulatory or contractual requirements, attending meetings or travel.

© 2021 Blue Cross Blue Shield of Michigan

**Adverse Benefit Decision**
A decision to deny, reduce or refuse to pay all or part of a benefit. It also includes a decision to terminate or cancel coverage.

**Advanced Practice Psychiatric Nurse**
A person who has a master's degree or higher in nursing and a certification in Adult Psychiatric and Mental Health Nursing or Child & Adolescent psychiatric and Mental Health Nursing through the American Nurses Credentialing Center (ANCC).

**Affiliate Cancer Center**
A health care provider that has contracted with an NCI-approved cancer center to provide treatment.

**Allogeneic (Allogenic) Transplant**
A procedure using another person's bone marrow, peripheral blood stem cells or umbilical cord to transplant into the member. This includes syngeneic transplants.

**Ambulatory Infusion Center**
A freestanding outpatient facility that provides infusion therapy and select injections that can be safely performed in this setting.

**Ambulatory Surgery**
Elective surgery that does not require the use of extensive hospital facilities and support systems, but is not usually performed in a physician's office. Only surgical procedures identified by BCBSM as ambulatory surgery are covered.

**Ambulatory Surgery Facility**
A freestanding outpatient surgical facility offering surgery and related care that can be safely performed without the need for overnight inpatient hospital care. It is not an office of a physician or other private practice office.

**Ancillary Services**
Services such as drugs, dressings, laboratory services, physical therapy or other care that supplements the primary care the member receives. They do not include room, board and nursing care.

**Approved Amount**
The lower of the billed charge or our maximum payment level for the covered service. Coinsurance and/or deductibles, which may be required of you, are subtracted from the approved amount before we make our payment.

**Approved Clinical Trial**
Phase I, II, III or IV clinical trial that is conducted for the prevention, detection or treatment of cancer or other life-threatening disease or condition, and includes any of the following:

- A federally funded trial, as described in the Patient Protection and Affordable Care Act

- A trial conducted under an investigational new drug application reviewed by the Food and Drug Administration

- a drug trial that is exempt from having an investigational new drug application

- A study or investigation conducted by a federal department that meets the requirements of Section 2709 of the Patient Protection and Affordable Care Act

© 2021 Blue Cross Blue Shield of Michigan

**Approved Substance Abuse Treatment Program**
A residential or outpatient program that provides medical or other services for substance abusers, meets all state licensure and BCBSM approval requirements, and has entered into an agreement with BCBSM to provide those services.

**Arthrocentesis**
Surgical puncture of a joint to inject and/or withdraw fluid. When performed for temporomandibular joint (jaw joint) dysfunction, this surgery may be performed for reversible, irreversible or diagnostic purposes.

**Association Health Plan (AHP)**
An AHP provides benefits to the employees of two or more unrelated employers. An AHP also may provide benefits to self-employed individuals who own, either alone or in a partnership, a trade or business. Each AHP must adhere to applicable federal and state statutes and regulations.

**Athletic Trainer**
A health care professional who specializes in the practice of athletic training, clinical evaluation, injury and illness assessment, risk management, injury prevention, rehabilitation and reconditioning. Must be licensed by the state of Michigan and meet Blue Cross Blue Shield of Michigan qualification requirements. When outside the state of Michigan, is legally qualified to perform services in the state where services are performed.

**Attending Physician**
The physician in charge of a case who exercises overall responsibility for the member's care:

- Within a facility (such as a hospital and other inpatient facility)

- As part of a treatment program

- In a clinic or private office setting

The attending physician may be responsible for coordination of care delivery by other physicians and/or ancillary staff.

**Audiologist**
A professional who is licensed or legally qualified in the state in which services are provided to perform audiometric and other procedures to assist in the diagnosis, treatment and management of individuals with hearing loss or balance problems.

**Autologous Transplant**
A procedure using the member's own bone marrow or peripheral blood stem cells to transplant back into the member.

**BCBSM**
Blue Cross Blue Shield of Michigan or another entity or person Blue Cross Blue Shield of Michigan authorizes to act on its behalf.

**Benefit Period**
The period of time that begins five days before, and ends one year after, the organ transplant. All payable human organ transplant services, except anti-rejection drugs and other transplant related prescription drugs, must be provided during this period of time.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Biological**
A virus, therapeutic serum, toxin, antitoxin, vaccine, blood, blood component or derivative, allergenic product, or similar product, used for the prevention, treatment, or cure of a disease or condition of human beings. FDA regulations and policies have established that biological products include blood-derived products, vaccines in vivo diagnostic allergenic products, immunoglobulin products, products containing cells or microorganisms, and most protein products.

**Birth Year**
A 12-month period of time beginning with a child's month and day of birth.

**BlueCard® Participating Provider**
A provider who participates with the Host Plan.

**BlueCard® Program**
A program that allows Blue Cross Blue Shield members to receive health care services in other states and have claims processed by the Host Plan, subject to Blue Cross and Blue Shield Association policies.

**Blue Cross Blue Shield Global Core Program**
A program that provides access to a network of inpatient facilities and medical assistance services worldwide including referrals to professional providers for all Blue Cross Blue Shield of Michigan members whose claims are eligible for processing through the BlueCard Program.

**Blue Cross Plan**
Any hospital service plan approved by the Blue Cross and Blue Shield Association at the time the hospital service is furnished.

**Blue Shield Plan**
Any medical service plan approved by the Blue Cross and Blue Shield Association at the time the medical service is furnished.

**Calendar Year**
A period of time beginning January 1 and ending December 31 of the same year.

**Cancellation**
An action that ends a member's coverage dating back to the effective date of the member's contract. This results in the member's contract never having been in effect.

**Carrier**
An insurance company providing a health care plan for its members.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Case Management**
A program that is designed to help manage the health care of members with acute or chronic conditions. It is up to BCBSM to decide whether you qualify for this program.

In certain circumstances, BCBSM may find it necessary to pay for services that are generally not covered by your contract but that are medically necessary to treat your condition. When this occurs, a case management contract must be signed by you (or your representative), your provider and the BCBSM case manager. This contract will define the services that will be covered under the case management program.


If BCBSM has contracted with a vendor to manage the case management program, then that vendor will make decisions regarding case management and sign any necessary case management documents on behalf of BCBSM.

**Certificate**
This book, which describes your benefit plan, **and** any riders that amend it.

**Certified Nurse Midwife**
A nurse who provides some maternity, contraceptive and other services and who:

- Is licensed as a registered nurse by the state of Michigan

- Has a specialty certification as a nurse midwife by the Michigan Board of Nursing

- Has current national certification as a midwife by an organization recognized by the Michigan Board of Nursing

**Certified Nurse Practitioner**
A nurse who provides some medical and/or psychiatric services and who:

- Is licensed as a registered nurse by the state of Michigan

- Has a specialty certification as a certified nurse practitioner by the Michigan Board of Nursing

- Meets BCBSM qualification standards

- When outside the state of Michigan, is legally qualified to perform services in the state where services are performed

**Certified Registered Nurse Anesthetist**
A nurse who provides anesthesiology services and who:

- Is licensed as a registered nurse by the state of Michigan

- Has a specialty certification as a certified registered nurse anesthetist by the Michigan Board of Nursing

- Meets BCBSM qualification standards

- When outside of the state of Michigan, is legally qualified to perform anesthesiology services in the state where the services are performed

© 2021 Blue Cross Blue Shield of Michigan

**Chronic Condition**

A condition that recurs frequently or one that may or may not have been present at birth but will last a long time, perhaps throughout the member's life. Therapy may not help and the chronic condition may eventually result in significant disability and/or death. Arthritis and heart disease are examples of chronic diseases.

**Claim for Damages**

A lawsuit against, or demand to, another person or organization for compensation for an injury to a person.

**Clinical Licensed Master's Social Worker**

A clinical licensed master's social worker who provides some mental health services and who:

- Is licensed as a clinical social worker by the state of Michigan.

- Meets BCBSM qualification standards.

- When outside of the state of Michigan, is legally qualified to perform services in the state where services are performed.

**Clinical Nurse Specialist-Certified**

A nurse who provides some medical, psychiatric services, prescribes drugs, physical therapy, occupational therapy, durable medical equipment and who:

- Is licensed as a registered nurse by the state of Michigan

- Has a specialty certification as a clinical nurse specialist-certified by the Michigan Board of Nursing

- Meets BCBSM qualification standards

- When outside the state of Michigan, is legally qualified to perform services in the state where services are performed

**Clinical Trial**

A study conducted on a group of patients to determine the effect of a treatment. For purposes of this certificate, clinical trials include:

- Phase II - a study conducted on a number of patients to determine whether the treatment has a positive effect on the disease or condition as compared to the side effects of the treatment.

- Phase III - a study conducted on a much larger group of patients to compare the results of a new treatment of a condition to the results of conventional treatment. Phase III gives an indication as to whether the new treatment leads to better, worse or no change in outcome.

**Coinsurance**

The portion of the approved amount that you must pay for a covered drug or service. This amount is determined based on the approved amount at the time the claims are processed or reprocessed. Your coinsurance is not altered by an audit or recovery. For prescription drugs, your coinsurance is not reduced by any coupon, rebate or other credit received directly or indirectly from the drug manufacturer, but you may be able to take advantage of BCBSM-approved special coupon programs to help you pay some or all of your coinsurance.

© 2021 Blue Cross Blue Shield of Michigan

**Collaborative Care Management**
An integration of medical and behavioral health treatment that allows a primary care physician team and a consulting psychiatrist to care for members' medical and behavioral health conditions using an outcomes-based model to control costs.

**Colonoscopy**
A colonoscopy is a procedure for viewing the interior lining of the large intestine (colon) using a small camera called a colonoscope.

**Colony Stimulating Growth Factors**
Factors that stimulate the multiplication of very young blood cells.

**Congenital Condition**
A condition that exists at birth.

**Consolidated Omnibus Budget Reconciliation Act (COBRA)**
A federal law that may allow you to temporarily keep your health coverage after:

- Your employment ends,

- You lose coverage as a dependent of the covered employee, or

- Another qualifying event.

If you elect COBRA coverage, you pay 100% of the premiums, including the share the employer used to pay for you, plus a small administrative fee.

**Continuity of Care**
Seamless, continuous care rendered by a specific provider that if interrupted, could have negative impacts on the specific condition or disorder for which the member is being treated. Continuity of care also includes ongoing coordination of care in high risk members that have multiple medical conditions. If a provider changes network status, patients with complex care needs have at least a 90-day period of continued coverage at in-network cost-sharing rates to allow for a transition of care to an in-network provider.

**Contraceptive Counseling**
A preventive care service that helps you choose a contraceptive method.

**Contraceptive Device**
A device such as, but not limited to, a diaphragm, intrauterine device or contraceptive implant designed to prevent pregnancy.

**Contraceptive Medication**
Any drug used for the express purpose of preventing pregnancy at the time of its administration.

**Contract**
This certificate and any related riders, your signed application for coverage and your BCBSM ID card.

**Contracted Area Hospital**
A BCBSM participating hospital located in the same area as a noncontracted area hospital.

© 2021 Blue Cross Blue Shield of Michigan

**Conventional Treatment**
Treatment that has been scientifically proven to be safe and effective for treatment of the member's condition.

**Coordination Period**
A period of time, defined by Medicare, that begins in the first month of Medicare entitlement due to ESRD and lasts for 30 months.

**Copayment**
The dollar amount that you must pay for a covered drug or service. Your copayment is not altered by an audit, adjustment, or recovery. For prescription drugs, your copayment is not reduced by any coupon, rebate or other credit received directly or indirectly from the drug manufacturer, but you may be able to take advantage of BCBSM-approved special coupon programs to help you pay some or all of your copayment. (Copayments are not required under this certificate but may be if you have a rider that adds PPO benefits and conditions).

**Cost Sharing**
Copayments, coinsurances, and deductibles you must pay under this certificate.

**Covered Services**
A health care service that is identified as payable in this certificate. Such services must be medically necessary, as defined in this certificate, and ordered or performed by a provider that is legally authorized or licensed to order or perform the service. The provider must also be appropriately credentialed or privileged, as determined by BCBSM, to order or perform the service.

**Custodial Care**
Care primarily used in helping the member with activities of daily living or meeting personal needs. Such care includes help in walking, getting in and out of bed, and bathing, dressing and taking medicine. Custodial care can be provided safely and reasonably by people without professional skills or training.

**Deductible**
The amount that you must pay for covered services, under any certificate, before benefits are payable. Payments made toward your deductible are based on the approved amount at the time of the claims are processed or reprocessed. Payments made toward your deductible are not altered by an audit or recover. For prescription drugs, your deductible is not reduced by any coupon, rebate or other credit received directly or indirectly from the drug manufacturer but you may be able to take advantage of BCBSM-approved special coupon programs to help you pay some or all of your deductible.

**Dental Care**
Care given to diagnose, treat, restore, fill, remove or replace teeth or the structures supporting the teeth, including changing the bite or position of the teeth.

**Department of Insurance and Financial Services (DIFS)**
The department that regulates insurers in the state of Michigan.

**Designated Cancer Center**
A site approved by the National Cancer Institute as a cancer center, comprehensive cancer center, clinical cancer center or an affiliate of one of these centers. The names of the approved centers and their affiliates are available to you and your physician upon request.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Designated Facility**
To be a covered benefit, human organ transplants must take place in a "BCBSM-designated" facility. A
**designated facility** is one that BCBSM determines to be qualified to perform a specific organ
transplant. We have a list of designated facilities and will make it available to you and your physician
upon request.

**Designated Services**
Services that BCBSM determines only a noncontracted area hospital is equipped to provide.

**Detoxification**
The medical process of removing an intoxicating or addictive substance from the body of a person who
is dependent on that substance.

**Developmental Condition**
A condition that can delay or completely stop the normal progression of speech development. Speech
and language pathology services may not help these conditions.

**Diagnostic Agents**
Substances used to diagnose rather than treat a condition or disease.

**Diagnostic Radiology**
Tests used to determine the anatomic or functional state of a particular area or part of the body for the
diagnosis or treatment or both of illness, disease, injury or pregnancy.

**Dialysis**
The process of cleaning wastes from the blood artificially. This job is normally done by the kidneys. If
the kidneys fail, the blood must be cleaned artificially with special equipment. The two major forms of
dialysis are hemodialysis and peritoneal dialysis.

**Direct Supervision**
The type of supervision that requires the supervising personnel to be in the same physical structure
where the service is being performed.

**Diversional Therapy**
Planned recreational activities, such as hobbies, arts and crafts, etc., not directly related to functional
therapy for a medical condition.

**Dual Entitlement**
When an individual is entitled to Medicare on the basis of both ESRD and age or disability.

**Durable Medical Equipment**
Equipment that can withstand repeated use and that is used for a medical purpose by a member who is
ill or injured. It may be used in the home.

**Effective Date**
The date your coverage begins under this contract. This date is established by BCBSM.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Eligibility**
As used in Section 6 of this certificate under **Coordination of Coverage for End Stage Renal
Disease**, eligibility means the member's right to Medicare coverage under Title XVIII of the Social
Security Act, as amended. Otherwise, eligibility means the member's right to coverage under this
certificate.

**Emergency Care**
Care to treat an accidental injury or medical emergency.

**Emergency Medical Condition**
A medical condition that manifests itself by acute symptoms of sufficient severity (including severe pain)
which could cause a prudent layperson with average knowledge of health and medicine to reasonably
expect that the absence of immediate medical attention would result in:

- The health of the member (or during a pregnancy, the health of an unborn child) to be in serious
  jeopardy, or

- Serious impairment to bodily functions, or

- Serious dysfunction of any bodily organ or part (or with respect to a pregnant member who is
  having contractions, there is inadequate time for a safe transfer to another hospital before delivery
  or the transfer may pose a threat to the health and safety of the member or unborn child)

**Emergency Services**
Emergency Services include medical screening exams (as required under Section 1167 of the Social
Security Act) that are within the capability of an emergency room department of a hospital, and include
ancillary services routinely available in a hospital's emergency room to evaluate an emergency medical
condition. They also include, within the capabilities of the staff and facilities available at the hospital,
additional medical exams and treatment (as required under Section 1867 of the Social Security Act) to
stabilize the member.

**End Stage Renal Disease (ESRD)**
Chronic, irreversible kidney failure that requires a regular course of dialysis or a kidney transplant as
verified by a medical evidence report (defined in this section) or a provider bill that contains a diagnosis
of chronic renal (kidney) failure.

**Enrollment Date**
The first date of coverage or, if there is a new hire waiting period, the first day of the waiting period.

**Entitlement (or Entitled)**
The member's right to receive Medicare benefits once the member has met the eligibility requirements
to qualify for Medicare coverage, has filed a valid application for benefits, and has met any applicable
waiting period requirements.

**Exclusions**
Situations, conditions, or services that are not covered by the subscriber's contract.

**Experimental Treatment**
Treatment that has not been scientifically proven to be as safe and effective for treatment of the
member's conditions as conventional treatment. Sometimes it is referred to as "investigational" or
"experimental services."

© 2021 Blue Cross Blue Shield of Michigan

**Facility**
A hospital or facility that offers acute care or specialized treatment, including, but not limited to, substance use disorder treatment, rehabilitation treatment, skilled nursing care or physical therapy.

**Fecal Occult Blood Screening**
A laboratory test to detect blood in feces or stool.

**First Degree Relative**
An immediate family member who is directly related to the member: either a parent, sibling or child.

**First Priority Security Interest**
The right to be paid before any other person from any money or other valuable consideration recovered by:

- Judgment or settlement of a legal action

- Settlement not due to legal action

- Undisputed payment

This right may be invoked without regard for:

- Whether plaintiff's recovery is partial or complete

- Who holds the recovery

- Where the recovery is held

**Flexible Sigmoidoscopy**
A visual examination of the lower portion of the colon through the rectum, using a flexible instrument called a sigmoidoscope.

**Food and Drug Administration (FDA)**
An agency of the U.S. Department of Health and Human Services that is responsible for protecting the public health by assuring the safety, efficacy and security of human drugs.

**Freestanding Outpatient Physical Therapy Facility**
An independently owned and operated facility, separate from a hospital, which provides outpatient physical therapy services and occupational therapy or speech and language pathology services.

**Gender Dysphoria**
A broad diagnosis that covers a person's emotional discontent with the gender they were assigned at birth. A clinical diagnosis is made when a person meets the specific criteria set out in the current Diagnostic and Statistical Manual of Mental Disorders (DSM).

**Gender Reassignment Services**
A collection of services that are used to treat gender dysphoria. These services may include hormone treatment and/or gender reassignment surgery, as well as counseling and psychiatric services. These services must be medically necessary to be payable by BCBSM. BCBSM will not pay for services that it considers to be cosmetic. BCBSM will also not pay for services that are experimental or investigational.

© 2021 Blue Cross Blue Shield of Michigan

**Genetic Counselor**
Obtains and evaluates individual, family, and medical histories to determine the genetic risk for genetic or medical conditions or diseases in a client, the client's descendants, or other family members of the client. Explanation to the client provides the clinical implications of genetic laboratory tests and other diagnostic studies and their results.

**Group**
An employer or association of employers that provides its members with health care coverage. An employer may provide different health care benefits to different segments or categories of its members. A group can also include participants of a trust fund that has been established to purchase health care coverage pursuant to collective bargaining agreements.

**Gynecological Examination**
A history and physical examination of the female genital tract.

**Hazardous Medical Condition**
The dangerous state of health of a member who is at risk for loss, harm, injury or death.

**Health Maintenance Examination**
A comprehensive history and physical examination including blood pressure measurement, skin examination for malignancy, breast examination, testicular examination, rectal examination and health counseling regarding potential risk factors.

**Hematopoietic Transplant**
A transplant of bone marrow, peripheral blood stem cells or umbilical cord blood.

**Hemodialysis**
The use of a machine to clean wastes from the blood after the kidneys have failed.

**High-Dose Chemotherapy**
A procedure in which members are given cell destroying drugs in doses higher than those used in conventional therapy. Stem cell replacement is required after high-dose chemotherapy is given.

**High-Risk Member**
An individual who has an increased risk of mortality or morbidity according to standard criteria recognized by the oncology community.

**HLA Genetic Markers**
Specific chemical groupings that are part of many body cells, including white blood cells. Called human leukocyte antigens, these chemical groupings are inherited from each parent and are used to detect the constitutional similarity of one person to another. Close (or the degree of) identity is determined by tests using serologic (test tube) methods and/or molecular (DNA fingerprinting) techniques. An HLA identical match occurs when the six clinically important markers of the donor are identical to those of the member.

**Home Health Care Agency**
An organization that is primarily engaged in providing skilled nursing services and other therapeutic services in the member's home.

**Hospice**
A public agency, private organization or subdivision of either, which primarily provides care for terminally ill persons.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Hospital**
A facility that:

- Provides inpatient or outpatient diagnostic, therapeutic, and surgical services for injured or acutely ill persons, **and**

- Is fully licensed and certified as a hospital, as required by all applicable laws **and**

- Complies with all applicable national certification and accreditation standards

Hospital services must be provided by or under the supervision of a professional staff of licensed physicians, surgeons and registered nurses.



A facility that provides specialized services that does not meet all of the above requirements does not qualify as a hospital under this certificate, regardless of its affiliation with any hospital that does meet the above requirements. Such facilities include but are not limited to the following:

- Facilities that provide custodial, convalescent, pulmonary tuberculosis, rest or domiciliary care

- Facilities that serve as institutions for exceptional children or for the treatment of the aged or those with substance use disorder

- Skilled nursing facilities or other nursing care facilities

**Hospital Privileges**
Permission granted by a hospital to allow accredited professional providers on the hospital's medical staff to perform certain services at that hospital.

**Host Plan**
A Blue Cross and/or Blue Shield plan outside of Michigan that participates in the BlueCard PPO Program and processes claims for services that you receive in that state. Sometimes referred to as Host Blue.

**In-Network Providers**
Hospitals, physicians and other licensed facilities or health care professionals who provide services through our PPO program. In-network providers have agreed to accept BCBSM's approved amount as payment in full for covered services provided under our PPO program.

**Independent Occupational Therapist**
An occupational therapist who provides some occupational therapy services and who:

- Is licensed as an occupational therapist by the state of Michigan

- Meets BCBSM qualification standards

- When outside the state of Michigan, is legally qualified to perform services in the state where services are performed.

© 2021 Blue Cross Blue Shield of Michigan

**Independent Physical Therapist**

A physical therapist who provides some physical therapy services and who:

- Is licensed as a physical therapist by the state of Michigan

- Meets BCBSM qualification standards

- When outside the state of Michigan, is legally qualified to perform services in the state where services are performed.

**Independent Speech-Language Pathologist**

A speech-language pathologist who provides some speech and language pathology services and who:

- Is licensed as a speech-language pathologist by the state of Michigan. If the state of Michigan has not released license applications or has not issued licenses, then a Certificate of Clinical Competence from the American Speech and Hearing Association is an acceptable alternative until the state issues licenses.

- Meets BCBSM qualification standards

- When outside the state of Michigan, is legally qualified to perform services in the state where services are performed.

**Infusion Therapy**

The continuous, slow administration of a controlled drug, nutrient, antibiotic or other fluid into a vein or other tissue on a daily, weekly or monthly basis, depending on the condition being treated and type of therapy.

**Injectable Drugs**

Payable drugs that are ordered or furnished by a physician and administered by the physician or under the physician's supervision.

**Irreversible Treatment**

Refers to medical and/or dental treatment of temporomandibular joint (jaw joint) dysfunction.

- The treatment is to the mouth, teeth, jaw, jaw joint, skull, and the complex of muscles and nerves, including blood vessels and tissues related to the jaw joint.

- The treatment is intended to cause permanent change to a person's bite or position of the jaws.

- The treatment includes, but is not limited to:

  – Crowns, inlays, caps, restorations and grinding
  – Orthodontics, such as braces, orthopedic repositioning and traction
  – Installation of removable or fixed appliances such as dentures, partial dentures or bridges
  – Surgery directly to the jaw joint and related anesthesia services
  – Arthrocentesis

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Jaw Joint Disorders**
These include, but are not limited to:

- Skeletal defects of the jaws or problems with the bite that cause pain and inability to move the jaw properly

- Muscle tension, muscle spasms, or problems with the nerves, blood vessels or tissues related to the jaw joint that cause pain and inability to move the jaw properly

- Defects within the temporomandibular joint (jaw joint) that cause pain and an inability to move the jaw properly

**Licensed Professional Counselor (LPC)**
A licensed professional counselor who provides some mental health services and who:

- Is licensed as a professional counselor by the state of Michigan;

- Meets BCBSM qualification standards;

- When outside the state of Michigan, is legally qualified to perform services in the state where services are performed.

**Lien**
A first priority security interest in any money or other thing of value obtained by judgment, settlement or otherwise up to the amount of benefits, costs and legal fees BCBSM paid because of  the plaintiff's injuries.

**Life-Threatening Condition**
Any disease or condition from which the likelihood of death is probable unless the course of the disease or condition is interrupted.

**Lobar Lung**
A portion of a lung from a cadaver or living donor.

**Long-Term Acute Care Hospital**
A specialty hospital that focuses on treating members requiring extended intensive care; meets BCBSM qualification standards and is certified by Medicare as an LTACH.

**Mammogram**
An imaging study of the breast using X-rays. It may consist of two or more x-ray views of each breast. The radiation machine must be state-authorized and specifically designed and used to perform mammography.

There are two types of mammograms:

- Screening mammograms assess members without any signs or symptoms to assist in the early identification of breast disease

- Diagnostic mammograms assess members in whom signs and symptoms of breast disease are present

© 2021 Blue Cross Blue Shield of Michigan

**Mandibular Orthotic Reposition Device**
An appliance used in the treatment of temporomandibular joint dysfunction.

**Maternity Care**
Hospital and professional services for any condition due to pregnancy except ectopic (tubal) pregnancy.

**Maxillofacial Prosthesis**
A custom-made replacement of a missing part of the face or mouth such as an artificial eye, ear, nose or an obturator to close a cleft. Excludes replacement of teeth or appliances to support teeth.

**Maximum Payment Level**
The most BCBSM will pay for a covered service. For participating or in-network providers, it is the amount BCBSM pays the provider under the provider's contract with BCBSM. For services provided by nonparticipating or out-of-network providers, it is the amount BCBSM pays for the service to its participating or in-network providers or the amount BCBSM negotiates with the nonparticipating or out-of-network provider. Maximum payment level is not a "Medicare-like rate" described in 42 C.F.R. §136.30, et. seq.

**Medical Emergency**
A condition that occurs suddenly and unexpectedly. This condition could result in serious bodily harm or threaten life unless treated immediately. This is not a condition caused by an accidental injury. Emergency services treat medical emergencies.

**Medical Evidence Report**
A form required by the Centers for Medicare and Medicaid Services that a physician must complete and submit for each ESRD member beginning dialysis.

**Medical Supplies**
Medically necessary quantities of medical supplies and dressings used for the treatment of a specific medical condition. Medical supplies include but are not limited to gauze, cotton, fabrics, plaster and other materials used in dressings and casts.

**Medically Appropriate**
Services that are consistent with how providers generally treat their patients. The services can be those used to diagnose or for treatment. They are based on standard practices of care and are supported by evidence of their effectiveness.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Medically Necessary**

A service must be medically necessary to be covered. There are two definitions: one applies to professional providers (M.D.s, D.O.s, podiatric physicians, chiropractors, fully licensed psychologists and oral surgeons) and other providers; another applies to hospitals and LTACHs.

- Medical necessity for payment of professional provider and other providers services:

  Health care services that a provider, exercising prudent clinical judgment, would provide to a member for the purpose of preventing, evaluating, diagnosing or treating an illness, injury, disease or its symptoms, and that are:

  – In accordance with generally accepted standards of medical practice;
  – Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the member's illness, injury or disease and
  – Not primarily for the convenience of the member, professional provider, or other health care provider, and not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that member's illness, injury or disease.

   "Generally accepted standards of medical practice" means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, physician or provider society recommendations and the views of physicians or providers practicing in relevant clinical areas and any other relevant factors.

- Medical necessity for payment of hospital and LTACH services:

  Determination by BCBSM that allows for the payment of covered hospital services when all of the following conditions are met:

  – The covered service is for the treatment, diagnosis or symptoms of an injury, condition or disease.
  – The service, treatment, or supply is appropriate for the symptoms and is consistent with the diagnosis.

    - **Appropriate** means that the type, level and length of care, treatment or supply and setting are needed to provide safe and adequate care and treatment.

      – For inpatient hospital stays, acute care as an inpatient must be necessitated by the patient's condition because safe and adequate care cannot be received as an outpatient or in a less intensified medical setting.

  – The service is not mainly for the convenience of the member or health care provider.
  – The treatment is not generally regarded as experimental by BCBSM.
  – The treatment is not determined to be medically inappropriate by the Utilization Quality and Health Management Programs (applies only to hospitals, not to LTACHs).

**Medicare**

The Health Insurance for the Aged Act, Title XVIII of the Social Security Amendments of 1965, as then constituted or later amended.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Member**
Any person eligible for health care services under this certificate on the date the services are rendered.
This means the subscriber and any eligible dependent listed on the application. The member is the
"patient" when receiving covered drugs or services.

**Newborn Care**
Hospital and professional services that are provided to newborns during the initial stay following birth.
This care includes the newborn examination, which must be performed by a physician other than the
anesthesiologist or the attending physician of the birth parent.

**Noncontracted Area Hospital**
A BCBSM nonparticipating hospital located in an area defined by BCBSM.

**Nonparticipating Hospital**
A hospital that has not signed a participation agreement with BCBSM to accept our approved amount
as payment in full.

**Nonparticipating Providers**
Physicians and other health care professionals, or hospitals and other facilities or programs that have
not signed a participation agreement with BCBSM to accept our payment as payment in full. Some
nonparticipating providers, however, may agree to accept our payment on a per claim basis.

**Occupational Therapy**
A rehabilitative service that uses specific activities and methods. The therapist is responsible for
involving the member in specific therapeutic tasks and activities to:

- Develop, improve, retain or restore the performance of necessary neuromusculoskeletal functions
  affected by an illness or injury or following surgery

- Help the member learn to apply the newly restored or improved function to meet the demands of
  daily living, or

- Design and use splints, ortheses (such as universal cuffs and braces) and adaptive devices (such
  as door openers, shower chairs, large-handle eating utensils, lap trays and raised toilet seats)

**Off-Label**
The use of a drug or device for clinical indications other than those stated in the labeling approved by
the Food and Drug Administration.

**Online Visit**
BCBSM-specified evaluation and management services, delivered via the internet. Contact is initiated
by you and must be within the provider's scope of practice.

**Orthopedic Shoes**
Orthopedic shoes are prescribed by a physician certified nurse practitioner, or clinical nurse specialist-
certified to support or correct the bones, joints, muscles, tendons and ligaments of a weak or deformed
foot.

**Orthotic Device**
An appliance worn outside the body to correct a body defect of form or function.

© 2021 Blue Cross Blue Shield of Michigan

**Out-of-Area Hospital**
A BCBSM participating hospital that is more than 75 miles from a noncontracted area hospital. It is not in the same area as a contracted or noncontracted area hospital.

**Out-of-Area Services**
Services available to members living or traveling outside a health plan's service area.

**Out-of-network Providers**
Hospitals, physicians and other licensed facilities or health care professionals who have not signed an agreement to provide services under our PPO program.

**Outpatient Mental Health Facility**
A facility that provides outpatient mental health services. It must have a participating agreement with BCBSM. Sometimes referred to as an outpatient psychiatric care facility (OPC), it may include centers for mental health care such as clinics and community mental health centers, as defined in the Federal Community Mental Health Centers Act of 1963, as amended. The facility may or may not be affiliated with a hospital.

**Outpatient Substance Abuse Treatment Facility**
A facility that provides medical and other services on an outpatient basis specifically for those with substance use disorder.

**Pap Smear**
A method used to detect abnormal conditions, including cancer of the female genital tract.

**Partial Hospitalization Program (PHP)**
Treatment for mental or emotional disorders provided by a hospital or OPC to a member who lives at home and goes to a hospital or OPC.

**Partial Liver**
A portion of the liver taken from a cadaver or living donor.

**Participating Hospital**
A hospital that has signed a participation agreement with BCBSM to accept our approved amount as payment in full. Your cost share, which may be required of you, is subtracted from the approved amount before we make our payment.

**Participating Providers**
Physicians and other health care professionals, or hospitals and other facilities or programs that have signed a participation agreement with BCBSM to accept the approved amount as payment in full. Any cost share, which may be required of you, is subtracted from the approved amount before we make our payment.

**Patient**
The subscriber or eligible dependent that is awaiting or receiving medical care, treatment or covered drugs.

**Pay-Provider Claim**
This is a type of claim where Blue Cross pays your provider directly according to the terms of your coverage.

© 2021 Blue Cross Blue Shield of Michigan

**Pay-Subscriber Claim**
This is a type of claim where Blue Cross will reimburse you, the subscriber, according to the terms of your coverage. Either you or your provider may submit this type of claim.

**Per Claim Participation**
Available to some nonparticipating providers when they elect to accept our payment for specific covered services as payment in full.

**Period of Crisis**
A period during which a member requires continuous care (primarily nursing care) to alleviate or manage acute medical symptoms.

**Peripheral Blood Stem Cell Transplant**
A procedure in which blood stem cells are obtained by pheresis and infused into the patient's circulation.

**Peritoneal Dialysis**
Removal of wastes from the body by perfusion of a chemical solution through the abdomen.

**Pheresis**
Removal of blood from the donor or member in order to separate and retain specific components of the blood (red cells, white cells, platelets and stem cells).

**Physical Therapist**
A physical therapist who provides some physical therapy services and who is licensed as a physical therapist by the state of Michigan.

**Physical Therapy**
The use of specific activities or methods to treat disability when there is a loss of neuromusculoskeletal functions due to an illness or injury, or following surgery. Treatments include exercise and therapy of the member's specific muscles or joints to retain, learn, restore or improve:

- Muscle strength

- Joint motion

- Coordination

- General mobility

**Physician**
A doctor of medicine, osteopathy, podiatry, chiropractic or an oral surgeon. Physicians may also be referred to as "practitioners." The term physician or practitioner may also include other types of professional providers when they perform services they are licensed or legally qualified to perform in the state where the services are provided.

**Physician Assistant**
A physician assistant is licensed by the state of Michigan to engage in the practice of medicine, osteopathic medicine and surgery, or podiatric medicine and surgery with a participating physician under a practice agreement.

© 2021 Blue Cross Blue Shield of Michigan

**Plaintiff**
The person who brings the lawsuit or claim for damages. The plaintiff may be the injured party or a representative of the injured party.

**Post-Service Grievance**
A post-service grievance is an appeal that you file when you disagree with our payment decision or our denial for a service that you have already received.

**Practitioner**
A physician (a doctor of medicine, osteopathy, podiatric physician, or chiropractic) or a professional provider (a doctor of medicine, osteopathy, podiatric physician, chiropractor, fully licensed psychologist, clinical licensed master's social worker, licensed professional counselor or oral surgeon), genetic counselor, athletic trainer, or other professional provider who participates with BCBSM or who is in a BCBSM PPO network. Practitioner may also be referred to as "participating" or "in-network" provider.

**Preapproval**
A process that allows you or your provider to know if we will cover proposed services before you receive them. If preapproval is not obtained **before** you receive certain services described in this rider, they will not be covered.

**Pre-Service Grievance**
A pre-service grievance is an appeal that you can file when you disagree with our decision not to pre-approve a service you have not yet received.

**Presurgical Consultation**
A consultation that allows a member to get an additional opinion from a physician who is a **doctor of medicine, osteopathy, podiatry or an oral surgeon** when surgery is recommended.

**Primary Care Physician (PCP)**
The physician you choose to provide or coordinate all of your medical care, including specialty and hospital care. A primary care physician is appropriately licensed in one of the following medical fields:

- Family Practice

- General Practice

- Internal Medicine

- Pediatrics

**Primary Payer**
The health care coverage plan that pays first when you are provided benefits by more than one carrier. (For example, you may have BCBSM group coverage and Medicare.)

**Primary Plan**
The health care plan obligated to pay for services before any other health care plan that covers the member or patient.

**SECTION 7: DEFINITIONS**                                                                          157

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Prior Authorization**
Some prescription drugs require prior authorization before you receive them. If you receive them
without first obtaining prior authorization, you may have to pay the bill yourself. We may not pay for it. It
is important to make sure that your provider gets the prior authorization before you receive these drugs.

**Professional Provider**
One of the following:

- Doctor of Medicine (M.D.)

- Doctor of Osteopathy (D.O.)

- Podiatric Physician

- Chiropractor

- Physician assistant (PA)

- Fully licensed psychologist

- Limited licensed psychologist (LLP)

- Clinical licensed master's social worker (CLMSW)

- Licensed marriage and family therapist (LMFT)

- Licensed professional counselor (LPC)

- Oral surgeon

- Independent physical therapist (IPT)

- Independent speech therapist (IST)

- Independent Occupational therapist (IOT)

- Certified nurse practitioner (CNP)

- Certified nurse midwife (CNM)

- Certified registered nurse anesthetist (CRNA)

- Clinical nurse specialist-certified (CNS-C)

-  Athletic trainer

- Genetic counselor

- Other providers as identified by BCBSM

Professional providers may also be referred to as "practitioners."

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Prosthetic Device**
An artificial appliance that:

- Replaces all or part of a body part or

- Replaces all or part of the functions of a permanently disabled or poorly functioning body organ

**Protocol**
A detailed plan of a medical experiment or treatment.

**Provider**
A person (such as a physician) or a facility (such as a hospital) that provides services or supplies related to medical care or a pharmacy legally licensed to dispense drugs.

**Provider-Delivered Care Management (PDCM)**
A program that allows you to receive care management services in Michigan from a trained clinical care manager in a team effort with, and directed by, your primary care physician.

**Psychiatric Residential Treatment Facility**
A facility that provides residents with 24-hour mental health care and treatment, seven days a week. The facility must participate with BCBSM (if located in Michigan) or with its local Blue Cross/Blue Shield plan (if located outside of Michigan).

 Therapeutic boarding schools, milieu therapies, such as wilderness programs, supportive houses or group homes are not considered psychiatric residential treatment facilities.

**Psychologist**
A practitioner of clinical psychology, counseling or guidance, who is fully licensed and certified by the state of Michigan or by the state where you receive services. Where there are no certification or licensure requirements, the psychologist must be recognized by the appropriate professional society.

**Purging**
A process that attempts to remove abnormal cells from a blood or bone marrow sample so that a clean sample with only normal blood producing cells is obtained.

**Qualified Beneficiary**
Persons eligible for continued group coverage under COBRA. This includes the employee, spouse and children (including those born to, or placed for adoption with, the employee during the period of COBRA coverage).

**Qualified Individual**
A member eligible for coverage under this certificate who participates in an approved clinical trial according to the trial protocol for treatment of cancer or other life-threatening disease or condition and either:

- The referring provider participates in the trial and has concluded that the individual's participation in the trial would be appropriate because the individual meets the trial's protocol, or

- The member provides medical and scientific information that establishes their eligibility to participate in the trial.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Qualifying Event**
One of the following events that allows you to enroll in different health care coverage or change your current coverage or allows a beneficiary to receive coverage under COBRA:

- Termination of employment, other than for gross misconduct, or reduction of hours

- Start or end military service. Members must perform military duty for more than 30 days.

- Death of the employee

- Divorce

- Loss of dependent status due to age, marriage, change in student status, etc.

- The employee becomes entitled to coverage under Medicare

 The examples in this definition are not exhaustive and may change. Please call Customer Service for more information about qualifying events.

**Radiology Services**
These include X-ray exams, radium, radon, cobalt therapy, ultrasound testing, radioisotopes, computerized axial tomography scans, magnetic resonance imaging scans and positron emission tomography scans.

**Referral**
The process in which the PCP sends a member to another provider for a specified service or treatment plan.

**Refractory Member**
An individual who does not achieve clinical disappearance of the disease after standard therapy.

**Registered Provider**
A participating or nonparticipating provider that has the qualifications to meet BCBSM's provider enrollment and credentialing standards.

**Relapse**
When a disease recurs after a period of time following therapy. This period of time is defined by evidence-based literature pertaining to the member's condition.

**Remitting Agent**
Any individual or organization that has agreed, on behalf of the subscriber, to:

- Collect or deduct premiums from wages or other sums owed to the subscriber and

- Pay the subscriber's BCBSM bill

**Rescission**
The cancellation of coverage that dates back to the effective date of the member's contract and voids coverage during this time.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## Research Management

Services, such as diagnostic tests, which are performed solely to support the sponsoring organization's research. They are not necessary for treating the member's condition.

## Residential Substance Abuse Treatment Facility

A facility that provides residents with 24-hour substance use disorder care and treatment, seven days a week. The facility must participate with BCBSM (if located in Michigan) or with its local Blue Cross/Blue Shield plan (if located outside of Michigan). The services are sometimes referred to or considered as "intermediate care."

 This residential substance abuse treatment facility is not considered inpatient acute medical/surgical care in a hospital.

## Respite Care

Relief to family members or other persons caring for terminally ill persons at home.

## Retail Health Clinic

A medical clinic located inside a retail store. It offers "walk-in" care for minor conditions, provided by a professional provider.

## Reversible Treatment

Refers to medical and/or dental treatment of temporomandibular joint (jaw joint) dysfunction.

- The treatment is to the mouth, teeth, jaw, jaw joint, skull, and the complex of muscles and nerves, including blood vessels and tissues related to the jaw joint.

- This treatment is **not** intended to cause permanent change to a person's bite or position of the jaws.

- This treatment is designed to manage the member's symptoms. It can include, but is not limited to, the following services:

  - Arthrocentesis
  - Physical therapy (see Page 72 for physical therapy services)
  - Reversible appliance therapy (mandibular orthotic repositioning)

## Rider

A document that changes a certificate by adding, limiting, deleting or clarifying benefits.

## Right of Recovery

The right of BCBSM to make a claim against you your dependents or representatives if you or they have received funds from another party responsible for benefits paid by BCBSM

© 2021 Blue Cross Blue Shield of Michigan

**Routine Patient Costs**
All items and services related to an approved clinical trial if they are covered under this certificate (or any riders that amend it) for members who are not participants in an approved clinical trial. They do not include:

- The investigational item, device, or service itself

- Items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the member, or

- A service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.

**Sanctioned Prescriber**
Any provider who has been disciplined under Section 1128 and Section 1902(a)(39) of the Social Security Act; excluded or suspended from participation in Medicare or Medicaid; whose license to issue prescriptions has been revoked or suspended by any state licensing board; or whose prescribing habits have been determined by BCBSM to deviate significantly from established standards of medical necessity.

**Screening Services**
Procedures or tests ordered for a member (or for almost all members of a particular class or group) that are not directly related to the diagnosis or treatment of a specific disease or injury. For example, tests routinely performed as part of a physical are considered screening services.

**Secondary Plan**
The health care plan obligated to pay for services after the primary plan has paid for services.

**Self-Dialysis Training**
Teaching members to conduct dialysis on themselves.

**Semiprivate Room**
A hospital room with two beds.

**Service Area**
The geographic area in which BCBSM is authorized to use the Blue Cross and Blue Shield name and service marks.

 BCBSM may contract with providers in areas contiguous with the state of Michigan. These providers' claims will not be subject to BlueCard rules.

**Services**
Surgery, care, treatment, supplies, devices, drugs or equipment given by a health care provider to diagnose or treat a disease, injury, condition or pregnancy.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Skilled Care**
A level of care that can be given only by a licensed nurse to ensure the medical safety of the member and the desired medical result. Such care must be:

- Ordered by the attending physician

- Medically necessary according to generally accepted standards of medical practice

- Provided by a registered nurse or a licensed practical nurse supervised by a registered nurse or physician

**Skilled Nursing Facility**
A facility that provides continuous skilled nursing and other health care services by or under the supervision of a physician and a registered nurse.

**Small Bowel Transplant**
A procedure in which the member's small intestine is removed and replaced with the small intestine of a cadaver.

**Special Medical Foods**
Special foods that are formulated for the dietary treatment of inborn errors of metabolism. The nutritional requirements of the member are established by a physician's medical evaluation of the member. The diet must be administered under the supervision of a physician.

**Specialist**
A provider with a specific skill or expertise in the treatment of a particular condition or disease. The member is referred to a specialist by their PCP.

**Specialty Hospitals**
Hospitals that treat specific diseases, such as mental illness.

© 2021 Blue Cross Blue Shield of Michigan

**Specialty Pharmaceuticals**
Biotech drugs, including high-cost infused, injectable, oral and other drugs related to specialty disease categories or other categories. BCBSM determines which specific drugs are payable. This may include vaccines and chemotherapy drugs used in the treatment of cancer, but excludes injectable insulin. **Select specialty pharmaceuticals require prior authorization from BCBSM.**

Examples of specialty pharmaceuticals include, but are not limited to, the following:

- Drugs administered by infusion therapy providers

- Drugs administered in the office by health care practitioners

- Certain drugs to treat highly complex disorders, such as multiple sclerosis, lupus and immune deficiency

- Chemotherapy specialty pharmaceuticals dispensed at the pharmacy and self-administered, or administered by a health care practitioner at an approved facility or a physician's office

 BCBSM will cover these drugs under the certificate that applies to the benefit. For example, drugs administered in the office by a health care practitioner are covered under the certificate that applies to your medical benefits.

**Specialty Pharmacy**
Companies that specialize in specialty pharmaceuticals and the associated clinical management support.

**Speech and Language Pathology Services**
Rehabilitative services that use specific activities or methods to treat speech, language or voice impairment due to an illness, injury or following surgery.

**Spouse**
An individual who is legally married to the subscriber and meets the group's eligibility requirements.

**Stabilize**
Stabilize, with respect to an emergency medical condition, means that no material deterioration of the condition is likely, within reasonable medical probability, to result from or occur during the transfer of the member from a facility (or with respect to a pregnant member who is having contractions, to deliver the child (including the placenta).

**Stem Cells**
Primitive blood cells originating in the marrow, but also found in small quantities in the blood. These cells develop into mature blood components including red cells, white cells and platelets.

**Subrogation**
Subrogation occurs when BCBSM assumes the right to make a claim against or to receive money or other thing of value from another person, insurance company or organization. This right can be your right or the right of your dependents or representatives.

© 2021 Blue Cross Blue Shield of Michigan

**Subscriber**
The person who signed and submitted the application for coverage.

**Substance Use Disorder**
Taking alcohol or other drugs in amounts that can:

- Harm a person's physical, mental, social and economic well-being

- Cause a person to lose self-control as reflected by alterations of thought, mood, cognition, or behavior

- Endanger the safety or welfare of self or others because of the substance's habitual influence on the person.

Substance use disorder is alcohol or drug abuse or dependence as classified in the most current edition of the "International Classification of Diseases."

 Tobacco addictions are included in this definition.

**Surprise Billing**
Instances where a member unknowingly receives care from a nonparticipating provider or receives care from a nonparticipating provider because a participating provider is unavailable and later receives an unexpected bill for the difference between what the provider charges and what we pay. (See Surprise Billing in the General Conditions of Your Contract section for more information).

**Syngeneic Transplant**
A procedure using bone marrow, peripheral blood stem cells or umbilical cord blood from a member's identical twin to transplant into the member.

**Tandem Transplant**
A procedure in which the member is given chemotherapy followed by a blood stem cell (peripheral or umbilical cord blood) transplant or bone marrow transplant, and if the member's cancer has not progressed, a second round of chemotherapy followed by a blood stem cell or bone marrow transplant. The second round of chemotherapy and transplant is usually performed within six months of the first transplant and if not, it must be approved by BCBSM. Tandem transplants are also referred to as dual transplants or sequential transplants. A tandem transplant is considered to be one transplant.

**T-Cell Depleted Infusion**
A procedure in which T-Cells (immunocompetent lymphocytes) are eliminated from peripheral blood stem cells, bone marrow or umbilical cord blood.

**Technical Surgical Assistance**
Professional active assistance given to the operating physician during surgery by another physician not in charge of the case.

 Professional active assistance requires direct physical contact with the member.

**SECTION 7: DEFINITIONS**                                                                                    **165**

© 2021 Blue Cross Blue Shield of Michigan

**Telemedicine**
Real-time health care services, delivered via telephone, internet, or other electronic technology when you're not in your provider's presence. Contact for these services can be initiated by you or your provider, and must be within your provider's scope of practice for both medical and behavioral health services.

**Terminally Ill**
A state of illness causing a person's life expectancy to be 12 months or less according to a medically justified opinion.

**Termination**
An action that ends a member's coverage after the member's contract takes effect. This results in the member's contract being in effect up until the date it is terminated.

**Therapeutic Radiology**
The treatment of neoplastic conditions with radiant energy.

**Therapeutic Shoes**
Therapeutic or diabetic shoes are prescribed by a physician certified nurse practitioner, or clinical nurse specialist-certified and are either "off-the-shelf" or custom-molded shoes which assist in protecting the diabetic foot.

**Total Body Irradiation**
A procedure that exposes most of the body to ionizing radiation to produce an anti-tumor effect that helps prevent rejection of a bone marrow, peripheral blood stem cell or umbilical cord blood transplant.

**Total Care (TC)**
A program that allows you to receive care management services outside the state of Michigan from a trained clinical care provider in a team effort with, and directed by, your primary care physician.

**Treatment Plan**
A written plan that describes the goals, expected outcomes, type and limited duration of services to be provided to the member under the case management program. The treatment plan may include medically necessary services that BCBSM determines should be covered because of the member's condition as specified in the plan, even if those services are not covered under the member's hospital and professional certificates. (Such services are referred to as non-contractual services.) All services described in the treatment plan must be ordered by the member's physician. Because plans that include non-contractual services are a binding contract between the member and BCBSM, they must be signed by the member (or representative) and the BCBSM case manager.

**Urgent Care**
Walk-in care needed for an unexpected illness or injury that requires immediate treatment to prevent long-term harm. Urgent care centers are not the same as emergency rooms or professional providers' offices.

**Valid Application**
An application for Medicare benefits filed by a member with ESRD according to the rules established by Medicare.

© 2021 Blue Cross Blue Shield of Michigan

**Voluntary Sterilization**
Sterilization that is not medically necessary according to generally accepted standards of medical practice and is performed strictly at the request of the member.

**Waiting Period**
Defined by Medicare as the period of time (up to three months) before a member with ESRD, who has begun a regular course of dialysis, becomes entitled to Medicare. Entitlement begins on the first day of the fourth month of dialysis, provided the member files a valid application for Medicare.

**Ward**
A hospital room with three or more beds.

**We, Us, Our**
Used when referring to Blue Cross Blue Shield of Michigan or another entity or person Blue Cross Blue Shield of Michigan authorizes to act on its behalf.

**Well-Baby Care**
Services provided in a physician's office to monitor the health and growth of a healthy child.

**Working Aged**
Employed individuals age 65 or over, and individuals age 65 or over with employed spouses of any age, who have group health plan coverage by reason of their own or their spouse's current employment.

**Working Disabled**
Disabled individuals under age 65 who have successfully returned to work but continue to have a disabling impairment.

**You and Your**
Used when referring to any person covered under the subscriber's contract.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

# Section 8: Additional Information You Need to Know

We want you to be satisfied with how we administer your coverage. If you have a question or concern about how we processed your claim or request for benefits, we encourage you to contact Customer Service. The telephone number is on the back of your Blues ID card and in the top right hand corner of your Explanation of Benefit (EOB) statements.

## Grievance and Appeals Process

We have a formal grievance and appeals process that allows you to dispute an adverse benefit decision or rescission of your coverage.

An adverse benefit decision includes a:

- Denial of a request for benefits

- Reduction in benefits

- Failure to pay for a service or part of a service

- Rescission of coverage

  - A rescission of coverage is a cancellation or discontinuance of coverage that has retroactive effect, such as a cancellation that treats a policy as void from the time of enrollment.

You may file a grievance or appeal about any adverse benefit decision or rescission within 180 days after you receive the claim denial. The dollar amount involved does not matter.

We have one process that applies if your employer is a state or local governmental unit and a different process if your employer is not a state or local governmental unit. Please use the process that applies to your situation.

## Self-Funded, State or Local Government Unit

**If your employer is self-funded BUT IS a state or local governmental unit, the following process applies.**

If you file a grievance or appeal:

- You will not have to pay any filing charges

- You may submit materials or testimony at any step of the process  to help us in our review

- You may authorize another person, including your physician, to act on your behalf at any stage in the standard review process. Your authorization must be in writing. Please call the Customer Service number on the back of your Blues ID card and ask for a *Designation of Authorized Representative and Release of Information* form. Complete it and send it with your appeal.

- Although we have 60 days to give you our final determination for post-service appeals, you have the right to allow us additional time if you wish.

- You do not have to pay for copies of information relating to BCBSM's decision to deny, reduce or terminate or cancel your coverage.

© 2021 Blue Cross Blue Shield of Michigan

**Grievance and Appeals Process if Your Employer is a State or Local Governmental Unit**
(continued)

The grievance and appeals process begins with an internal review by BCBSM. Once you have exhausted your internal options, you have the right to a review by the Michigan Department of Insurance and Financial Services.

 You do not have to exhaust our internal grievance process before requesting an external review in certain circumstances:

- We waive the requirement

- We fail to comply with our internal grievance process

  – Our failure to comply must be for more than minor violations of the internal grievance process

    • Minor violations are those that do not cause and are not likely to cause you prejudice or harm

## *Standard Internal Review Process*

**Step 1:** You or your authorized representative sends us a written statement explaining why you disagree with our decision.

      Mail your written grievance to:

      Appeals Unit
      Blue Cross Blue Shield of Michigan
      600 East Lafayette Blvd.
      M.C. 1620
      Detroit, MI 48226

**Step 2:** We will contact you to schedule a conference once we receive your grievance. During your conference, you can provide us with any other information you want us to consider in reviewing your grievance. You can choose to have the conference in person or over the telephone. If in person, the conference will be held at our office in Detroit during regular business hours. The written decision we give you after the conference is our final decision.

**Step 3:** If you disagree with our final decision, or you do not receive our decision within 60 days after we received your original grievance, you may request an external review. See below for how to request an external review.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**Grievance and Appeals Process if Your Employer is a State or Local Governmental Unit**
(continued)
### *Standard External Review Process*
Once you have gone through our standard internal review process, you or your authorized
representative may request an external review.

The standard external review process is as follows:

Within 127 days of the date you receive or should have received our final decision, send a written
request for an external review to the Department listed below. You may mail your request and the
required forms that we give you to:

>   Department of Insurance and Financial Services
>   Office of General Counsel
>   Health Care Appeals Section
>   P.O. Box 30220
>   Lansing, MI 48909-7720

>    You may also contact the Department with your request by phone, fax, or online:

>   Phone:  1-877-999-6442
>   Fax:     517-284-8837
>   Online: https://difs.state.mi.us/Complaints/ExternalReview.aspx

When you file a request for an external review, you will have to authorize the release of medical records
that may be required to reach a decision during the external review.

If you ask for an external review about a medical issue and the issue is found to be appropriate for
external review, the Department will assign an independent review group to conduct the external
review. The group will consist of independent clinical peer reviewers. The recommendation of the
independent review group will only be binding on you and BCBSM if the Department decides to accept
the group's recommendation. The Department will make sure that this independent review group does
not have a conflict of interest with you, with us, or with any other relevant party.

**Reviews of Medical Issues**

**Step 1:** The Department will assign an independent review group to review your request if it concerns a
medical issue that is appropriate for an external review.

*   You can give the Department additional information within seven days of requesting an external
    review. We must give the independent review group all of the information we considered when we
    made a final decision, within seven days of getting notice of your request from the Department.

**Step 2:** The review group will recommend within 14 days whether the Department should uphold or
reverse our decision. The Department must decide within seven business days whether to accept the
recommendation and then notify you of its decision. The decision is your final administrative remedy
under the Patient's Right to Independent Review Act of 2000.

© 2021 Blue Cross Blue Shield of Michigan

**Grievance and Appeals Process if Your Employer is a State or Local Governmental Unit**
(continued)

**Reviews of Nonmedical Issues**

**Step 1:** Department's staff will review your request if it involves nonmedical issues and is appropriate for external review.

**Step 2:** They will recommend if the Department should uphold or reverse our decision. The Department will notify you of the decision. This is your final administrative remedy under the Patient's Right to Independent Review Act of 2000.

## *Expedited Internal Review Process*

- If your physician shows (verbally or in writing) that following the timeframes of the standard internal process will seriously jeopardize:

  – Your life or health, or
  – Your ability to regain maximum function

You may request an expedited internal review if you believe:

- We wrongly denied, terminated, cancelled or reduced your coverage for a service before you receive it, or

- We failed to respond in a timely manner to a request for benefits or payment

- The process to submit an expedited internal review is as follows:

**Step 1:** Call 1-313-225-6800 to ask for an expedited review. Your physician should also call this number to confirm that you qualify for an expedited review.

**Step 2:** We must provide you with our decision within 72 hours of receiving both your grievance and the physician's substantiation.

**Step 3:** If you do not agree with our decision, you may, within 10 days of receiving it, request an expedited external review.

© 2021 Blue Cross Blue Shield of Michigan

**Grievance and Appeals Process if Your Employer is a State or Local Governmental Unit**
(continued)

## *Expedited External Review Process*

If you have filed a request for an expedited internal review, you or your authorized representative may ask for an expedited external review from the Department of Insurance and Financial services.

You may request an expedited external review if you believe:

- We wrongly denied, terminated, cancelled or reduced your coverage for a service before you receive it, or

- We failed to respond in a timely manner to a request for benefits or payment

The process is as follows:

**Step 1:** A request for external review form will be sent to you or your representative with our final adverse determination

**Step 2:** Complete this form and mail it to:

> Department of Insurance and Financial Services
> Office of General Counsel
> Health Care Appeals Section
> P.O. Box 30220
> Lansing, MI 48909-7720

> You may also contact the Department with your request by phone, fax, or online:

> Phone: 1-877-999-6442
> Fax:    517-284-8837
> Online: https://difs.state.mi.us/Complaints/ExternalReview.aspx

When you file a request for an external review, you will have to authorize the release of medical records that may be required to reach a decision during the external review.

**Step 3:** The Department will decide if your request qualifies for an expedited review. If it does, the Department will assign an independent review group to conduct the review. The group will recommend within 36 hours if the Department should uphold or reverse our decision.

**Step 4:** The Department must decide whether to accept the recommendation within 24 hours. You will be told of the Department's decision. This decision is the final administrative decision under the Patient's Right to Independent Review Act of 2000.

© 2021 Blue Cross Blue Shield of Michigan

## *Self-Funded, NOT a State or Local Government*

**If your employer is self-funded BUT IS NOT a state or local governmental unit, the following
process applies.**

If you file an appeal:

- You will not have to pay any filing charges.

- You may submit materials or testimony at any step of the process to help us in our review.

- You may authorize another person, including your physician, to act on your behalf at any stage in
  the standard review process. Your a Blues uthorization must be in writing. Please call the Customer
  Service number on the back of your ID card and ask for a *Designation of Authorized Representative
  for Appeal* form. Complete it and send it with your appeal.

- We have 30 days to give you our final determination if your grievance involves a preservice adverse
  decision and 60 days if it involves a post service decision; you have the right to allow us additional
  time if you wish.

- You do not have to pay for copies of information relating to BCBSM's decision to deny, reduce,
  terminate or cancel your coverage.

- We will provide you, at no cost to you, with new or additional information we considered or relied
  upon in connection with the claim you are appealing.

The appeals process begins with an internal review by BCBSM. Once you have exhausted your internal
options, you have the right to a review by an Independent Review Organization (IRO).

**Standard Internal Review Process**

**Step 1:** You or your authorized representative sends us a written statement explaining why you
disagree with our decision.

Mail your written grievance to:

> Appeals Unit
> Blue Cross Blue Shield of Michigan
> 600 East Lafayette Blvd.
> M.C. 1620
> Detroit, MI 48226

**Step 2:** After our review, we will notify you of our final decision.

**Step 3:** If you disagree with our final decision, or you do not receive our decision within 60 days after
we got your original grievance (or 30 days for a pre-service decision), you may request an external
review. See below for how to request an external review.

© 2021 Blue Cross Blue Shield of Michigan

**Grievance and Appeals Process if Your Employer is NOT a State or Local Governmental Unit**
(continued)

**Standard External Review Process**

Once you have gone through our standard internal review process, you or your authorized
representative may request an external review.

The standard external review process is as follows:

Within 120 days of the date you receive or should have received our final decision, send a written
request for an external review to the address below. Mail your request and the required forms that we
give you to:

> BCBSM External Review Requests
> 600 East Lafayette Blvd.
> Mail Code 1620
> Detroit, MI 48226-2998

When you file a request for an external review, you will have to authorize the release of medical records
that may be required to reach a decision during the external review.

Upon receiving your request for an external review, BCBSM will forward your request to a randomly
selected Independent Review Organization (IRO). The IRO will then determine if the appeal is based on
medical judgment. If the appeal is not based on medical judgment, then BCBSM's original decision will be
the final decision because non-medical appeals are not eligible for external review. If the appeal is based
on medical judgment, then the IRO will review your appeal and make a decision whether to uphold or
reverse BCBSM's adverse decision. The decision of the IRO will be binding on you and BCBSM.

**Reviews of Medical Issues**

**Step 1:** BCBSM will randomly assign an IRO to review your request. The IRO will then determine
whether your request concerns medical judgment that is appropriate for an external review.

- You can give the IRO additional information within seven days of requesting an external review. We
  must give the independent review organization all of the information we considered when we made
  a final decision, within seven days of getting notice of your request from the IRO.

**Step 2:** The review organization will decide within 45 days whether to uphold or reverse our decision
and then notify you of its decision.

**Reviews of Nonmedical Issues**

Issues that do not involve medical judgment are not eligible for an external review. If the IRO
determines that your request for an external review concerns a nonmedical issue, BCBSM's decision
will be final.

© 2021 Blue Cross Blue Shield of Michigan

**Grievance and Appeals Process if Your Employer is NOT a State or Local Governmental Unit** (continued)

**Urgent Internal Review Process**

Within 10 days of your receipt of our denial, termination or reduction in coverage for a health care service, you or your authorized representative may request an urgent external review from BCBSM by calling 1-313-225-0646.

Your physician must show (verbally or in writing) that following the timeframes of the standard internal process will seriously jeopardize:

- Your life or health, or

- Your ability to regain maximum function

You may request an urgent internal review if you believe:

- We wrongly denied, terminated, cancelled or reduced your coverage for a service before you receive it, or

- We failed to respond in a timely manner to a request for benefits AND

The process to submit an urgent internal review is as follows:

**Step 1:** Call the number included in the denial notice you received to request an urgent review. Your physician should also call this number to verify that you qualify for an urgent review.

**Step 2:** We must provide you with our decision within 72 hours of receiving both your urgent appeal and the physician's substantiation.

**Step 3:** If you do not agree with our decision, you may, within 10 days of receiving it, request an urgent external review.

© 2021 Blue Cross Blue Shield of Michigan

**Grievance and Appeals Process if Your Employer is NOT a State or Local Governmental Unit** (continued)

**Urgent External Review Process**

Your physician must show (verbally or in writing) that following the timeframes of the standard external process will seriously jeopardize:

- Your life or health; or

- Your ability to regain maximum function.

You may request an urgent external review if you believe:

- We wrongly denied, terminated, cancelled or reduced your coverage for a service before you receive it, or

- We failed to respond in a timely manner to a request for benefits AND

The process to submit an urgent external review is as follows:

**Step 1:** A request for external review form will be sent to you or your representative with our final adverse determination.

**Step 2:** Complete this form within 10 days of receiving our final adverse determination and mail it to:

> BCBSM External Review Requests
> 600 East Lafayette Blvd.
> Mail Code 1620
> Detroit, MI 48226-2998

You may also fax the form to: 877-348-2210.

When you file a request for an external review, you will have to authorize the release of medical records that may be required to reach a decision during the external review.

**Step 3:** The IRO will decide if your request qualifies for an expedited review. If it does, it will conduct the review. The IRO will decide within 72 hours if it will uphold or reverse our decision and then notify you of its decision. Please note that only appeals concerning medical issues are eligible for an external review.

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

## *Pre-Service Appeals*

**For members who must get approval <u>before</u> obtaining certain health services.**

Your plan may require preapproval of certain health services. If pre-approval is denied, you can appeal this decision.

Please follow the steps below to request a review. If you have questions or need help with the appeal process, please call the Customer Service number on the back of your Blues ID card.

All appeals must be requested in writing. We must receive your written request within 180 days of the date you received notice that the service was not approved.

## *Requesting a Standard Pre-Service Review*

You may make the request yourself, or your professional provider or someone else acting on your behalf may make the request for you. If another person will represent you, that person must obtain written authorization to do so. Please call the Customer Service number on the back of your Blues ID and ask for a *Designation of Authorized Representative and Release of Information* form. Complete it and send it with your appeal.

Your request for a review must include:

- Your contract and group numbers, found on your Blues ID card

- A daytime phone number for both you and your representative

- The member's name if different from your name

- A statement explaining why you disagree with our decision and any additional supporting information

Once we receive your appeal, we will provide you with our final decision within 30 days.

## *Requesting an Urgent Pre-Service Review*

If your situation meets the definition of urgent under the law, your request will be reviewed as soon as possible; generally within 72 hours. An urgent situation is one in which your health may be in serious jeopardy or, in the opinion of your physician; you may experience pain that cannot be adequately controlled while you wait for a decision on your appeal. If you believe your situation is urgent, you may request an urgent review or a simultaneous expedited external review.

See above for the steps to follow to request an expedited external review.

For more information on how to ask for an urgent review or simultaneous expedited external review, call the Customer Service number listed on the back of your Blues ID card.

© 2021 Blue Cross Blue Shield of Michigan

**Pre-Service Appeals** (continued)

## *Need More Information?*

At your request and without charge, we will send you details from your health care plan if our decision was based on your benefits. If our decision was based on medical guidelines, we will provide you with the appropriate protocols and treatment criteria. If we involved a medical expert in making this decision, we will provide that person's credentials.

To request information about your plan or the medical guidelines used, or if you need help with the appeal process, call the Customer Service number on the back of your Blues ID card.

## *Other Resources to Help You*

For questions about your rights, this notice, or for assistance, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). You can also contact the Director of the Michigan Department of Insurance and Financial Services for assistance.

To contact the Director:

- Call toll-free at 1-877-999-6442; or

- Fax at 517-284-8837; or

- Go online at https://difs.state.mi.us/Complaints/ExternalReview.aspx; or

- Mail to:

> Department of Insurance and Financial Services
> P.O. Box 30220
> Lansing, MI 48909-7720

© 2021 Blue Cross Blue Shield of Michigan

## *We Speak Your Language*

If you, or someone you're helping, needs assistance, you have the right to get help and information in your language at no cost. To talk to an interpreter, call the Customer Service number on the back of your card, or 1-877-469-2583, TTY: 711 if you are not already a member.

Si usted, o alguien a quien usted está ayudando, necesita asistencia, tiene derecho a obtener ayuda e información en su idioma sin costo alguno. Para hablar con un intérprete, llame al número telefónico de Servicio al cliente, que aparece en la parte trasera de su tarjeta, o 1-877-469-2583, TTY: 711 si usted todavía no es un miembro.

إن كنت أنت أو شخص آخر تساعده بحاجة إلى مساعدة، فلديك الحق في الحصول على المساعدة والمعلومات الضرورية بلغتك دون اية تكلفة. للتحدث مع مترجم فوري، يُرجى الاتصال برقم خدمة العملاء الموجود على ظهر بطاقتك، أو بقم 877-469-2583 TTY:711، إذا لم تكن مشتركاً بالفعل.

如果您，或是您正在協助的對象，需要協助，您有權利免費以您的母語得到幫助和訊息。要洽詢一位翻譯員，請撥在您的卡背面的客戶服務電話：如果您還不是會員，請撥電話 1-877-469-2583，TTY: 711。

ܐܢ ܐܢ̱ܬ݂، ܐܘ ܚܕ ܐ̱ܢܫܐ ܕܟܐ ܡܣܥܕܬ ܠܗ، ܣܢܝܩܐ ܝ̱ܘܬ ܠܗܝܪܬܐ، ܐܝܬ ܠܘܟ݂ ܗܩܘܬܐ ܕܩܒܠܬ ܗܝܪܬܐ ܘܡܘܕܥܢܘܬܐ ܒܠܫܢܘܟ݂ ܕܠܐ ܦܠܛܐ. ܩܐ ܗܡܙܡܬܐ ܥܡ ܬܘܪܓܡܢܐ، ܩܪܘܢ ܥܠ ܡܢܝܢܐ ܕܚܠܡܬ ܙܒܘܢܐ ܥܠ ܚܨܐ ܕܟܐܪܬܘܟ݂، ܐܝܐ ܕܠܐ ܝ̱ܘܬ ܗܫܐ ܚܕ ܗܕܡܐ. TTY:711 877-469-2583.

Nếu quý vị, hay người mà quý vị đang giúp đỡ, cần trợ giúp, quý vị sẽ có quyền được giúp và có thêm thông tin bằng ngôn ngữ của mình miễn phí. Để nói chuyện với một thông dịch viên, xin gọi số Dịch vụ Khách hàng ở mặt sau thẻ của quý vị, hoặc 1-877-469-2583, TTY: 711 nếu quý vị chưa phải là một thành viên.

Nëse ju, ose dikush që po ndihmoni, ka nevojë për asistencë, keni të drejtë të merrni ndihmë dhe informacion falas në gjuhën tuaj. Për të folur me një përkthyes, telefononi numrin e Shërbimit të Klientit në anën e pasme të kartës tuaj, ose 1-877-469-2583, TTY: 711 nëse nuk jeni ende një anëtar.

만약 귀하 또는 귀하가 돕고 있는 사람이 지원이 필요하다면, 귀하는 도움과 정보를 귀하의 언어로 비용 부담 없이 얻을 수 있는 권리가 있습니다. 통역사와 대화하려면 귀하의 카드 뒷면에 있는 고객 서비스 번호로 전화하거나, 이미 회원이 아닌 경우 1-877-469-2583, TTY: 711 로 전화하십시오.

যদি আপনার, বা আপনি সাহায্য করছেন এমন কারো, সাহায্য প্রয়োজন হয়, তাহলে আপনার ভাষায় বিনামূল্যে সাহায্য ও তথ্য পাওয়ার অধিকার আপনার রয়েছে। কোনো একজন দোভাষীর সাথে কথা বলতে, আপনার কার্ডের পেছনে দেওয়া গ্রাহক সহায়তা নম্বরে কল করুন বা 1-877-469-2583, TTY: 711 যদি ইতোমধ্যে আপনি সদস্য না হয়ে থাকেন।

Jeśli Ty lub osoba, której pomagasz, potrzebujecie pomocy, masz prawo do uzyskania bezpłatnej informacji i pomocy we własnym języku. Aby porozmawiać z tłumaczem, zadzwoń pod numer działu obsługi klienta, wskazanym na odwrocie Twojej karty lub pod numer 1-877-469-2583, TTY: 711, jeżeli jeszcze nie masz członkostwa.

Falls Sie oder jemand, dem Sie helfen, Unterstützung benötigt, haben Sie das Recht, kostenlose Hilfe und Informationen in Ihrer Sprache zu erhalten. Um mit einem Dolmetscher zu sprechen, rufen Sie bitte die Nummer des Kundendienstes auf der Rückseite Ihrer Karte an oder 1-877-469-2583, TTY: 711, wenn Sie noch kein Mitglied sind.

**SECTION 8: ADDITIONAL INFORMATION YOU NEED TO KNOW**                                        **179**

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

Se tu o qualcuno che stai aiutando avete bisogno di assistenza, hai il diritto di ottenere aiuto e informazioni nella tua lingua gratuitamente. Per parlare con un interprete, rivolgiti al Servizio Assistenza al numero indicato sul retro della tua scheda o chiama il 1-877-469-2583, TTY: 711 se non sei ancora membro.

ご本人様、またはお客様の身の回りの方で支援を必要とされる方でご質問がございましたら、ご希望の言語でサポートを受けたり、情報を入手したりすることができます。料金はかかりません。通訳とお話される場合はお持ちのカードの裏面に記載されたカスタマーサービスの電話番号 (メンバーでない方は 1-877-469-2583, TTY: 711) までお電話ください。

Если вам или лицу, которому вы помогаете, нужна помощь, то вы имеете право на бесплатное получение помощи и информации на вашем языке. Для разговора с переводчиком позвоните по номеру телефона отдела обслуживания клиентов, указанному на обратной стороне вашей карты, или по номеру
 1-877-469-2583, ТТУ: 711, если у вас нет членства.

Ukoliko Vama ili nekome kome Vi pomažete treba pomoć, imate pravo da besplatno dobijete pomoć i informacije na svom jeziku. Da biste razgovarali sa prevodiocem, pozovite broj korisničke službe sa zadnje strane kartice ili 1-877-469-2583, TTY: 711 ako već niste član.

Kung ikaw, o ang iyong tinutulungan, ay nangangailangan ng tulong, may karapatan ka na makakuha ng tulong at impormasyon sa iyong wika ng walang gastos. Upang makausap ang isang tagasalin, tumawag sa numero ng Customer Service sa likod ng iyong tarheta, o 1-877-469-2583, TTY: 711 kung ikaw ay hindi pa isang miyembro

## *Important Disclosure*

Blue Cross Blue Shield of Michigan and Blue Care Network comply with Federal civil rights laws and do not discriminate on the basis of race, color, national origin, age, disability, or sex. Blue Cross Blue Shield of Michigan and Blue Care Network provide free auxiliary aids and services to people with disabilities to communicate effectively with us, such as qualified sign language interpreters and information in other formats. If you need these services, call the Customer Service number on the back of your card, or 1-877-469-2583, TTY: 711 if you are not already a member. If you believe that Blue Cross Blue Shield of Michigan or Blue Care Network has failed to provide services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance in person, by mail, fax, or email with: Office of Civil Rights Coordinator, 600 E. Lafayette Blvd., MC 1302, Detroit, MI 48226, phone: 1-888-605-6461, TTY: 711, fax: 866-559-0578, email: CivilRights@bcbsm.com. If you need help filing a grievance, the Office of Civil Rights Coordinator is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health & Human Services Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal available at *https://ocrportal.hhs.gov/ocr/portal/lobby.jsf*, or by mail, phone, or email at: U.S. Department of Health & Human Services, 200 Independence Ave, S.W., Washington, D.C. 20201, phone: 800-368-1019, TTD: 800-537-7697, email: OCRComplaint@hhs.gov. Complaint forms are available at *http://www.hhs.gov/ocr/office/file/index.html*.

© 2021 Blue Cross Blue Shield of Michigan

# Section 9: How to Reach Us

**This section lists phone numbers and addresses to help you get information quickly. You may call or visit our BCBSM Customer Service centers.**

## *To Call*

Most of our BCBSM Customer Service lines are open for calls 8:00 a.m. to 8:00 p.m., Monday through Friday. Please have your Blues ID card ready when you call.

**Area code 248, 313, 586, 734, 810 or 947**
Southeast Michigan toll-free ...................................... 1-877-790-2583
Detroit area ……………………………………………1-313-225-8100

**Area code 231, 269 or 616**
West Michigan toll-free .............................................. 1-877-671-2583

**Area code 517 or 989**
Mid-Michigan toll-free.................................................. 1-877-354-2583

**Area code 906**
Upper Peninsula toll-free ........................................... 1-877-457-2583

**For when you are out-of-state, call BlueCard** ................... 1-800-810-2583

**For when you are out of the country,
call Blue Cross Blue Shield Global Core
Program**……………………………………………………. 1-804-673 -1177 (call collect)

## *To Visit*

**BCBSM Customer Service centers are located throughout Michigan. Check the following list or visit our website at https://www.bcbsm.com/   to find the center nearest you. The centers are open Monday through Friday, 9 a.m. to 5 p.m.**

**Detroit – Richard E. Whitmer Building Customer Service Center**
500 E. Lafayette Blvd., Detroit 48226
Downtown, three blocks north of Jefferson at St. Antoine

**Grand Rapids – Cascade Customer Service Center**
611 Cascade W. Pkwy. SE, Grand Rapids 49546

**Grand Rapids – Steketee's Building**
86 Monroe Center N.W., Grand Rapids 49503

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

**To Visit (continued)**

**Lansing – South Capitol Avenue Building**
232 S. Capitol Ave., Lansing 48933

**Marquette Service Center**
415 S. McClellan Ave., Marquette 49855
Up on the hill

**Southfield Blue Care Network – The Commons**
20500 Civic Center Drive, Southfield 48076

**Traverse City Service Center**
202 E. State St., Traverse City 49686

© 2021 Blue Cross Blue Shield of Michigan

# Index

## A

Accidental Injury
   Dental injury ......................................................37, 137
Accredited Hospital ..............................................137
Acupuncture ...........................................................123
Acute Care .............................................................137
Acute Care Facility ...............................................137
Administrative Costs .............................................137
Advanced Practice Psyhciatric Nurse ...................138
Adverse Benefit Decision ......................................138
Affiliate Cancer Center .........................................138
Allergy Testing and Therapy ...................................15
Allogeneic (Allogenic) Transplant .......................138
Alternative medicines ............................................123
Alveoloplasty ...........................................................89
Ambulance service
   Air ambulance .....................................................17
Ambulatory Infusion Center .................................138
Ambulatory Surgery ..............................................138
Ambulatory Surgery Facility .................................138
Ancillary Services ..................................................138
Annual Maximums .....................................................9
Appeals ..................................................................168
Approved Amount ..................................................138
Approved Clinical Trial .........................................138
Arthrocentesis .......................................................139
Association Health Plan (AHP) ..............................139
Athletic Trainer .....................................................139
Attending Physician ..............................................139
Audiologist .......................................................20, 139
Autologous Transplant...........................................139

## B

BCBSM ...................................................................139
Benefit Period ........................................................139
Biological ...............................................................140
Birth Year ..............................................................140
Bite splint ................................................................38
Blue Cross Blue Shield Global Core Program .........140
Blue Cross Plan ......................................................140
Blue Shield Plan ....................................................140
BlueCard PPO Program ..........................................140
BlueCard Program..................................................114
BlueCard® Participating Provider ..........................140
Bone Marrow Transplants
   Allogeneic ............................................................97
      Oncology Clinical Trials..........................66
   Autologous
      Oncology Clinical Trials..........................65

## C

Calendar Year .........................................................140
Cancellation ..........................................................140
Cardiac or Pulmonary Rehabilitation......................29
Cardiac Rehabilitation ............................................29
Carrier ...................................................................140
Case Management ..................................................141
Certificate ..............................................................141
Certified Nurse Anesthetist .....................................19
Certified Nurse Midwife ...................... 141, *See* Maternity Care
Certified Nurse Practitioner ...................................141
Certified Registered Nurse Anesthetist .................141
Chemotherapy .........................................................30
   For bone marrow transplants ..............................98
   For oncology clinical trials ...................................65
   Infusion pumps ....................................................30
Chiropractic services ...............................................31
Chronic Condition ..................................................142
Claim for Damages .................................................142
Clinical Licensed Master's Social Worker ..............142
Clinical Nurse Specialist-Certified.........................142
Clinical Trial ..........................................................142
Clinical Trials ..........................................................33
Coinsurance ...........................................................142
Collaborative Care Management ......................34, 143
   What you must pay ..............................................10
Colonoscopy ...................................................77, 143
Colony Stimulating Growth Factors.......................143
Congenital Condition .............................................143
Consolidated Omnibus Budget Reconciliation Act (COBRA)... 143
Consultations, Inpatient or Outpatient ...................80
Continuity of Care .................................................143
Contraception Medication .....................................143
Contraceptive Counseling .....................................143
Contraceptive Devices............................................78
   definition ..........................................................143
Contraceptive Injections .........................................78
   What you must pay ..............................................10
Contract..................................................................143
Contracted Area Hospital .......................................143
Conventional Treatment ........................................144
Coordination of Benefits ........................................124
Coordination Period ..............................................144
Copayment .............................................................144
   Requirements ........................................................9
Cost Sharing ..........................................................144
Covered Services ....................................................144
CPAP
   Continuous Positive Airway Pressure....................45
CRNA
   Certified Nurse Anesthetist .................................19
Custodial Care ........................................................144

## D

Deductible ....................................................144
    In-network and out-of-network ..........................9
Dental Care ..................................................144
Dental services
    in a hospital ...........................................37
    Not payable .............................................38
Department of Insurance and Financial Services................144
Designated Cancer Center ....................................144
Designated Facility..........................................145
Designated Services .........................................145
Detoxification ..............................................145
Developmental Condition .....................................145
Diabetes
    Medical supplies ........................................70
    Outpatient Diabetes Management Program ..................70
Diagnostic Agents ...........................................145
Diagnostic Laboratory and Pathology Services .................40
Diagnostic Radiology.........................................145
Diagnostic Testing...........................................39
Dialysis services ...........................................41
    definition .............................................145
    In a freestanding ESRD facility ........................41
    In a home ..............................................42
Direct Supervision...........................................145
Diversional Therapy .........................................145
Drugs........................................................74
    Injectable..............................................74
Dual Entitlement.............................................145
Durable Medical Equipment ...............................44, 145
    Continuous Positive Airway Pressure (CPAP) .............45

## E

EEG
    Electroencephalogram ...................................39
Effective Date ..............................................145
EKG
    Electrocardiogram ......................................39
Eligibility..................................................146
    Children ...............................................2
    Grandchildren...........................................2
Emergency Care...............................................146
Emergency Dental Care .......................................37
Emergency Medical Condition .................................146
Emergency Services ..........................................146
    Nonparticipating Hospital...............................113
Emergency Treatment..........................................46
    copayment...............................................9
End Stage Renal Disease .................................125, 146
    Dialysis Services for ..................................41
Enrollment Date..............................................146
Entitlement (or Entitled)....................................146
ESRD.............................................See End Stage Renal Disease
Exclusions ..................................................146
Experimental Treatment.......................................146

## F

Facility ....................................................147
FDA........................................ See Food and Drug Administration
Fecal Occult Blood Screening ...........................76, 147
First Degree Relative .......................................147
First Priority Security Interest.............................147
Flexible Sigmoidoscopy .................................76, 147
Food and Drug Administration .................30, 102, 126, 147, 154
Freestanding Ambulatory Surgery Facility Services...............90
Freestanding Outpatient Physical Therapy Facility ...............147

## G

Gender Dysphoria ............................................147
Gender Reassignment Services ................................147
General services that are not payable........................121
Genetic Counselor ..........................................148
Genetic Testing..............................................78
Grievance and Appeals Process................................168
Group .......................................................148
Guaranteed Renewability .....................................129
Gynecological Examination ..............................76, 148

## H

Hazardous Medical Condition .................................148
Health Maintenance Examination .........................76, 148
Hearing aids.................................................122
Hematopoietic Transplant.....................................148
Hemodialysis.................................................148
**Hemophilia Medication** ...................................75
Herbal medicines.............................................123
High-Dose Chemotherapy ......................................148
High-Risk Member.............................................148
HLA Genetic Markers..........................................148
Home Health Care Agency .....................................148
Home Health Care Services ...................................48
    Conditions .............................................48
Hospice Care Services........................................50
    Conditions .............................................50
    Definition .............................................148
Hospice Services
    What you must pay ......................................11
Hospital ....................................................149
    Inpatient services .....................................54
    Outpatient services ....................................54
Hospital privileges..........................................149
Host Plan ...................................................149

## I

Immunizations ...............................................77
Independent Occupational Therapist...........................149
Independent Physical Therapist ..............................150
Independent Speech-Language Pathologist......................150
Individual Coverage .........................................7
Infertility services ........................................123

Infusion Therapy ..............................................55, 150
    Conditions .................................................................55
Injectable Drugs ....................................................150
Injections, Therapeutic ...........................................62
In-Network Providers ............................................149
Irreversible Treatment ..........................................150

## J

Jaw Joint Disorders .........151, *See also* Temporomandibular joint dysfunction

## L

Licensed Professional Counselor ...........................151
Lien .........................................................................151
Life-Threatening Condition ...................................151
Lobar Lung .............................................................151
Long-Term Acute Care Hospital Services ...............56
    Definition ..............................................................151
LTACH ...................*See* Long-Term Acute Care Hospital Services

## M

Mammogram ..........................................................151
Mandibular Orthotic Reposition Device .................152
Massage therapy ....................................................123
Mastectomy supplies ..............................................82
Maternity Care ...............................................57, 152
    Certified Nurse Midwife ..........................................57
Maxillofacial Prosthesis .........................................152
Maximum Payment Level .......................................152
Mechanical traction .................................................31
Medicaid ....................................................................3
    Diabetes Treatment .................................................70
    Medical Evidence Report .......................................152
Medical Emergency ...............................................152
Medical Evidence Report .......................................152
Medical supplies ......................................................58
Medical Supplies ...................................................152
Medically Appropriate ...........................................152
Medically Necessary ..............................................153
Medicare .................................................................153
    Coordination Period ..............................................144
    Diabetes Treatment .................................................70
    Durable Medical Equipment ....................................44
    End Stage Renal Disease .......................................125
    Medical Evidence Report .......................................152
    Valid Application ..................................................166
    Waiting Period ......................................................167
Member ..................................................................154
Mental Health Services
    Copayment ..............................................................11
    Outpatient ...............................................................25

## N

Newborn Care .........................................................154

Newborn examination................................ *See* Maternity Care
Noncontracted Area Hospital ................................154
Nonparticipating Hospital .....................................154
    What you must pay ...............................................113
Nonparticipating Hospitals Facilities and Alternative to Hospital Care Providers ........................................................111
Nonparticipating Providers .............................. 8, 154

## O

Obstetrics ....................................... *See* Maternity Care
Occupational Therapy ....................................... 60, 154
Office visits ............................................................. 62
Off-Label................................................................ 154
Oncology Clinical Trials
    Conditions ............................................................. 64
Online Visit ............................................................ 154
Optometrist services .............................................. 69
Orthopedic Shoes ................................................. 154
Orthotic Device .............................................. 81, 154
Out-of-Area Hospital ............................................ 155
Out-of-Area Services ............................................. 155
Out-of-network Providers ...................................... 155
Out-of-pocket Maximums ........................................ 9
Out-of-State
    BlueCard............................................................. 114
Outpatient Mental Health Facility.......................... 155
Outpatient Substance Abuse Treatment Facility.................. 155

## P

Pain Management ................................................... 71
PAP Smear ................................................... 76, 155
Partial Hospitalization Program............................. 155
Partial Liver........................................................... 155
Participating Hospital ........................................... 155
Participating Hospitals Facilities and Alternative to Hospital Care Providers ........................................................111
Participating Providers ................................... 8, 155
Patient .................................................................. 155
Pay Provider Claim ............................................... 155
Pay Subscriber Claim ............................................ 156
Per Claim Participation ......................................... 156
Peripheral Blood Stem Cell Transplant .................. 156
Peritoneal Dialysis ................................................ 156
Pheresis ................................................................ 156
Physical Therapist................................................. 156
Physical Therapy ........................................... 72, 156
Physician............................................................... 156
    Nonparticipating ................................................. 110
    Participating ........................................................ 109
Physician Assistant ............................................... 156
Plaintiff ................................................................ 157
Post-Service Grievance .......................................... 157
Practitioner .......................................................... 157
Preapproval .......................................................... 157
Pre-natal care ................................... See Maternity Care
Prescription Drugs ................................................. 74

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

Pre-Service Grievance ........................................157
Presurgical Consultation .....................................157
Primary Care Physician (PCP) ..............................157
Primary Payer ....................................................157
Primary Plan .....................................................157
Prior Authorization ............................................158
Private Duty Nursing Services ...............................79
Professional Provider .........................................158
Prostate Specific Antigen Screening .......................77
Prosthetic Device .......................................81, 159
Protocol ...........................................................159
Provider ...........................................................159
Provider Delivered Care Management .............104, 159
PSA Screening ................*See* Prostate Specific Antigen Screening
Psychiatric Residential Treatment Facility ...............159
Psychologist ......................................................159
Purging .............................................................159

## Q

Qualified Beneficiary ..........................................159
Qualified Individual ............................................159
Qualifying Event ................................................160

## R

Radiology Services .............................................160
    Diagnostic .................................................84
    Therapeutic ................................................84
Referral ............................................................160
Refractory Member .............................................160
Registered Provider ............................................160
Relapse ............................................................160
Remitting Agent .................................................160
Rescission ........................................................160
Research Management .........................................161
Residential Substance Abuse Treatment Facility .......161
Respite Care ......................................................161
Retail Health Clinic .............................................161
Reversible Treatment ..........................................161
Rider ...............................................................161
Right of Recovery ...............................................161
Routine Laboratory and Radiology Services ..............77
Routine Patient Costs ..........................................162

## S

Sanctioned Prescriber .........................................162
Screening Mammography .......................................76
Screening Services ..............................................162
Secondary Plan ..................................................162
Self-Dialysis Training ...........................................162
Semiprivate Room ...............................................162
Service Area ......................................................162
Services ...........................................................162
Skilled Care ......................................................163
Skilled Nursing Facility ........................................163
Small Bowel Transplant ........................................163

Special Foods for Inborn Errors of Metabolism ...........85
Special Medical Foods .........................................163
Specialist .........................................................163
Specialty Hospitals .............................................163
Specialty Pharmaceuticals ..............................75, 164
Specialty Pharmacy .............................................164
Specified Organ Transplants .................................100
Speech and Language Pathology .....................86, 164
Spouse ............................................................164
Stabilize ..........................................................164
Stem Cells ........................................................164
Subrogation ......................................................164
Subscriber ........................................................165
Substance Abuse Treatment Program .....................139
Substance Abuse Treatment Services
    Outpatient/Residential ..................................26
Substance Use Disorder ......................................165
Substance Use Disorder Services
    Copayment ..................................................11
Surgery
    Cosmetic ....................................................89
Surprise Billing ..................................................165
Syngeneic Transplant ..........................................165

## T

Tandem Transplant .............................................165
T-Cell Depleted Infusion ......................................165
Technical Surgical Assistance (TSA) .......................165
Telemedicine .....................................................166
Temporomandibular joint dysfunction ......................38
Terminally Ill .....................................................166
Terminating coverage ............................................4
Termination .......................................................166
Therapeutic Radiology .........................................166
Therapeutic Shoes ..............................................166
TMJ ..................................................................38
    Bite splint ...................................................38
Total Body Irradiation ..........................................166
Total Care .........................................................166
Total Care .........................................................106
Transplants
    Cornea .......................................................96
    Kidney .......................................................96
    Skin ...........................................................96
    Specified Organ
        Combined small intestine-liver .....................100
        Heart ....................................................100
        Heart-lung(s) ..........................................100
        Kidney-liver ............................................100
        Limitations and Exclusions ..........................102
        Liver .....................................................100
        Lobar Lung ............................................100
        Lung(s) .................................................100
        Multivisceral ...........................................100
        Pancreas ...............................................100
        Partial liver ............................................100
        Small intestine (small bowel) ......................100

© 2021 Blue Cross Blue Shield of Michigan

COMPREHENSIVE HEALTH CARE
CERTIFICATE SERIES CMM ASC

Travel
    BlueCard ........................................................114
Treatment Plan ...................................................166

## U

Urgent Care ...............................................103, 166

## V

Valid Application...............................................166
Value Based Programs .........................................104
    What you must pay ........................................12
Voluntary Sterilization ........................................167

## W

Waiting Period ....................................................167

Ward........................................................................167
We, Us, Our .........................................................167
Well-Baby Care ............................................... 77, 167
Well-Child Care.........................................................77
Women's Preventive Care for Females ...................78
Workers Compensation........................................136
Working Aged........................................................167
Working Disabled .................................................167

## X

X-rays............................................................. 37, 38, 84

## Y

You and Your .......................................................167

**Form No. 452F**

 

A nonprofit corporation and independent licensee of the Blue Cross and Blue Shield Association

© 2021 Blue Cross Blue Shield of Michigan

**ASC only
State approval
not required
Effective 01/2022**