UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACOB A. PERRONE,

      Plaintiff,

                                 Case No. 1:24-cv-1313

v.

                                 Hon. Hala Y. Jarbou

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

      Defendant.

_____/

## **ORDER**

For the reasons stated in the opinion entered concurrently with this Order:

**IT IS ORDERED** that BCBSM's motion to dismiss is **GRANTED** as to Count III of the complaint and **DENIED** as to Count II.  Counts I and II of the complaint remain pending.

Dated: July 21, 2025               /s/ Hala Y. Jarbou
                                   HALA Y. JARBOU
                                   CHIEF UNITED STATES DISTRICT JUDGE