## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

JACOB A. PERRONE,

      Plaintiff,

v.

BLUE CROSS BLUE SHIELD
OF MICHIGAN,

      Defendant.

Case No.: 1:24-cv-01313
Hon. Hala Y. Jarbou

_____

| | |
|---|---|
| Jacob A. Perrone (P71915) | Ka'Nea K. Caldwell (P82092) |
| Dragon Lawyers, PC | Office of General Counsel, BCBSM |
| 3310 Kresge Lane | 600 E. Lafayette, MC 1922 |
| East Lansing, MI 48823 | Detroit, MI 48226 |
| (517) 719-4657 | 313-225-0077 |
| jacob.perrone@yahoo.com | KCaldwell1@bcbsm.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

_____

### STIPULATED ORDER TO EXTEND TIME
### FOR FILING DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF

This matter, having come before this Honorable Court by way of stipulation amongst the parties, and the Court being fully advised on the premises;

IT IS HEREBY STIPULATED AND ORDERED that Defendant, Blue Cross Blue Shield of Michigan, is granted an extension of fourteen (14) days to file its response to Plaintiff's brief to allow settlement discussions to continue.

IT IS HEREBY STIPULATED AND ORDERED that Defendant shall file its response to Plaintiff's brief no later than August 4, 2025.

END OF ORDER

IT IS SO ORDERED.

Dated: _____  _____
                                     HON. HALA Y. JARBOU
                                     UNITED STATES DISTRICT JUDGE

Approved as to form and content

Dated: July 21, 2025

/s/ *Jacob A. Perrone* (w/permission)  /s/ *Ka'Nea K. Caldwell*
Jacob A. Perrone (P71915)              Ka'Nea K. Caldwell (P82092)
Attorney for Plaintiff                 Attorney for Defendant