UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACOB A. PERRONE,

    Plaintiff,

v.

BCBS MICHIGAN,

    Defendant.

_____/

Case No. 1:24–cv–01313–HYJ–SJB

Hon. Hala Y. Jarbou

## ORDER

    The Court having been advised of the parties' agreement to settle this matter by way of an email received on July 31, 2025, **IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **August 14, 2025**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

    IT IS SO ORDERED.

Dated:  August 7, 2025

    /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge