# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JACOB A. PERRONE,

        Plaintiff,

v.

BLUE CROSS BLUE SHIELD
OF MICHIGAN, a Michigan corporation,
,

        Defendant.

Case No. 1:24-CV-1313
Hon. Hala Y. Jarbou

_____/

| JACOB A. PERRONE (P71915) | KA'NEA K. CALDWELL (P82092) |
|---|---|
| Attorney for Plaintiff | Attorneys for Defendant BCBSM |
| Dragon Lawyers, P.C | Office of General Counsel |
| 325 East Grand River Ave., Suite 250 | 600 E. Lafayette Blvd. MC 1925 |
| Grand Rapids, MI 48823 | Detroit, MI 48226 |
| (517) 719-4657 | (313) 225-0077 |
| Jacob.perrone@yahoo.com | kcaldwell1@bcbsm.com |

_____/

## STIPULATION TO DISMISS

    THE PARTIES HEREIN HAVING STIPULATED to the entry of an Order of Dismissal with prejudice and without the award of costs or attorney fees to either party.

    IT IS HEREBY STIPULATED THAT this matter be dismissed with prejudice and without the award of costs or attorney fees to either party.

    STIPULATED TO AND APPROVED BY:

Date:  8/12/2025                         By: /s/ Ka'Nea Caldwell
                                                   Ka'Nea Caldwell (P82092)
                                                   Attorney for Defendant

Date:  8/12/2025                         By: /s/ Jacob A. Perrone
                                                   Jacob A. Perrone (P71915)
                                                   Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**JACOB A. PERRONE,**
       **Plaintiff,**

v.                                                  Case No. 1:24-CV-1313
                                                         Hon. Hala Y. Jarbou

**BLUE CROSS BLUE SHIELD**
**OF MICHIGAN, a Michigan corporation,**
,
       **Defendant**.

_____/

| JACOB A. PERRONE (P71915) | KA'NEA K. CALDWELL (P82092) |
|---|---|
| Attorney for Plaintiff | Attorneys for Defendant BCBSM |
| Dragon Lawyers, P.C | Office of General Counsel |
| 325 East Grand River Ave., Suite 250 | 600 E. Lafayette Blvd. MC 1925 |
| Grand Rapids, MI 48823 | Detroit, MI 48226 |
| (517) 719-4657 | (313) 225-0077 |
| Jacob.perrone@yahoo.com | kcaldwell1@bcbsm.com |

_____/

## ORDER TO DISMISS

      Having considered the parties' Stipulation to Dismiss, it is hereby ordered that all claims raised in this matter are dismissed with prejudice and without the award of costs of attorney fees to either party.

Dated: __August 13, 2025__             /s/ Hala Y. Jarbou
                                                      **HALA Y. JARBOU**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**